United States Bankruptcy Court
Central District of California

In re:  
Got News, LLC  
       Debtor

Case No. 19-14693-BR  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: llewisC     Page 1 of 1     Date Rcvd: Apr 25, 2019  
                     Form ID: ccdn     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.  
db          +Got News, LLC,   5812 Temple City Blvd, #402,   Temple City, CA 91780-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:  
         John N Tedford    on behalf of Debtor    Got News, LLC jtedford@dgdk.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com  
         United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                                         TOTAL: 2

| | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| In re:<br>Got News, LLC | CHAPTER NO.: 7 |
| | CASE NO.: 2:19–bk–14693–BR |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

- ☒ Statement About Your Social Security Numbers (Official Form 121) (Individual Debtors only) [FRBP 1007(f); LBR 1002–1]
- ☒ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2.1]
- ☒ Corporate Ownership Statement as specified by LBR 1007–4
- ☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
- ☒ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
- ☒ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

   Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 100, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: April 24, 2019                                             For the Court
                                                                  **Kathleen J. Campbell**
                                                                  Clerk of Court

(Form ccdn – Rev 01/2018)                                                                 **1 /**