**Fill in this information to identify the case:**

Debtor name    Got News, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-L.A.

Case number (if known)    2:19-bk-14693-BR

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $   151,179.80

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $   151,179.80

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $         0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................    $         0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    +$  1,178,210.05

4.  **Total liabilities** ........................................................................................................................    $  1,178,210.05
    Lines 2 + 3a + 3b