**Fill in this information to identify the case:**

Debtor name      **Got News, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-L.A.

Case number (if known)    **2:19-bk-14693-BR**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | HSBC<br>PO Box 1393<br>Buffalo, NY  14240-1393 | Checking Account | 7641 | $5,563.02 |
| 3.2. | HSBC<br>PO Box 1393<br>Buffalo, NY  14240-1393 | Savings Account | 7684 | $25,558.73 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$31,121.75

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | Got News, LLC | Case number (if known) 2:19-bk-14693-BR |
|---|---|---|
| | Name | |

## Part 4:    Investments

**13 Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites Domain name: gotnews.com Registered with GoDaddy.com, LLC: Registrar Registration Expiration Date: 2024-06-29T10:40:20Z | Unknown | | Unknown |
| **62.** Licenses, franchises, and royalties | | | |

| Debtor | Got News, LLC | Case number *(if known)* 2:19-bk-14693-BR |
|---|---|---|
| | Name | |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

$0.00

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
Pending interlocutory appeal of the denial of the
anti-SLAPP motion filed by debtor (Appeal no. 19-1162
Sixth Circuit) in underlying litigation: Vangheluwe v. Got
News, LLC  Case no. 2:18-cv-10542-LJM-EAS (Eastern
District of Michigan).  Debtor may be entitled to
reimbursement of legal fees should it prevail on the
pending Sixth Circuit appeal

$120,058.05

| Nature of claim | See above |
|---|---|
| Amount requested | $0.00 |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

| Debtor | Got News, LLC | | Case number (if known) 2:19-bk-14693-BR |
|---|---|---|---|
| | Name | | |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$120,058.05

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Got News, LLC**_____    Case number *(if known)*  **2:19-bk-14693-BR**
　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$31,121.75** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$120,058.05** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$151,179.80** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$151,179.80** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Got News, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-L.A.

Case number (if known)    **2:19-bk-14693-BR**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Got News, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA-L.A.

Case number (if known) **2:19-bk-14693-BR**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Employment Development Dept.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 82680**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor   **Got News, LLC**                                              Case number (if known)   **2:19-bk-14693-BR**
_____Name_____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.4 | Priority creditor's name and mailing address<br>**Los Angeles County Tax Collector**<br>PO Box 54110<br>Los Angeles, CA 90054-0018 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.5 | Priority creditor's name and mailing address<br>**State Board of Equalization**<br>**Account Information Group MIC 29**<br>PO Box 942879<br>Sacramento, CA 94279-0029 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**CCJ Strategies, LLC**<br>5812 Temple City Blvd #402<br>Temple City, CA 91780 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $278,210.05 |
|  | Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number __ | Basis for the claim: **Money loaned**<br>Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Freestartr, LLC**<br>5812 Temple City Blvd #402<br>Temple City, CA 91780 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|  | Date(s) debt was incurred **9/28/2017**<br>Last 4 digits of account number __ | Basis for the claim: **Money loaned**<br>Is the claim subject to offset? ■ No ☐ Yes |  |

Debtor   Got News, LLC _____   Case number (if known)   2:19-bk-14693-BR
         Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800,000.00 |

**3.3**   Nonpriority creditor's name and mailing address

Jerome Vangheluwe
Attn  Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038

Date(s) debt was incurred  **2/14/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$800,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Co-Plaintiff in pending lawsuit against debtor seeking damages of $800,000.  Vangheluwe v. Got News, LLC, Case no. 2:18-cv-10542-LJM-EAS (Eastern District of Michigan)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address

Joel Vangheluwe
Attn  Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038

Date(s) debt was incurred  **2/14/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Co-Plaintiff in pending lawsuit listed above against debtor seeking damages of $800,000.  The Claim Amount for damages is not duplicated here but listed as "unknown".**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.5**   Nonpriority creditor's name and mailing address

Parasec
12631 Imperial Hwy Ste F126
Santa Fe Springs, CA 90670

Date(s) debt was incurred  ___

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notification purposes**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.6**   Nonpriority creditor's name and mailing address

Randazza Legal Group PLLC
Attn  Marc J Randazza
2764 Lake Sahara Dr Suite 109
Las Vegas, NV 89117

Date(s) debt was incurred  ___

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services provided to Debtor re pending litigation in Michigan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Freestartr, LLC<br>318 N Carson St #208<br>Carson City, NV 89701 | Line  **3.2**<br><br>☐ Not listed. Explain _____ | __ |
| 4.2 | Jerome Vangheluwe<br>Attn  Andrew B Sommerman<br>c/o Sommerman McCaffity & Quesada<br>3811 Turtle Creek Blvd Suite 1400<br>Dallas, TX 75219 | Line  **3.3**<br><br>☐ Not listed  Explain _____ | __ |

| Debtor | Got News, LLC | Case number (if known) | 2:19-bk-14693-BR |
|---|---|---|---|

| | Name | | |
|---|---|---|---|
| | **Name and mailing address** | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.3 | **Joel Vangheluwe**<br>**c/o Sommerman, McCaffity & Quesada**<br>**Attn  Andrew B. Sommerman**<br>**3811 Turtle Creek Blvd Suite 1400**<br>**Dallas, TX 75219** | Line  **3.4**<br><br>☐    Not listed. Explain _____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,178,210.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,178,210.05 |

**Fill in this information to identify the case:**

Debtor name **Got News, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA-L.A.

Case number (if known) **2:19-bk-14693-BR**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Domain name for Got News, LLC registered with subsidiary GoDaddy.com, LLC: gotnews.com | |
|---|---|---|---|
| | State the term remaining | 6/29/2024 | GoDaddy, Inc |
| | List the contract number of any government contract | _____ | 14455 N Hayden Rd Ste 226 Scottsdale, AZ 85260 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name __Got News, LLC__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-L.A.

Case number (if known)   __2:19-bk-14693-BR__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Charles Johnson | 5812 Temple City Blvd, #402 Temple City, CA 91780 Listed here out of abudance of caution | Randazza Legal Group PLLC | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |