| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John N. Tedford, IV, jnt@dgdk.com 205537<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067-4402<br>(310) 277-0077 Fax: (310) 277-5735<br>California State Bar Number: 205537 CA | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-L.A.**

| In re:<br><br>Got News, LLC<br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-14693-BR<br>CHAPTER: 7<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: May 7, 2019

_____
Signature of Debtor 1  Charles Johnson, Managing Member

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: May 9, 2019

Danning, Gill, Diamond & Kollitz, LLP
_____
Signature of Attorney for Debtor (if applicable)
John N. Tedford, IV

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                        F 1007-1.MAILING.LIST.VERIFICATION

Got News, LLC
5812 Temple City Blvd, #402
Temple City, CA 91780

John N. Tedford, IV, jnt@dgdk.com
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4402

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

```
Freestartr, LLC
318 N Carson St #208
Carson City, NV 89701


Jerome Vangheluwe
Attn  Andrew B Sommerman
c/o Sommerman McCaffity & Quesada
3811 Turtle Creek Blvd Suite 1400
Dallas, TX 75219


Joel Vangheluwe
c/o Sommerman, McCaffity & Quesada
Attn  Andrew B. Sommerman
3811 Turtle Creek Blvd Suite 1400
Dallas, TX 75219


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 82680
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0018


State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029
```

CCJ Strategies, LLC
5812 Temple City Blvd #402
Temple City, CA 91780


Freestartr, LLC
5812 Temple City Blvd #402
Temple City, CA 91780


Jerome Vangheluwe
Attn Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038


Joel Vangheluwe
Attn Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038


Parasec
12631 Imperial Hwy Ste F126
Santa Fe Springs, CA 90670


Randazza Legal Group PLLC
Attn Marc J Randazza
2764 Lake Sahara Dr Suite 109
Las Vegas, NV 89117


GoDaddy, Inc
14455 N Hayden Rd Ste 226
Scottsdale, AZ 85260


Charles Johnson
5812 Temple City Blvd, #402
Temple City, CA 91780