## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Charles Johnson, declare under penalty of perjury that I am the Managing Member of
Got News, LLC (the "LLC"), and that the following is a true and correct copy of the resolutions
adopted by the Managing Member of said LLC at a special meeting duly called and held on the
23rd day of April, 2019:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States
Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Charles Johnson, Managing Member of the LLC is authorized and
directed to execute and deliver all documents necessary to perfect the filing of a chapter 7
voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that Charles Johnson, Managing Member of the LLC, is authorized and
directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and
perform all acts and deeds and to execute and deliver all necessary documents on behalf of the
LLC in connection with such bankruptcy case, and

Be It Further Resolved, that the LLC, is authorized and directed to employ the law firm of
Danning, Gill, Diamond & Kollitz, LLP, to represent the LLC in such bankruptcy case."

Date: April 23 2019

_____
Charles Johnson, Managing Member

1542227.1  1307