| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John N. Tedford, IV, jmt@dgdk.com 205537** **1900 Avenue of the Stars, 11th Floor** **Los Angeles, CA 90067-4402** **(310) 277-0077 Fax: (310) 277-5735** **205537 CA** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-L.A.

| In re: **Got News, LLC** | CASE NO: **2:19-bk-14693-BR** |
|---|---|
| | CHAPTER: **7** |
| Debtor(s) | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS** **[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B          ☐ Schedule C          ☐ Schedule D          ☐ Schedule E/F          ☐ Schedule G

☐ Schedule H          ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2          ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)          ☐ Statement of Intentions          ☑ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **May 7, 2019**                              _____
                                                         **Charles Johnson**
                                                         Debtor 1 Signature

                                                         _____
                                                         Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List. and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 1                              F 1007-1.1.AMENDED.SUMMARY

Freestartr, LLC
318 N Carson St #208
Carson City, NV 89701


CCJ Strategies, LLC
5812 Temple City Blvd #402
Temple City, CA 91780


Freestartr, LLC
5812 Temple City Blvd #402
Temple City, CA 91780


Parasec
12631 Imperial Hwy Ste F126
Santa Fe Springs, CA 90670


GoDaddy, Inc
14455 N Hayden Rd Ste 226
Scottsdale, AZ 85260


Charles Johnson
5812 Temple City Blvd, #402
Temple City, CA 91780

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1900 Avenue of the Stars, 11th Floor**
**Los Angeles, CA 90067-4402**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master**__
__**Mailing List, and or Statements**__  will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
May 8, 2019 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) May 8, 2019 , I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 8, 2019 , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
 VIA PERSONAL DELIVERY BY ALSSI ON MAY 9, 2019
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1660
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 8, 2019 | Gloria Ramos | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Got News, LLC
5812 Temple City Blvd, #402
Temple City, CA 91780

John N. Tedford, IV, jnt@dgdk.com
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4402

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Freestartr, LLC
318 N Carson St #208
Carson City, NV 89701


Jerome Vangheluwe
Attn Andrew B Sommerman
c/o Sommerman McCaffity & Quesada
3811 Turtle Creek Blvd Suite 1400
Dallas, TX 75219


Joel Vangheluwe
c/o Sommerman, McCaffity & Quesada
Attn Andrew B. Sommerman
3811 Turtle Creek Blvd Suite 1400
Dallas, TX 75219


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 82680
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0018


State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

CCJ Strategies, LLC
5812 Temple City Blvd #402
Temple City, CA 91780


Freestartr, LLC
5812 Temple City Blvd #402
Temple City, CA 91780


Jerome Vangheluwe
Attn Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038


Joel Vangheluwe
Attn Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038


Parasec
12631 Imperial Hwy Ste F126
Santa Fe Springs, CA 90670


Randazza Legal Group PLLC
Attn Marc J Randazza
2764 Lake Sahara Dr Suite 109
Las Vegas, NV 89117


GoDaddy, Inc
14455 N Hayden Rd Ste 226
Scottsdale, AZ 85260


Charles Johnson
5812 Temple City Blvd, #402
Temple City, CA 91780