Wesley H. Avery
Chapter 7 Trustee
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
Telephone: (626) 395-7576
Facsimile:  (661) 430-5467
Alexandria@AveryTrustee.com

*Fiducia in faciem incertum*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**GOT NEWS, LLC,**<br><br>Debtor(s). | Case No. 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE AND REQUEST FOR CLAIMS BAR DATE**<br>**[Fed. R. Bankr. P. 3002(c)(5)**<br><br>(No Hearing Required) |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Wesley H. Avery, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above captioned case and that appropriate notice should be given to creditors to file claims in this case.

Dated: 5/9/2019         /s/ Wesley H. Avery
                        Wesley H. Avery
                        Chapter 7 Trustee