Larry D. Simons CLS-B (CA Bar No. 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier, CLS-B (CA Bar No. 198836)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

(Proposed) Attorneys for Wesley H. Avery, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOT NEWS, LLC<br><br>Debtor. | Case No. 2:19-bk-14693 BR<br><br>Chapter 7<br><br>**APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY D. SIMONS; STATEMENT OF DISINTERESTEDNESS**<br><br>[11 U.S.C. § 327(a), FRBP 2014 AND LOCAL BANKR. RULE 2014-1] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, THEIR COUNSEL OF RECORD AND OTHER PARTIES IN INTEREST:**

Wesley H. Avery, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee" or "Applicant") of the bankruptcy estate (the "Estate") of the above captioned debtor (the "Debtor"), hereby applies to the Court for authority to employ the law firm of Law Offices of Larry D. Simons (the "Firm") as his general bankruptcy counsel, pursuant to 11 U.S.C. § 327(a), and in support thereof represents as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 24, 2019. Wesley H. Avery was appointed as Trustee.

2. Applicant desires to employ Larry D. Simons and the law firm of Law Offices of Larry D. Simons (the "Firm") as his counsel to represent him in this Chapter 7 case.

3. The Firm is willing to represent the Trustee in this case. The Firm has experience in representing trustees and other parties in bankruptcy matter for over twenty two years. The Firm is familiar with this type of legal representation generally, and the Trustee believes that the Firm will competently, efficiently, and timely provide the legal services required by the Estate. The Firm's members are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction, and have a particular expertise with regard to the matters upon which they are to be employed.

4. Applicant requires legal counsel to render the following types of professional services:[1]

(a) To advise Applicant concerning the rights and remedies of the estate and the Trustee in regard to the secured, priority and general claims of creditors;

(b) To represent Applicant in any proceeding or hearing, including without limitation, fraudulent transfer claims, in the Bankruptcy Court and in any action and other where the rights of the estate or the Trustee may be litigated or affected;

(c) To investigate, evaluate and liquidate estate assets.

Specifically, the Trustee requires counsel to assist the Trustee in determining if there are any avoidable prepetition transfers. Trustee also seeks the Firm's assistance in settling pending litigation involving the Debtor that is pending at the Sixth Circuit Court of Appeals. The employment of the Firm is in the best interest of the Estate as it will allow the Trustee to expeditiously liquidate assets and comply with his statutory duties under § 704.[2]

---

[1] See Rule 2014 of the Federal Rules of Bankruptcy Procedure.
[2] See Local Bankruptcy Rule ("LBR") 2014-1(b)(1)(D).

6. To the best of Applicant's knowledge, neither the Firm nor any of the attorneys employed by the Firm have any connections with the Debtors, the creditors or any other party-in-interest in this case, or their respective attorneys.

7. The Firm has agreed to and will be employed on a general retainer with compensation to be paid to said counsel only upon application to an approval by the bankruptcy court after notice and hearing. A list of the Firm's current billing rates and costs charges is attached as Exhibit "1."

8. The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. § 330.[3]

9. A copy of the resume of the Firm is attached hereto as Exhibit "2."

10. The employment of the Firm would be in the best interests of the Trustee and the estate.

**WHEREFORE**, Applicant prays that he be authorized to employ Larry D. Simons and the Law Offices of Larry D. Simons as his attorneys effective May 24, 2019 with compensation to be at the expense of the estate in such amount as the Court may hereafter allow.

DATED: May 28, 2019

/s/ Wesley H. Avery
Wesley H. Avery, Chapter 7 Trustee

**I AGREE TO THE ABOVE:**

/s/ Larry D. Simons
Larry D. Simons for
Law Offices of Larry D. Simons

---
[3] See LBR 2014-1(b)(1)(A)

## DECLARATION OF LARRY D. SIMONS

I, Larry D. Simons declare:

1.  I am an attorney at law duly licensed to practice before this Court and am a member of the Law Offices of Larry D. Simons (the "Firm") located at 15545 Devonshire Street, Suite 110, Mission Hills, California 91345, (818) 672-1778, proposed counsel in the within matter. I know each of the following facts to be true of my own personal knowledge and, if called as a witness, I could and would testify competently with respect thereto.

2.  Wesley H. Avery, Chapter 7 Trustee is seeking to retain the Firm by the foregoing application. Notice of the application has been served on all creditors and parties in interest. I am authorized to make this declaration on behalf of the Firm.

