Larry D. Simons CLS-B (CA Bar No. 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier, CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

(Proposed) Attorneys for Wesley H. Avery, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>GOT NEWS, LLC<br>    Debtor. | Case No. 2:19-bk-14693 BR<br>Chapter 7<br>**NOTICE OF CHAPTER 7 TRUSEE'S APPLICATION TO EMPLOY GENERAL BANKRUPTCY COUNSEL**<br>[11 U.S.C. § 327(a), FRBP 2014 AND LOCAL BANKR. RULE 2014-1] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, ITS COUNSEL OF RECORD AND ALL CREDITORS:**

PLEASE TAKE NOTICE that concurrently herewith, Wesley H. Avery, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee" or "Applicant") of the Estate (the "Estate") of Got News, LLC (the "Debtor") has caused to be filed his "Application of Chapter 7 Trustee for Order Authorizing Employment of Law Offices of Larry D. Simons as General Bankruptcy Counsel" (the "Application") pursuant to which the Trustee seeks an order of this Court authorizing the employment of the Law Offices of Larry D. Simons (the "Firm").

The Trustee requires counsel to file potential complaints seeking avoidance of certain transfers by Debtor. The Firm will also assist Trustee with monetization of any non-cash assets that are recovered and determine whether pending litigation before the Sixth Circuit Court of Appeals can be settled.[1]

If you wish to receive a copy of the Application, you may obtain a copy by requesting one in writing from the Trustee's proposed counsel, Law Offices of Larry D. Simons, 15545 Devonshire Street, Suite 110, Mission Hills, California 91345, Attention: Larry D. Simons, Esq., telephone number 818.672.1778, facsimile number 626.389.5607; email: larry@lsimonslaw.com.[2] The Application will be promptly provided upon written request.

If you do not oppose the application, you need take no further action.

The Firm has agreed to be employed with compensation to be paid to said counsel only upon application to an approval by the bankruptcy court after notice and hearing. No retainer has been paid to Applicant. The Firm seeks compensation pursuant to 11 U.S.C. § 330.[3]

The names and hourly rates of the professionals to be employed are as follows:

| | | |
|---|---|---|
| **Attorneys:** | Larry D. Simons (LDS) | $425.00 |
| | Frank X. Ruggier (FXR) | $400.00[4] |

If you object to the Application, you are required to file with the court, pursuant to Local Bankruptcy Rule 2014-1(b)(3) within 14 days from the date of service of this Notice, your written objection and request for a hearing in the form required by Local Bankruptcy Rule 9013-1(f)(1). You must file your objection and request with the Clerk of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.[5]

You must also serve a copy of your written objection to the Application and request for hearing upon the Trustee, Wesley H. Avery, 758 East Colorado Blvd. Suite 210, Pasadena, CA

---

[1] See Local Bankruptcy Rule ("LBR") 2014-1(b)(3)(A).
[2] See LBR 2014-1(b)(3)(D).
[3] See LBR 2014-1(b)(3)(B).
[4] See LBR 2014-1(b)(3)(C).
[5] See LBR 2014-1(b)(3)(E).

91101; upon Larry D. Simons at Law Offices of Larry D. Simons, 15545 Devonshire Street, Suite 110, Mission Hills, California 91345; and upon the Office of the United States Trustee at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017.[6]

Upon receipt of an objection and a request for hearing, the Trustee will obtain a hearing date and give appropriate notice thereof.[7]

Dated: May 28, 2019

**LAW OFFICES OF LARRY D. SIMONS**

   */s/Larry D. Simons*
Larry D. Simons
(Proposed) Attorneys for Wesley H. Avery,
Chapter 7 Trustee

---

[6] See LBR 2014-1(b)(3)(E).
[7] See LBR 2014-1(b)(5).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/28/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John N. Tedford: jtedford@dgdk.com
Wesley H. Avery (TR): wes@averytrustee.com
OUST-LA: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __05/28/2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:** Got News, LLC, 5812 Temple City Blvd. #402, Temple City, CA 91780

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/28/2019 | Karen M. Bower | /s/ Karen M. Bower |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

```
bel Matrix for local noticing              Got News, LLC                         Los Angeles Division
73-2                                       5812 Temple City Blvd, #402           255 East Temple Street,
se 2:19-bk-14693-BR                        Temple City, CA 91780-2112            Los Angeles, CA 90012-3332
ntral District of California
s Angeles
e May 28 21:16:49 PDT 2019

J Strategies, LLC                          Charles Johnson                       Employment Development Dept.
12 Temple City Blvd #402                   5812 Temple City Blvd #402            Bankruptcy Group MIC 92E
mple City, CA 91780-2112                   Temple City CA 91780-2112             P.O. Box 82680
                                                                                 Sacramento, CA 94280-0001


anchise Tax Board                          Freestartr LLC                        Freestartr, LLC
nkruptcy Section, MS: A-340                5812 Temple City Blvd #402            318 N Carson St #208
O. Box 2952                                Temple City CA 91780-2112             Carson City NV 89701-4269
cramento, CA 95812-2952


Daddy, Inc.                                Internal Revenue Service              Jerome Vangheluwe
455 N Hayden Rd Ste 226                    PO Box 7346                           Attn  Andrew B Sommerman
ottsdale AZ 85260-6947                     Philadelphia, PA 19101-7346           c/o Sommerman McCaffity & Quesada
                                                                                 3811 Turtle Creek Blvd Suite 1400
                                                                                 Dallas, TX 75219-4492


rome Vangheluwe                            (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE    Office of the United States Trustee
tn  Raechel M Badalamenti                  ATTN BANKRUPTCY UNIT                  915 Wilshire Blvd., Suite 1850
o Kirk Huth Lange & Badalamenti            PO BOX 54110                          Los Angeles, CA 90017-3560
500 Hall Rd Suite 100                      LOS ANGELES CA 90054-0110
inton Township, MI 48038-5317


rasec                                      Randazza Legal Group PLLC             State Board of Equalization
631 Imperial Hwy Se F126                   Attn  Marc J Randazza                 Account Information Group MIC 29
nta Fe Springs CA 90670-6772               2764 Lake Sahara Dr Suite 109         PO Box 942879
                                           Las Vegas, NV 89117-3400              Sacramento, CA 94279-0029


ited States Trustee (LA)                   John N Tedford                        Wesley H Avery (TR)
5 Wilshire Blvd, Suite 1850                Danning, Gill, Diamond & Kollitz, LLP 758 E. Colorado Blvd., Suite 210
s Angeles, CA 90017-3560                   1900 Avenue of the Stars 11th Fl      Pasadena, CA 91101-5407
                                           Los Angeles, CA 90067-4402
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
s Angeles County Tax Collector
 Box 54110
s Angeles, CA 90054-0018
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.