Wesley H. Avery, Trustee

758 E. Colorado Blvd., Suite 210

Pasadena, CA 91101

Telephone: (626) 395-7576

Alexandria@AveryTrustee.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**GOT NEWS, LLC**<br><br><br>**Debtor(s).** | Case No. 19-14693-BR<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **August 13, 2019 at 10:00 AM**, located at**:** Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

☒    Administrative reasons. Please contact trustee's office one week prior to the continued date whether appearance will be required.

DATED: May 31, 2019        /s/ Wesley H. Avery
                Wesley H. Avery, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on May 31, 2019.

                /s/ Alexandria Fitzpatrick
                Alexandria Fitzpatrick, Asset Clerk

GOT NEWS, LLC
5812 TEMPLE CITY BLVD, #402
TEMPLE CITY, CA 91780