1  PAUL B. DERBY [SBN 211352]
   pderby@skiermontderby.com
2  MANE SARDARYAN [SBN 287201]
   msardaryan@skiermontderby.com
3  SKIERMONT DERBY LLP
   800 Wilshire Boulevard, Suite 1450
4  Los Angeles, California 90017
   Telephone:  (213) 788-4500
5  Facsimile:   (213) 788-4545

6  Attorneys for Creditors
   JEROME VANGHELUWE and
7  JOEL VANGHELUWE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re | Case No. 2:19-bk-14693-BR |
| --- | --- |
| GOT NEWS, LLC | [Honorable Barry Russell] |
| Debtor. | **SUPPLEMENTAL RECEIPT FOR APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE – ANDREW B. SOMMERMAN** |

**TO THE HONORABLE COURT:**

Creditors JEROME VANGHELUWE and JOEL VANGHELUWE hereby submit the attached receipt of payment for the Application of Non-Resident Attorney to Appear Pro Hac Vice – Andrew B. Sommerman in this matter, in connection with the Application filed as Docket No. 20.

DATED: May 31, 2019             SKIERMONT DERBY LLP

                                By:      /s/ Mane Sardaryan
                                   PAUL B. DERBY
                                   MANE SARDARYAN

                                   Attorneys for Creditors
                                   JEROME VANGHELUWE and
                                   JOEL VANGHELUWE

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA189739
Cashier ID: rscash
Transaction Date: 05/31/2019
Payer Name: LEGAL SUPPORT NETWORK

PRO HAC VICE
 For: ANDREW B SOMMERMAN
 Case/Party: D-CAC-2-19-AT-002019-001
 Amount:         $400.00

CHECK
 Check/Money Order Num: 1025388
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00
```

SOMMERMAN, McCaffity, Quesada & Geisler, LLP

3611 TURTLE CREEK BLVD, SUITE 1400

DALLAS TX 75219


ATTORNEY: ANDREW B SOMMERMAN

CASE NO: 2:19-BK-14693-BR


No refunds without original receipt. Returned checks will be assessed a fee of $53.00.

# CERTIFICATE OF SERVICE

I am employed in the State of California, County of Los Angeles. I am over the age of 18 years old and am not a party to this action. My business address is 800 Wilshire Boulevard, Suite 1450, Los Angeles, California 90017.

On May 31, 2019, I served the following document described as:

**SUPPLEMENTAL RECEIPT FOR APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE – ANDREW B. SOMMERMAN** by serving a true copy of the above-described document by electronically filing the same with the United States Bankruptcy Court for the Central District of California.

I am familiar with the United States Bankruptcy Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, and pursuant to Local Rule 5005-4(a), documents are electronically filed with the Court. Upon the electronic filing of a document, the Court's CM/ECF system will generate a Notice of Electric Filing (NEF) to the filing party, the assigned judge, and all attorneys who have appeared in the case in this Court and who have consented to receive service through the CM/ECF system. The NEF will constitute service of the document pursuant to the Federal Rules of Bankruptcy Procedure. The NEF will constitute proof of service for individuals so served.

I also caused the above-described document to be served via overnight delivery to the Honorable Barry Russell, at the United States Bankruptcy Court for the Central District of California – Los Angeles Division, 255 East Temple Street, Los Angeles, California 90012, Suite 1660/Courtroom 166.

///
///
///
///
///
///
///

      I declare that I am a member in good standing of the California State Bar Association and am admitted to practice before the United States District Court for the Central District of California. I declare under penalty of perjury that the foregoing is true and correct.

      Executed on May 31, 2019, at Los Angeles, California.

                                          /s/ Mane Sardaryan
                                          MANE SARDARYAN