PAUL B. DERBY [SBN 211352]
pderby@skiermontderby.com
MANE SARDARYAN [SBN 287201]
msardaryan@skiermontderby.com
SKIERMONT DERBY LLP
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Telephone:   (213) 788-4500
Facsimile:   (213) 788-4545

Attorneys for Creditors
JEROME VANGHELUWE and
JOEL VANGHELUWE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOT NEWS, LLC<br><br>    Debtor. | Case No. 2:19-bk-14693-BR<br>[Honorable Barry Russell]<br><br>**SUPPLEMENTAL RECEIPT FOR APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE – JODY L. RODENBERG** |

**TO THE HONORABLE COURT:**

Creditors JEROME VANGHELUWE and JOEL VANGHELUWE hereby submit the attached receipt of payment for the Application of Non-Resident Attorney to Appear Pro Hac Vice – Jody L. Rodenberg in this matter, in connection with the Application filed as Docket No. 21.

DATED: May 31, 2019                    SKIERMONT DERBY LLP

                                       By: _____/s/ Mane Sardaryan_____
                                           PAUL B. DERBY
                                           MANE SARDARYAN

                                           Attorneys for Creditors
                                           JEROME VANGHELUWE and
                                           JOEL VANGHELUWE

---

1

SUPPLEMENTAL RECEIPT FOR APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR PRO HAC VICE – JODY L. RODENBERG

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA189740
Cashier ID: rscash
Transaction Date: 05/31/2019
Payer Name: LEGAL SUPPORT NETWORK

PRO HAC VICE
  For: JODY L RODENBERG
  Case/Party: D-CAC-2-19-AT-002019-001
  Amount:        $400.00

CHECK
  Check/Money Order Num: 1025379
  Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```

SOMMERMAN, McCaffity, Quesada & Geisler, LLP

3611 TURTLE CREEK BLVD, SUITE 1400

DALLAS TX 75219


ATTORNEY: JODY L RODENBERG

CASE NO: 2:19-BK-14693-BR


No refunds without original receipt. Returned checks will be assessed a fee of $53.00.

Case 2:19-bk-14693-BR    Doc 25    Filed 05/31/19    Entered 05/31/19 17:17:19    Desc
Main Document    Page 4 of 5

# CERTIFICATE OF SERVICE

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 years old and am not a party to this action.  My business address is 800 Wilshire Boulevard, Suite 1450, Los Angeles, California 90017.

On May 31, 2019, I served the following document described as:

**SUPPLEMENTAL RECEIPT FOR APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE – JODY L. RODENBERG**

by serving a true copy of the above-described document by electronically filing the same with the United States Bankruptcy Court for the Central District of California.

I am familiar with the United States Bankruptcy Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, and pursuant to Local Rule 5005-4(a), documents are electronically filed with the Court.  Upon the electronic filing of a document, the Court's CM/ECF system will generate a Notice of Electric Filing (NEF) to the filing party, the assigned judge, and all attorneys who have appeared in the case in this Court and who have consented to receive service through the CM/ECF system.  The NEF will constitute service of the document pursuant to the Federal Rules of Bankruptcy Procedure.  The NEF will constitute proof of service for individuals so served.

I also caused the above-described document to be served via overnight delivery to the Honorable Barry Russell, at the United States Bankruptcy Court for the Central District of California – Los Angeles Division, 255 East Temple Street, Los Angeles, California 90012, Suite 1660/Courtroom 166.

///
///
///
///
///
///

1
CERTIFICATE OF SERVICE

    I declare that I am a member in good standing of the California State Bar Association and am admitted to practice before the United States District Court for the Central District of California.  I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 31, 2019, at Los Angeles, California.

                                          /s/ Mane Sardaryan
                                          MANE SARDARYAN

CERTIFICATE OF SERVICE