United States Bankruptcy Court
Central District of California

In re:  
Got News, LLC  
      Debtor

Case No. 19-14693-BR  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Jun 03, 2019  
                      Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2019.  
db            +Got News, LLC,    5812 Temple City Blvd, #402,    Temple City, CA 91780-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2019 at the address(es) listed below:  
           John N Tedford    on behalf of Debtor   Got News, LLC jtedford@dgdk.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com  
           Larry D Simons    on behalf of Trustee Wesley H Avery (TR) larry@lsimonslaw.com, Karen@lsimonslaw.com;simonsecf@gmail.com  
           Mane   Sardaryan    on behalf of Creditor Joel  Vangheluwe msardaryan@skiermontderby.com, mjung@skiermontderby.com  
           Mane   Sardaryan    on behalf of Creditor Jerome  Vangheluwe msardaryan@skiermontderby.com, mjung@skiermontderby.com  
           United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
           Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com  
                                                                                                                                TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jody L. Rodenberg<br>Sommerman, McCaffity, Quesada & Geisler, L.L.P.<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>214-720-0720 (Telephone)<br>214-720-0184 (Facsimile)<br>TX State Bar No. 24073133<br>jrodenberg@textrial.com<br><br><br><br><br>*Attorney for*:  Jerome Vangheluwe and Joel Vangheluwe | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUN 03 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY toliver    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Got News, LLC<br><br><br><br><br><br>                                                          Debtor(s)<br><br><br><br><br><br>                                                          Plaintiff(s)<br>vs.<br><br><br><br><br><br>                                                          Defendant(s) | CASE NO.: 2:19-bk-14693-BR<br>CHAPTER: 7<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

X☐    The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):   Jody L Rodenberg

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                             **F 2090-1.2.ORDER.NONRES.ATTY**

X☐       Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: June 3, 2019

_Barry Russell_
Barry Russell
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                           F 2090-1.2.ORDER.NONRES.ATTY