| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Larry D. Simons, CLS-B (CBN 179239)<br>larry@lsimonslaw.com<br>Frank X. Ruggier, CLS-B (CBN 198863)<br>frank@lsimonslaw.com<br>LAW OFFICES OF LARRY D. SIMONS<br>15545 Devonshire Street, Suite 110<br>Mission Hills, CA 91345<br><br>Ph: 818-672-1778; Fax: 626-389-5607<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GOT NEWS, LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-14693 BR<br><br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY<br>REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): <u>05/02/2019</u>    Movant(s) filed a motion or application (Motion) entitled: <u>Trustee's Application to Employ</u> <u>Law Offices of Larry D. Simons as General Bankruptcy Counsel</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): <u>05/02/2019</u>    Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than <u>55</u>   days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>06/28/2019</u>                          <u>/s/ Larry D. Simons</u>
                                                 Signature


                                                 <u>Larry D. Simons</u>
                                                 Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 2                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**

1  Larry D. Simons CLS-B (CA Bar No. 179239)
   *larry@lsimonslaw.com*
2  Frank X. Ruggier, CLS-B (CA Bar No. 198863)
   *frank@lsimonslaw.com*
3  **LAW OFFICES OF LARRY D. SIMONS**
   15545 Devonshire Street, Suite 110
4  Mission Hills, California 91345
   Telephone: 818.672.1778
5  Facsimile: 626.389.5607

6  (Proposed) Attorneys for Wesley H. Avery, Chapter 7 Trustee

7

8

9                    UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11

12  In re                          | Case No. 2:19-bk-14693 BR

13  GOT NEWS, LLC                   | Chapter 7

14              Debtor.            | **NOTICE OF CHAPTER 7 TRUSEE'S
                                   | APPLICATION TO EMPLOY GENERAL
15                                 | BANKRUPTCY COUNSEL**

16                                 | [11 U.S.C. § 327(a), FRBP 2014 AND LOCAL
17                                 | BANKR. RULE 2014-1]

18

19  **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

20  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, ITS**

21  **COUNSEL OF RECORD AND ALL CREDITORS:**

22          P**LEASE TAKE NOTICE** that concurrently herewith, Wesley H. Avery, the duly

23  appointed, qualified and acting Chapter 7 Trustee (the "Trustee" or "Applicant") of the Estate (the

24  "Estate") of Got News, LLC (the "Debtor") has caused to be filed his "Application of Chapter 7

25  Trustee for Order Authorizing Employment of Law Offices of Larry D. Simons as General

26  Bankruptcy Counsel" (the "Application") pursuant to which the Trustee seeks an order of this Court

27  authorizing the employment of the Law Offices of Larry D. Simons (the "Firm").

28

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL 818.672.1778 • FAX 626.389.5607

1    The Trustee requires counsel to file potential complaints seeking avoidance of certain

2    transfers by Debtor.   The Firm will also assist Trustee with monetization of any non-cash assets

3    that are recovered and determine whether pending litigation before the Sixth Circuit Court of

4    Appeals can be settled.[1]

5    If you wish to receive a copy of the Application, you may obtain a copy by requesting one in

6    writing from the Trustee's proposed counsel, Law Offices of Larry D. Simons, 15545 Devonshire

7    Street, Suite 110, Mission Hills,  California 91345, Attention: Larry D. Simons, Esq., telephone

8    number 818.672.1778, facsimile number 626.389.5607; email: larry@lsimonslaw.com.[2]    The

9    Application will be promptly provided upon written request.

10    If you do not oppose the application, you need take no further action.

11    The Firm has agreed to be employed with compensation to be paid to said counsel only upon

12    application to an approval by the bankruptcy court after notice and hearing.  No retainer has been

13    paid to Applicant.  The Firm seeks compensation pursuant to 11 U.S.C. § 330.[3]

14    The names and hourly rates of the professionals to be employed are as follows:

15    **Attorneys:**        Larry D. Simons (LDS)              $425.00

16                          Frank X. Ruggier (FXR)            $400.00[4]

17    If you object to the Application, you are required to file with the court, pursuant to Local

18    Bankruptcy Rule 2014-1(b)(3) within 14 days from the date of service of this Notice, your written

19    objection and request for a hearing in the form required by Local Bankruptcy Rule 9013-1(f)(1).

