| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John N. Tedford, IV (State Bar No. 205537)<br>Danning, Gill, Diamond & Kollitz, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>T: (310) 277-0077<br>F: (310) 277-5735<br><br>☑ *Attorney for* various parties in cases identified in Exhibit A hereto | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>All cases identified in Exhibit A hereto<br><br>                                                 Debtor(s), | CHAPTER<br><br>CASE NUMBER |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br><br><br>                                                 Debtor(s). | ☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

**NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM**
(See page 2 for additional requirements)

The following information must be provided:

I, __John N. Tedford, IV__, __205537__, __jtedford@dgdk.com__
              Name                                             Bar ID Number                   E-Mail Address

❏ am **counsel of record** or
   ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
   ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067_
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

Notice of Change of Address or Law Firm

(September 2009)

SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

  Note: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

  **CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

  \*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 9/16/19                                         _____
                                                        Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

EXHIBIT A

# Exhibit A
## Attorney: John N. Tedford, IV

| Case No. | Case Title | Chapter |
|---|---|---|
| 1:11-bk-11889-MB | David and Melodie Kersey | 7 |
| 1:11-bk-23855-VK | Edward E. Elliott | 7 |
| 1:15-bk-13795-MT | Alisa Terkarapetian | 7 |
| 1:16-bk-12695-MT | Sonia E Mole | 13 |
| 1:16-bk-12811-MT | JF Landscape, Inc | 7 |
| 1:16-bk-13077-MT | David Saghian | 7 |
| 1:16-bk-13613-MT | Margie Ann Lieser | 7 |
| 1:17-bk-10527-MT | Sharique Ahmed Shaikh | 7 |
| 1:17-bk-11663-MT | Inception Media Group, LLC | 7 |
| 1:17-bk-11968-MT | Ovidio Flores and Silene Flores Espitia | 13 |
| 1:18-ap-01039-MT | Weil v. Saghian | 7 |
| 2:13-bk-15807-WB | Edward and Helen Ahn | 7 |
| 2:14-bk-18082-VZ | Primo Corporation | 7 |
| 2:14-bk-28814-BR | Magdesian Bros., Inc. | 7 |
| 2:15-bk-10469-WB | Procare Mobile Response LLC | 7 |
| 2:15-bk-27484-SK | Ana Silva Duarte | 13 |
| 2:16-bk-10398-BR | Antelope Valley Christian School | 7 |
| 2:16-bk-13852-BB | East Coast Foods, Inc. | 11 |
| 2:16-bk-22504-WB | Fehmida Mahmood | 7 |
| 2:17-bk-14276-BB | Altadena Lincoln Crossing LLC | 11 |
| 2:18-bk-11392-BB | Phoenix Warehouse of California, LLC | 7 |

| Case No. | Case Title | Chapter |
|---|---|---|
| 2:18-bk-14756-BR | G.H. Cooper Properties | 7 |
| 2:18-bk-17133-RK | Dream Hospice Care, Inc. | 7 |
| 2:19-bk-12762-BB | Sarah Lyn Wong | 7 |
| 2:19-bk-14693-BR | Got News, LLC | 7 |
| 2:19-bk-20000-NB | 9469 Beverly Crest LLC | 11 |
| 6:14-bk-19238-MW | Healthcare Industry Self Insurance Program of California | 7 |
| 8:11-bk-21167-CB | GM Funding, LLC | 7 |
| 9:18-bk-12079-DS | Super98, LLC | 7 |