| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John N. Tedford, IV (State Bar No. 205537)<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>T: (310) 277-0077<br>F: (310) 277-5735<br><br>☑ *Attorney for* various parties in cases identified in Exhibit A hereto | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>  All cases identified in Exhibit A hereto<br><br>                                      Debtor(s),<br><br><br>                                      Plaintiff(s),<br><br>              vs.<br><br><br><br><br>                                      Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><hr>☐   ADVERSARY NUMBER (if applicable)<br>☑   See attached list for multiple cases that require<br>      an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
### (See page 2 for additional requirements)

The following information must be provided:

I, ___John N. Tedford, IV_____, ___205537_____, ___jtedford@DanningGill.com_____
       *Name*                 *Bar ID Number*           *E-Mail Address*
☐ am **counsel of record** or
    ☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

☑ am **counsel of record** or
    ☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name Danning, Gill, Israel & Krasnoff, LLP_____
New Address_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address jtedford@DanningGill.com_____

(September 2009)

## *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

### ☑ TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:

☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

### ❏ TO BE TERMINATED FROM THE CASE:**

❏ I am, or
❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

### CHECK ONE BOX

❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
❏ I am, or
❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated:___11/25/19_____          _____/S/ John N. Tedford, IV_____
                                                          Signature of Present Attorney

---

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

---

# EXHIBIT A

# Exhibit A
## Attorney:  John N. Tedford, IV

| Case No. | Case Title | Chapter |
|---|---|---|
| 1:11-bk-11889-MB | David and Melodie Kersey | 7 |
| 1:15-bk-13795-MT | Alisa Terkarapetian | 7 |
| 1:16-bk-12695-MT | Sonia E Mole | 13 |
| 1:16-bk-12811-MT | JF Landscape, Inc | 7 |
| 1:16-bk-13077-MT | David Saghian | 7 |
| 1:16-bk-13613-MT | Margie Ann Lieser | 7 |
| 1:17-bk-10527-MT | Sharique Ahmed Shaikh | 7 |
| 1:17-bk-11663-MT | Inception Media Group, LLC | 7 |
| 1:17-bk-11968-MT | Ovidio Flores and Silene Flores Espitia | 13 |
| 1:18-ap-01039-MT | Weil v. Saghian | 7 |
| 2:13-bk-15807-WB | Edward and Helen Ahn | 7 |
| 2:14-bk-18082-VZ | Primo Corporation | 7 |
| 2:14-bk-28814-BR | Magdesian Bros., Inc. | 7 |
| 2:15-bk-10469-WB | Procare Mobile Response LLC | 7 |
| 2:15-bk-27484-SK | Ana Silva Duarte | 13 |
| 2:16-bk-10398-BR | Antelope Valley Christian School | 7 |
| 2:16-bk-13852-BB | East Coast Foods, Inc. | 11 |
| 2:16-bk-22504-WB | Fehmida Mahmood | 7 |
| 2:17-bk-14276-BB | Altadena Lincoln Crossing LLC | 11 |
| 2:18-bk-14756-BR | G.H. Cooper Properties | 7 |
| 2:18-bk-17133-RK | Dream Hospice Care, Inc. | 7 |

| Case No. | Case Title | Chapter |
|---|---|---|
| 2:19-bk-12762-BB | Sarah Lyn Wong | 7 |
| 2:19-bk-14693-BR | Got News, LLC | 7 |
| 2:19-bk-20000-NB | 9469 Beverly Crest LLC | 11 |
| 2:19-bk-20822-WB | Trousdale US Aussie, LLC and Trousdale US Aussie, LLC, Debtor and Debtor-in-Possession | 11 |
| 6:14-bk-19238-MW | Healthcare Industry Self Insurance Program of California | 7 |
| 8:11-bk-21167-CB | GM Funding, LLC | 7 |
| 9:18-bk-12079-DS | Super98, LLC | 7 |
| 9:19-bk-11573-MB | HVI Cat Canyon, Inc. | 11 |

1567781.1  0705