Alex J. Shepard (CA Bar No. 295058)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorney for Creditor*
*Randazza Legal Group, PLLC*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

GOTNEWS, LLC,

    Debtor.

Case No. 2:19-bk-14693-BR

Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appear as counsel for Randazza Legal Group, PLLC, creditor, and request that they be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices or other papers, filed or served, in this case or any proceeding herein, be served upon the undersigned at the following address:

    Alex J. Shepard
    RANDAZZA LEGAL GROUP, PLLC
    2764 Lake Sahara Drive, Suite 109
    Las Vegas, NV 89117
    Telephone: 702-420-2001
    ecf@randazza.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise filed with regard to this case.  This Notice is simply a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.  Furthermore, by the filing of this Notice, the Creditor does not consent to, nor waive any objections to the venue in which this case has been filed.

Respectfully submitted,

/s/ Alex J. Shepard
Alex J. Shepard (CA Bar No. 295058)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Case No: 2:19-bk-14693-BR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Crystal C.S. Sabala
Employee,
Randazza Legal Group, PLLC