Wesley H. Avery, Trustee
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
Telephone: (626) 395-7576
Lucy@AveryTrustee.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:**  **GOT NEWS, LLC**  **Debtor(s).** | Case No. 19-14693-BR  Chapter 7  **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **February 19, 2020  at 01:30 PM**, located at**:** Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

☒    Administrative reasons. Appearance excused on 12/16/2019. Please contact trustee's office one week prior to the continued date whether appearance will be required.

DATED: December 19, 2019            /s/ Wesley H. Avery
                                     Wesley H. Avery, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on December 19, 2019.

                                     /s/ Lucy Mavyan
                                     Lucy Mavyan, Trustee Administrator

GOT NEWS, LLC
5812 TEMPLE CITY BLVD, #402
TEMPLE CITY, CA 91780