Larry D. Simons CLS-B (CA Bar No. 179239)
larry@lsimonslaw.com
Frank X. Ruggier, CLS-B (CA Bar No. 198863)
frank@lsimonslaw.com
**LAW OFFICES OF LARRY D. SIMONS**
155545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorneys for Wesley H. Avery, Chapter 7 Trustee

FILED & ENTERED

MAR 20 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOT NEWS, LLC,<br><br>　　　　Debtor. | Case No. 2:19-bk-14693 BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER COMPELLING JP MORGAN CHASE BANK N.A. TO APPEAR FOR EXAMINATION AND PRODUCE DOCUMENTS**<br><br>[No Hearing Required Pursuant to LBR 2004-1]<br><br>Proposed Document Production Date and Place<br>Date: 04/3/2020<br>Time: 10:00 a.m.<br>Place: Law Offices of Larry D. Simons<br>　　　　15545 Devonshire St. Suite 110<br>　　　　Mission Hills, California 91345<br><br>Proposed Examination Date and Place<br>Date: 04/10/2020<br>Time: 10:00 a.m.<br>Place: Law Offices of Larry D. Simons<br>　　　　15545 Devonshire Street, Suite 110<br>　　　　Mission Hills, California 91345 |

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

1
ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE FOR AN ORDER COMPELLING CHASE BANK N.A. TO APPEAR FOR EXAMINATION
AND PRODUCE DOCUMENTS-CASE NO. 2:19-BK-14693 BR

The Court, having considered the motion ("Motion") filed by Wesley H. Avery, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") for Got News, LLC, debtor herein, for the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, authorizing the Trustee to issue a subpoena directing the oral examination and production of documents by the custodian of records at JPMorgan Chase Bank NA ("Chase" or "Examinee"), no motion for a protective order having been timely filed by Chase, and for good cause appearing therefore, the Court hereby Orders as follows:

1. the Motion is hereby granted in its entirety;

2. the Trustee is hereby authorized to issue a subpoena compelling the Examinee to appear for an oral examination as to the full scope of matters covered by Rule 2004(b) of the Federal Rules of Bankruptcy Procedure and to produce the documents requested in the subpoena.

**IT IS SO ORDERED.**

###

Date: March 20, 2020

_Barry Russell_
Barry Russell
United States Bankruptcy Judge