Wesley H. Avery, Trustee
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
www.thebankruptcylawcenter.com
Phone: (626) 395-7576
Fax:    (661)430-5467
Email:  Lucy@AveryTrustee.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| **In re:** | Case No. 2:19-bk-14693-BR |
| **GOT NEWS, LLC** | Chapter 7 |
| **Debtor(s).** | **WITHDRAWAL OF NOTICE OF 341(a) MEETING OF CREDITORS TO BE CONDUCTED TELEPHONICALLY ON 05/29/2019** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

Please take notice that Wesley H. Avery, the duly appointed Chapter 7 Trustee of the above-captioned debtor, hereby withdraws the *Notice of 341(a) Meeting of Creditors to be Conducted Telephonically* filed as Docket No. 48 on April 3, 2020, as it was filed in error.

If you have any questions or concerns, please contact the trustee administrator by email to Lucy@AveryTrustee.com.

DATED: April 6, 2020                            /s/ Wesley H. Avery
                                                Wesley H. Avery, Chapter 7 Trustee