Wesley H. Avery, Trustee
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
www.thebankruptcylawcenter.com
Phone: (626) 395-7576
Fax:    (661)430-5467
Email:  Lucy@AveryTrustee.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No. 2:19-bk-14693-BR |
| **GOT NEWS, LLC** | Chapter 7 |
| **Debtor(s).** | **NOTICE OF CONTINUED 341(a) MEETING OF CREDITORS TO BE CONDUCTED TELEPHONICALLY ON 06/04/2020** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Continued Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter scheduled for June 4, 2020 at 01:30 PM will now take place by **TELEPHONE ONLY**. You should **NOT** appear at the physical location of the meeting stated in the original notice.  The Debtor, Debtor's counsel if any, and any party in interest wishing to participate, shall call Conference Phone Number: **1-866-916-8264**, using Participant Code **2983420#**.  Information, including all forms, are posted on the Trustee's website.

Your matter was continued for:

☒    Administrative reasons.

*Please contact trustee's office, by email to Lucy@AveryTrustee.com, one week prior to the continued date whether appearance will be required.*

DATED: May 13, 2020                     /s/ Wesley H. Avery
                                        Wesley H. Avery, Chapter 7 Trustee

GOT NEWS, LLC
5812 TEMPLE CITY BLVD, #402
TEMPLE CITY, CA 91780