**Jody Rodenberg**

| | |
|---|---|
| **From:** | Jody Rodenberg |
| **Sent:** | Wednesday, September 2, 2020 3:46 PM |
| **To:** | 'Larry Simons' |
| **Cc:** | Andy Sommerman; Kathy Gatzemeyer |
| **Subject:** | RE: Vangheluwe v Johnson Settlement |

Mr. Simons:

I'm following up again on my below email.  Please advise whether you are able to provide dates for a deposition of Mr. Johnson.

**From:** Jody Rodenberg
**Sent:** Monday, August 3, 2020 11:56 AM
**To:** 'Larry Simons' <larry@lsimonslaw.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Mr. Simons:

I'm following up on my below e-mail.

**From:** Jody Rodenberg
**Sent:** Thursday, July 16, 2020 4:36 PM
**To:** 'Larry Simons' <larry@lsimonslaw.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Mr. Simons:

When you and Andrew Sommerman spoke during the first week of June, you indicated that you would get some potential dates for the deposition of Mr. Johnson.   I'm following up to see if you've made any progress along those lines.

Thanks,
Jody

**From:** Larry Simons [mailto:larry@lsimonslaw.com]
**Sent:** Thursday, April 9, 2020 5:14 PM
**To:** Jody Rodenberg <JRodenberg@textrial.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

That's fine.  You can reach me at 818-672-1778 x100.  Thanks.

**From:** Jody Rodenberg [mailto:JRodenberg@textrial.com]
**Sent:** Thursday, April 9, 2020 3:11 PM

1

**To:** Larry Simons <larry@lsimonslaw.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

How about 4:00 CST / 2:00 PST?    What number should we call?

**From:** Larry Simons [mailto:larry@lsimonslaw.com]
**Sent:** Thursday, April 9, 2020 5:09 PM
**To:** Jody Rodenberg <JRodenberg@textrial.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Tuesday afternoon would be better for me.    I have a court appearance Tuesday morning, so I should be available anytime after 1pm PST.

**From:** Jody Rodenberg [mailto:JRodenberg@textrial.com]
**Sent:** Thursday, April 9, 2020 3:07 PM
**To:** Larry Simons <larry@lsimonslaw.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Mr. Simons:

Are you available for a call on Monday afternoon or Tuesday afternoon?

**From:** Larry Simons [mailto:larry@lsimonslaw.com]
**Sent:** Wednesday, April 8, 2020 3:09 PM
**To:** Jody Rodenberg <JRodenberg@textrial.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

After you have a chance to review the documents from Chase that I sent you, perhaps we can set up a conference call to discuss the Got News matter and where we go from here.

Thanks, Larry

**From:** Jody Rodenberg [mailto:JRodenberg@textrial.com]
**Sent:** Wednesday, April 8, 2020 12:36 PM
**To:** Larry Simons <larry@lsimonslaw.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Mr. Simons:

Our clients settled with Charles Johnson, individually.  They have not settled with Got News.

Please let us know if you have additional questions.

**From:** Larry Simons [mailto:larry@lsimonslaw.com]
**Sent:** Wednesday, April 8, 2020 2:14 PM

2

**To:** Jody Rodenberg <JRodenberg@textrial.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Thank you.  In reading the subject matter of the email, it intimates that the matter has been settled.  Is that an accurate statement?

Larry



**Larry D. Simons**
larry@lsimonslaw.com

15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Phone: 818.672.1778; Fax: 626.389.5607

3610 Central Avenue, Suite 400
Riverside, California 92506
Phone: 951.686.6300; Fax: 951.742.4733

www.lsimonslaw.com

CONFIDENTIALITY NOTICE:  The information contained in this e-mail transmission is intended only for tuse of the individual or entity named above.  This e-mail transmission, and any documents, files, previous e-mail transmission or other information attached to it, may contain confidential information that is legall privileged.  If you are not the intended recipient of this e-mail transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited.  If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission or by telephone at 818.672.1778, and destroy the original e-mail transmission and its attachments without reading or saving it in any manner.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in, omitted from, or implied by this communication (including any attachments) is not to be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** Jody Rodenberg [mailto:JRodenberg@textrial.com]
**Sent:** Wednesday, April 8, 2020 7:38 AM
**To:** Larry Simons <larry@lsimonslaw.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** FW: Vangheluwe v Johnson Settlement

Mr. Simons:

Please see the below email chain.

**From:** John N. Tedford, IV [mailto:JTedford@DanningGill.com]
**Sent:** Tuesday, April 7, 2020 10:57 PM
**To:** Jody Rodenberg <JRodenberg@textrial.com>

Exhibit 2020 Emails    Page 4 of 5

**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** RE: Vangheluwe v Johnson Settlement

Thanks, Jody.

The Michigan litigation is outside of the scope of our employment by Got News, but please feel free to keep me up to date while the bankruptcy case is open. I'd also suggest adding the Trustee's attorney (Larry Simons) to the service list for informational purposes, since the Trustee is really the party in interest at this point. Unless he changes his mind, I think Larry is planning to call in next week (assuming he remembers about the 3 hour time difference).

John

---

**From:** Jody Rodenberg <JRodenberg@textrial.com>
**Sent:** Tuesday, April 7, 2020 2:32 PM
**To:** John N. Tedford, IV <JTedford@DanningGill.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** FW: Vangheluwe v Johnson Settlement

Mr. Tetford:

Please see the below email from Mr. Wolman at Randazza Legal Group.

**From:** Jay M. Wolman [mailto:jmw@randazza.com]
**Sent:** Tuesday, March 24, 2020 2:48 PM
**To:** Jody Rodenberg <JRodenberg@textrial.com>
**Cc:** Kathy Gatzemeyer <KGatzemeyer@textrial.com>; Andy Sommerman <Andrew@textrial.com>; Marc Randazza <mjr@randazza.com>; Trey Rothell <tar@randazza.com>
**Subject:** Re: Vangheluwe v Johnson Settlement

All,

We received the status conference order regarding Got News. Please note that we withdrew as counsel for Got News per the Court's order of August 9, 2019. Per that order, GotNews is not required to obtain counsel until 30 days after the bankruptcy stay is lifted. It is our understanding that the stay is still in effect.

We will not be appearing for GotNews as we are no longer counsel in this matter. Service of the order on us is not service on Got News and we are not authorized to accept service on its behalf.

Please continue to direct communications to GotNews's bankruptcy counsel. We suggest you inform them of this development. Thank you.

Sincerely,
Jay Wolman

_____
**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
Tel: 702-420-2001 | Email: jmw@randazza.com

_____
\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

| | | | | |