## Jody Rodenberg

| | |
|---|---|
| **From:** | Larry Simons <larry@lsimonslaw.com> |
| **Sent:** | Monday, January 4, 2021 4:43 PM |
| **To:** | Jody Rodenberg; jtedford@DanningGill.com |
| **Cc:** | Andy Sommerman; Kathy Gatzemeyer |
| **Subject:** | RE: In re: Got News, LLC - 2004 Examination of Got News, LLC |

The trustee takes no position regarding your Rule 2004 examination.  Available dates should be discussed directly with Mr. Tedford.

Larry

**From:** Jody Rodenberg [mailto:JRodenberg@textrial.com]
**Sent:** Monday, January 4, 2021 2:24 PM
**To:** Larry Simons <larry@lsimonslaw.com>; jtedford@DanningGill.com
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** In re: Got News, LLC - 2004 Examination of Got News, LLC

Mr. Simons and Mr. Tedford:

We requested to take a 2004 Examination of Got News, LLC over the summer, through Mr. Simons.  Our understanding was that Mr. Simons would reach out to Mr. Tedford for potential dates to conduct that 2004 Examination, but we haven't received a response to our requests for status updates along those lines.

For purposes of a Certificate of Conference and complying with the local rules, attached is a draft of the Motion we intend to file if we are not able to reach an agreement.

If we do not hear back by **Thursday, January 7, 2021**, we will assume you are both opposed and move forward with filing.

**Jody L. Rodenberg** | Attorney
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Blvd, Ste. 1400 | Dallas, TX 75219
Tel (214)720-0720 | Fax (214)720-0184 | Toll-Free (800)900-5373
jrodenberg@textrial.com,  www.textrial.com
Connect with SMQ&G |  Facebook  |  Twitter  |  LinkedIn  |  Google+  |  Tumblr