3.  The member of the Firm is experienced in matters of bankruptcy, insolvency, and debtor/creditor law and has appeared in numerous matters before this Court and is well qualified to represent the Trustee.

4.  Neither I nor the Firm have any prepetition claims against Applicant or the estate.

5.  Applicant seeks to employ the Firm as its bankruptcy counsel as more specifically set forth in the foregoing Application.

6.  The Firm has not in the past represented nor does the Firm in the future plan to represent any related debtors.

7.  No retainer has been received and the Firm will file an appropriate application for compensation.

8.  A true and correct copy of the current hourly billing rates charged for attorneys of the Firm as well as costs is attached hereto as Exhibit 1 to the Application. A true and correct copy of the resume of the Firm is also attached hereto as Exhibit 2 to the Application.

9. I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules, and the United States Trustee Guidelines, and shall comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28th, 2019 at Mission Hills, California.

_____
Larry D. Simons

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

5
APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY D. SIMONS--CASE NO. 2:19-BK-14693 BR

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER RULE 2014 OF THE FED'L R. BANKR. PROC. AND LOCAL BANKRUPTCY RULE 2014-1(b)(1)(B)**

[The following information is supplied in conformity with United States Bankruptcy Court, Central District of California, Form No. 2014-1]

I, Larry D. Simons declare:

1. I am an attorney at law, and am a member of the State Bar of California. I am the principal of Law Offices of Larry D. Simons (the "Firm"), whose business address is 15545 Devonshire Street, Suite 110, Mission Hills, California 91345. The Firm's office phone number is 818.672.1778 and fax number is 626.389.5607. I am authorized to make this Declaration on behalf of the Firm.

2. This declaration is made in support of the attached application of Wesley H. Avery, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee" or "Applicant") of the bankruptcy estate ("Estate") of Got News, LLC (the "Debtor"), to retain the Firm as his general bankruptcy counsel. A true and correct copy of the Firm's current rates and costs is attached hereto and incorporated herein as **Exhibit 1**. The Firm is well qualified to represent the Trustee in this matter, as can be seen by the Firm's resume, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 2**.

3. The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing.

4. The Firm has not been paid a monetary retainer.

5. The Firm has carefully reviewed its files and has determined that no conflict of interest exists in connection with this matter. Specifically, the Firm checks its database to determine if it has represented any party with an interest adverse to the Debtor. In conducting this search under the name of the Debtor, no reference to the Debtor came up, and based upon this review, the Firm has determined that it does not and has not represented anyone with any interests adverse to the Debtor. Therefore, to the best of my knowledge, information and belief, the Firm is a disinterested party in the Debtor's chapter 7 case as that term is defined by the Bankruptcy Code.

6. The following is a complete description of the Firm's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee: (1) Larry D. Simons, the principal of the Firm is a member of the private panel of bankruptcy trustees for the Central District of California maintained and supervised by the Office of the United States trustee. (2) The Trustee, Wesley H. Avery represents Larry D. Simons in his capacity as trustee in other unrelated matters. (3) The Firm has represented the Trustee in other unrelated matters.

7. The Firm is not a creditor, an equity security holder or an insider of the Debtor.

8. The Firm is not and was not an investment banker for any outstanding security of the Debtor.

9. The Firm is and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

10. The Firm is not was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11. The Firm neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, or reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the Debtor, or for any other reason.

12. My Firm's business address is 15545 Devonshire Street, Mission Hills, California 91345. My office phone number is 818.672.1778 and fax number is 626.389.5607.

13. The member of the Firm is not a relative or employee of the United States Trustee or a Bankruptcy Judge. I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules and the United States Trustee Guidelines, and will comply with them. Pursuant to Local Bankruptcy Rule 2014-1(b)(2), the proposed employment of the Firm has been noticed to all parties in interest.