20    You must file your objection and request with the Clerk of the United States Bankruptcy Court

21    located at 255 East Temple Street, Los Angeles, California 90012.[5]

22    You must also serve a copy of your written objection to the Application and request for

23    hearing upon the Trustee, Wesley H. Avery, 758 East Colorado Blvd. Suite 210, Pasadena, CA

24    _____

25    [1] See Local Bankruptcy Rule ("LBR") 2014-1(b)(3)(A).

      [2] See LBR 2014-1(b)(3)(D).

26    [3] See LBR 2014-1(b)(3)(B).

27    [4] See LBR 2014-1(b)(3)(C).

28    [5] See LBR 2014-1(b)(3)(E).

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

91101; upon Larry D. Simons at Law Offices of Larry D. Simons, 15545 Devonshire Street, Suite 110, Mission Hills, California 91345; and upon the Office of the United States Trustee at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017.[6]

Upon receipt of an objection and a request for hearing, the Trustee will obtain a hearing date and give appropriate notice thereof.[7]

Dated: May 28, 2019

LAW OFFICES OF LARRY D. SIMONS

_/s/Larry D. Simons_

Larry D. Simons
(Proposed) Attorneys for Wesley H. Avery,
Chapter 7 Trustee

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

[6] See LBR 2014-1(b)(3)(E).
[7] See LBR 2014-1(b)(5).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/28/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John N. Tedford: jtedford@dgdk.com
Wesley H. Avery (TR): wes@averytrustee.com
OUST-LA: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/28/2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Got News, LLC, 5812 Temple City Blvd. #402, Temple City, CA 91780

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/28/2019 | Karen M. Bower | /s/ Karen M. Bower |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

bel Matrix for local noticing
73-2
se 2:19-bk-14693-BR
ntral District of California
s Angeles
e May 28 21:16:49 PDT 2019

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

... LLC
5812 Temple City Blvd, #402
Temple City, CA 91780-2112

J Strategies, LLC
12 Temple City Blvd #402
mple City, CA 91780-2112

Charles Johnson
5812 Temple City Blvd #402
Temple City CA 91780-2112

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 82680
Sacramento, CA 94280-0001

anchise Tax Board
nkruptcy Section, MS: A-340
O. Box 2952
cramento, CA 95812-2952

Freestartr LLC
5812 Temple City Blvd #402
Temple City CA 91780-2112

Freestartr, LLC
318 N Carson St #208
Carson City NV 89701-4269

Daddy, Inc.
455 N Hayden Rd Ste 226
ottsdale AZ 85260-6947

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jerome Vangheluwe
Attn  Andrew B Sommerman
c/o Sommerman McCaffity & Quesada
3811 Turtle Creek Blvd Suite 1400
Dallas, TX 75219-4492

rome Vangheluwe
tn  Raechel M Badalamenti
o Kirk Huth Lange & Badalamenti
500 Hall Rd Suite 100
inton Township, MI 48038-5317

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

rasec
631 Imperial Hwy Se F126
nta Fe Springs CA 90670-6772

Randazza Legal Group PLLC
Attn  Marc J Randazza
2764 Lake Sahara Dr Suite 109
Las Vegas, NV 89117-3400

State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

ited States Trustee (LA)
5 Wilshire Blvd, Suite 1850
s Angeles, CA 90017-3560

John N Tedford
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars 11th Fl
Los Angeles, CA 90067-4402

Wesley H Avery (TR)
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101-5407