14. After conducting the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day May 2019 at Mission Hills, California.

_____
Larry D. Simons

# EXHIBIT 1

# LAW OFFICES OF LARRY D. SIMONS

Certified Specialists in Bankruptcy Law
State Bar of California, Board of Legal Specialization

LARRY@LSIMONSLAW.COM
FRANK@LSIMONSLAW.COM

15545 DEVONSHIRE STREET, SUITE 110
MISSION HILLS, CALIFORNIA 91345
WWW.LSIMONSLAW.COM

TELEPHONE: 818.672.1778
FACSIMILE: 626.389.5607

## RATES FOR PROFESSIONAL SERVICES

| ATTORNEYS | HOURLY RATE |
|---|---|
| Larry D. Simons (LDS) | 425 |
| Frank X. Ruggier (FXR) | 400 |

## COSTS

| | |
|---|---|
| Photocopies | $.20/page |
| Fax | No Charge |
| Postage/Fed Ex | Actual Charge |
| PACER/Lexis | Actual Charge |

# EXHIBIT 2

# LAW OFFICES OF LARRY D. SIMONS

**Certified Specialists in Bankruptcy Law**
State Bar of California, Board of Legal Specialization

LARRY@LSIMONSLAW.COM
FRANK@LSIMONSLAW.COM

15545 DEVONSHIRE STREET, SUITE 110
MISSION HILLS, CALIFORNIA 91345
WWW.LSIMONSLAW.COM

TELEPHONE:818.672.1778
FACSIMILE: 626.389.5607

The Law Offices of Larry D. Simons practices exclusively in the area of bankruptcy law, representing debtors in Chapter 7 and Chapter 13 and representing creditors in all chapters and chapter 7 trustees.

## LARRY D. SIMONS

Member of Chapter 7 panel trustee for Central District of California, Riverside Division.

Judicial law clerk for Hon. Kathleen Thompson (ret.), United States Bankruptcy Judge, Central District of California and Hon. Arthur Greenwald (dec.), United States Bankruptcy Judge, Central District of California.

### Education
McGeorge Law School, Juris Doctor, 1995; CSU Northridge, Bachelor of Arts, *History* 1992

### Legal Specialization
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

### Articles
"The Chapter 13 Plan: A Cure-All for the Debtor who is not Obligated on a Secured Debt?" *Norton Bankruptcy Law Adviser*, December 2002

"The Elusive Meaning of Impairment." *California Bankr. J.,* Vol. 27, Number 2, 2004

"When a Solvent Debtor Files for Reorganization, Is the Filing 'Per Se' Bad Faith?" *Norton Bankruptcy Law Adviser*, September 2005

"Is It In or Out? Determining the Operative Transfer Date for Escrow Accounts in Preference Litigation." *California Bankr. J.,* Vol. 28, Number 4, 2006.

"Procedural Pointers Regarding Nondischargability Complaints" *Debt³*, Vol. 23, Number 1, January/February 2008.

### Awards and Honors
Named a "Rising Star" in the field of bankruptcy law for 2004-2007 and named a "Super Lawyer" in the field of bankruptcy law for 2012, 2013, 2015, 2016, 2017 in the Southern California Super Lawyers surveys put out by *Law & Politics* and *Los Angeles* magazines

Named a "Top Attorney" in Bankruptcy for 2010 by *Pasadena Magazine.*

Law Offices of Larry D. Simons
Firm Resume
Page 2

**Published Cases:**
Smith v. Rojas, 435 BR 637 (9th Cir. BAP 2010)
Kallman v. Gottlieb (In re Lewis), 515 BR 591 (9th Cir. BAP 2014)
In re Santos, 561 BR 825 (Bankr. C.D. Cal. 2017)

## FRANK X. RUGGIER

Judicial Extern for Hon. Calvin Ashland (dec.), United States Bankruptcy Judge, Central District of California.

**Education:**
University of Southern California, Gould School of Law, Juris Doctor (1998),
University of California, Irvine, Bachelor of Arts, *Political Science* (cum laude) (1995).

**Legal Specialization**
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

**Awards/Honors:**
American Jurisprudence Award for Bankruptcy

**Professional Affiliations & Volunteer:**
Central Dist. Consumer Bankruptcy Attorney Association (CDCBAA)
National Assoc. of Consumer Bankruptcy Attorneys (NACBA)
Encino Little League Coach

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled (*specify*):

**APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY D. SIMONS; STATEMENT OF DISINTERESTEDNESS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/28/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John N. Tedford: jtedford@dgdk.com
Wesley H. Avery (TR): wes@averytrustee.com
OUST-LA: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/28/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Got News, LLC, 5812 Temple City Blvd. #402, Temple City, CA 91780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/28/2019 | Karen M. Bower | /s/ Karen M. Bower |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**