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

s Angeles County Tax Collector
Box 54110
s Angeles, CA 90054-0018

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

1  Larry D. Simons CLS-B (CA Bar No. 179239)
   *larry@lsimonslaw.com*
2  Frank X. Ruggier, CLS-B (CA Bar No. 198836)
   *frank@lsimonslaw.com*
3  **LAW OFFICES OF LARRY D. SIMONS**
   15545 Devonshire Street, Suite 110
4  Mission Hills, California 91345
   Telephone: 818.672.1778
5  Facsimile: 626.389.5607

6  (Proposed) Attorneys for Wesley H. Avery, Chapter 7 Trustee

7

8

9              UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11

12  In re                              Case No. 2:19-bk-14693 BR

13  GOT NEWS, LLC                      Chapter 7

14         Debtor.                     **APPLICATION BY TRUSTEE TO EMPLOY
                                       GENERAL COUNSEL; DECLARATION OF
15                                     LARRY D. SIMONS; STATEMENT OF
                                       DISINTERESTEDNESS**
16

17                                     **[11 U.S.C. § 327(a), FRBP 2014 AND LOCAL
                                       BANKR. RULE 2014-1]**
18

19

20  **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

21  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, THEIR**

22  **COUNSEL OF RECORD AND OTHER PARTIES IN INTEREST:**

23      Wesley H. Avery, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee"

24  or "Applicant") of the bankruptcy estate (the "Estate") of the above captioned debtor (the

25  "Debtor"), hereby applies to the Court for authority to employ the law firm of Law Offices of Larry

26  D. Simons (the "Firm") as his general bankruptcy counsel, pursuant to 11 U.S.C. § 327(a), and in

27  support thereof represents as follows:

28

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 · FAX 626.389.5607

1.     The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 24, 2019.  Wesley H. Avery was appointed as Trustee.

2.     Applicant desires to employ Larry D. Simons and the law firm of Law Offices of Larry D. Simons (the "Firm") as his counsel to represent him in this Chapter 7 case.

3.     The Firm is willing to represent the Trustee in this case.  The Firm has experience in representing trustees and other parties in bankruptcy matter for over twenty two years.  The Firm is familiar with this type of legal representation generally, and the Trustee believes that the Firm will competently, efficiently, and timely provide the legal services required by the Estate.  The Firm's members are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction, and have a particular expertise with regard to the matters upon which they are to be employed.

4.     Applicant requires legal counsel to render the following types of professional services:[1]

(a)     To advise Applicant concerning the rights and remedies of the estate and the Trustee in regard to the secured, priority and general claims of creditors;

(b)     To represent Applicant in any proceeding or hearing, including without limitation, fraudulent transfer claims, in the Bankruptcy Court and in any action and other where the rights of the estate or the Trustee may be litigated or affected;

(c)     To investigate, evaluate and liquidate estate assets.

Specifically, the Trustee requires counsel to assist the Trustee in determining if there are any avoidable prepetition transfers.  Trustee also seeks the Firm's assistance in settling pending litigation involving the Debtor that is pending at the Sixth Circuit Court of Appeals. The employment of the Firm is in the best interest of the Estate as it will allow the Trustee to expeditiously liquidate assets and comply with his statutory duties under § 704.[2]

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

---

[1] See Rule 2014 of the Federal Rules of Bankruptcy Procedure.
[2] See Local Bankruptcy Rule ("LBR") 2014-1(b)(1)(D).

APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY
D. SIMONS--CASE NO. 2:19-BK-14693 BR

6.    To the best of Applicant's knowledge, neither the Firm nor any of the attorneys employed by the Firm have any connections with the Debtors, the creditors or any other party-in-interest in this case, or their respective attorneys.

7.    The Firm has agreed to and will be employed on a general retainer with compensation to be paid to said counsel only upon application to an approval by the bankruptcy court after notice and hearing.  A list of the Firm's current billing rates and costs charges is attached as Exhibit "1."

8.    The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. § 330.[3]

9.    A copy of the resume of the Firm is attached hereto as Exhibit "2."

10.    The employment of the Firm would be in the best interests of the Trustee and the estate.

WHEREFORE, Applicant prays that he be authorized to employ Larry D. Simons and the Law Offices of Larry D. Simons as his attorneys effective May 24, 2019 with compensation to be at the expense of the estate in such amount as the Court may hereafter allow.

DATED:  May 28, 2019

_Wesley H. Avery_
Wesley H. Avery, Chapter 7 Trustee

I AGREE TO THE ABOVE:

_Larry D. Simons for_
Larry D. Simons for
Law Offices of Larry D. Simons

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX  626.389.5607

[3] See LBR 2014-1(b)(1)(A)

APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY D. SIMONS--CASE NO. 2:19-BK-14693 BR

# DECLARATION OF LARRY D. SIMONS

I, Larry D. Simons declare:

1.      I am an attorney at law duly licensed to practice before this Court and am a member of the Law Offices of Larry D. Simons (the "Firm") located at 15545 Devonshire Street, Suite 110, Mission Hills, California 91345, (818) 672-1778, proposed counsel in the within matter.  I know each of the following facts to be true of my own personal knowledge and, if called as a witness, I could and would testify competently with respect thereto.

2.      Wesley H. Avery, Chapter 7 Trustee is seeking to retain the Firm by the foregoing application.  Notice of the application has been served on all creditors and parties in interest.  I am authorized to make this declaration on behalf of the Firm.

3.      The member of the Firm is experienced in matters of bankruptcy, insolvency, and debtor/creditor law and has appeared in numerous matters before this Court and is well qualified to represent the Trustee.

4.      Neither I nor the Firm have any prepetition claims against Applicant or the estate.

5.      Applicant seeks to employ the Firm as its bankruptcy counsel as more specifically set forth in the foregoing Application.

6.      The Firm has not in the past represented nor does the Firm in the future plan to represent any related debtors.

7.      No retainer has been received and the Firm will file an appropriate application for compensation.

8.      A true and correct copy of the current hourly billing rates charged for attorneys of the Firm as well as costs is attached hereto as Exhibit 1 to the Application.  A true and correct copy of the resume of the Firm is also attached hereto as Exhibit 2 to the Application.

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

4

1        9.     I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local

2  Bankruptcy Rules, and the United States Trustee Guidelines, and shall comply with them.

3       I declare under penalty of perjury that the foregoing is true and correct.

4       Executed on May _____, 2019 at Mission Hills, California.

5

6

7                                 Larry D. Simons

8

9

10

11

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY
D. SIMONS--CASE NO. 2:19-BK-14693 BR

1   STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL
       PERSON UNDER RULE 2014 OF THE FED'L R. BANKR. PROC. AND
2              LOCAL BANKRUPTCY RULE 2014-1(b)(1)(B)

3   [The following information is supplied in conformity with United States Bankruptcy Court, Central
   District of California, Form No. 2014-1]
4

5       I, Larry D. Simons declare:

6       1.     I am an attorney at law, and am a member of the State Bar of California. I am the

7   principal of Law Offices of Larry D. Simons (the "Firm"), whose business address is 15545

8   Devonshire Street, Suite 110, Mission Hills, California 91345. The Firm's office phone number is

9   818.672.1778 and fax number is 626.389.5607. I am authorized to make this Declaration on behalf

10   of the Firm.

11       2.     This declaration is made in support of the attached application of Wesley H. Avery,

12   the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee" or "Applicant") of the

13   bankruptcy estate ("Estate") of Got News, LLC (the "Debtor"), to retain the Firm as his general

14   bankruptcy counsel.   A true and correct copy of the Firm's current rates and costs is attached

15   hereto and incorporated herein as **Exhibit 1.**   The Firm is well qualified to represent the Trustee in

16   this matter, as can be seen by the Firm's resume, a true and correct copy of which is attached hereto

17   and incorporated herein as **Exhibit 2.**

18       3.     The Firm understands and agrees to accept employment on grounds that its fees may

19   be awarded only by application to and approval by this Court after notice and a hearing.

20       4.     The Firm has not been paid a monetary retainer.

21       5.     The Firm has carefully reviewed its files and has determined that no conflict of

22   interest exists in connection with this matter. Specifically, the Firm checks its database to

23   determine if it has represented any party with an interest adverse to the Debtor. In conducting this

24   search under the name of the Debtor, no reference to the Debtor came up, and based upon this

25   review, the Firm has determined that it does not and has not represented anyone with any interests

26   adverse to the Debtor. Therefore, to the best of my knowledge, information and belief, the Firm is a

27   disinterested party in the Debtor's chapter 7 case as that term is defined by the Bankruptcy Code.

28

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL 818.672.1778 • FAX 626.389.5607

APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY
D. SIMONS--CASE NO. 2:19-BK-14693 BR

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

6.      The following is a complete description of the Firm's connections with the debtor,
creditors, any other party in interest, their respective attorneys and accountants, the United States
trustee, or any person employed in the office of the United States Trustee: (1) Larry D. Simons, the
principal of the Firm is a member of the private panel of bankruptcy trustees for the Central District
of California maintained and supervised by the Office of the United States trustee. (2) The Trustee,
Wesley H. Avery represents Larry D. Simons in his capacity as trustee in other unrelated matters.
(3) The Firm has represented the Trustee in other unrelated matters.

7.      The Firm is not a creditor, an equity security holder or an insider of the Debtor.

8.      The Firm is not and was not an investment banker for any outstanding security of the
Debtor.

9.      The Firm is and was not, within three (3) years before the date of the filing of the
petition herein, an investment banker for a security of the Debtor, or an attorney for such an
investment banker in connection with the offer, sale or issuance of any security of the Debtors.

10.     The Firm is not was not, within two (2) years before the date of the filing of the
petition herein, a director, officer or employee of the Debtor or of any investment banker for any
security of the Debtor.

11.     The Firm neither holds nor represents any interest materially adverse to the interest
of the estate or of any class of creditors or equity security holders, or reason of any direct or indirect
relationship to, connection with, or interest in, the debtor or an investment banker for any security
of the Debtor, or for any other reason.

12.     My Firm's business address is 15545 Devonshire Street, Mission Hills, California
91345. My office phone number is 818.672.1778 and fax number is 626.389.5607.

13.     The member of the Firm is not a relative or employee of the United States Trustee or
a Bankruptcy Judge. I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local
Bankruptcy Rules and the United States Trustee Guidelines, and will comply with them. Pursuant
to Local Bankruptcy Rule 2014-1(b)(2), the proposed employment of the Firm has been noticed to
all parties in interest.

1    14.    After conducting the investigation described in paragraph 5 above, I declare under

2    penalty of perjury under the laws of the United States of America that the foregoing is true and

3    correct.

4    Executed this _____ day May 2019 at Mission Hills, California.

5

6                                                        Larry D. Simons

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

8

# EXHIBIT 1

# LAW OFFICES OF LARRY D. SIMONS

### Certified Specialists in Bankruptcy Law
State Bar of California, Board of Legal Specialization

LARRY@LSIMONSLAW.COM
FRANK@LSIMONSLAW.COM

15545 DEVONSHIRE STREET, SUITE 110
MISSION HILLS, CALIFORNIA 91345
WWW.LSIMONSLAW.COM

TELEPHONE:818.672.1778
FACSIMILE: 626.389.5607

## RATES FOR PROFESSIONAL SERVICES

| ATTORNEYS | HOURLY RATE |
|---|---|
| Larry D. Simons (LDS) | 425 |
| Frank X. Ruggier (FXR) | 400 |

## COSTS

| | |
|---|---|
| Photocopies | $.20/page |
| Fax | No Charge |
| Postage/Fed Ex | Actual Charge |
| PACER/Lexis | Actual Charge |

**EXHIBIT 2**

# LAW OFFICES OF LARRY D. SIMONS

### Certified Specialists in Bankruptcy Law
State Bar of California, Board of Legal Specialization

LARRY@LSIMONSLAW.COM
FRANK@LSIMONSLAW.COM

15545 DEVONSHIRE STREET, SUITE 110
MISSION HILLS, CALIFORNIA 91345
WWW.LSIMONSLAW.COM

TELEPHONE: 818.672.1778
FACSIMILE: 626.389.5607

The Law Offices of Larry D. Simons practices exclusively in the area of bankruptcy law, representing debtors in Chapter 7 and Chapter 13 and representing creditors in all chapters and chapter 7 trustees.

## LARRY D. SIMONS

Member of Chapter 7 panel trustee for Central District of California, Riverside Division.

Judicial law clerk for Hon. Kathleen Thompson (ret.), United States Bankruptcy Judge, Central District of California and Hon. Arthur Greenwald (dec.), United States Bankruptcy Judge, Central District of California.

### Education
McGeorge Law School, Juris Doctor, 1995; CSU Northridge, Bachelor of Arts, *History* 1992

### Legal Specialization
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

### Articles
"The Chapter 13 Plan: A Cure-All for the Debtor who is not Obligated on a Secured Debt?" *Norton Bankruptcy Law Adviser*, December 2002

"The Elusive Meaning of Impairment." *California Bankr. J.*, Vol. 27, Number 2, 2004

"When a Solvent Debtor Files for Reorganization, Is the Filing 'Per Se' Bad Faith?" *Norton Bankruptcy Law Adviser*, September 2005

"Is It In or Out? Determining the Operative Transfer Date for Escrow Accounts in Preference Litigation." *California Bankr. J.*, Vol. 28, Number 4, 2006.

"Procedural Pointers Regarding Nondischargability Complaints" *Debt³*, Vol. 23, Number 1, January/February 2008.

### Awards and Honors
Named a "Rising Star" in the field of bankruptcy law for 2004-2007 and named a "Super Lawyer" in the field of bankruptcy law for 2012, 2013, 2015, 2016, 2017 in the Southern California Super Lawyers surveys put out by *Law & Politics* and *Los Angeles* magazines

Named a "Top Attorney" in Bankruptcy for 2010 by *Pasadena Magazine*.

Law Offices of Larry D. Simons
Firm Resume
Page 2

<u>Published Cases:</u>
Smith v. Rojas, 435 BR 637 (9th Cir. BAP 2010)
Kallman v. Gottlieb (In re Lewis), 515 BR 591 (9th Cir. BAP 2014)
In re Santos, 561 BR 825 (Bankr. C.D. Cal. 2017)

# FRANK X. RUGGIER

Judicial Extern for Hon. Calvin Ashland (dec.), United States Bankruptcy Judge, Central District
of California.

<u>Education:</u>
University of Southern California, Gould School of Law, Juris Doctor (1998),
University of California, Irvine, Bachelor of Arts, *Political Science* (cum laude) (1995).

<u>Legal Specialization</u>
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

<u>Awards/Honors:</u>
American Jurisprudence Award for Bankruptcy

<u>Professional Affiliations & Volunteer:</u>
Central Dist. Consumer Bankruptcy Attorney Association (CDCBAA)
National Assoc. of Consumer Bankruptcy Attorneys (NACBA)
Encino Little League Coach

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled (specify):

**APPLICATION BY TRUSTEE TO EMPLOY GENERAL COUNSEL; DECLARATION OF LARRY D. SIMONS; STATEMENT OF DISINTERESTEDNESS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __05/28/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John N. Tedford: jtedford@dgdk.com
Wesley H. Avery (TR): wes@averytrustee.com
OUST-LA: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __05/28/2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Got News, LLC, 5812 Temple City Blvd. #402, Temple City, CA 91780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/28/2019 | Karen M. Bower | /s/ Karen M. Bower |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**