**Jody Rodenberg**

---

| | |
|---|---|
| **From:** | John N. Tedford, IV <JTedford@DanningGill.com> |
| **Sent:** | Wednesday, January 6, 2021 3:27 PM |
| **To:** | Jody Rodenberg |
| **Cc:** | Andy Sommerman; Kathy Gatzemeyer; Larry Simons |
| **Subject:** | RE: In re: Got News, LLC - 2004 Examination of Got News, LLC |

Jody – I have not received a response from Charles. You can contact him directly, but I don't have authority to provide his contact information.

---

**From:** Jody Rodenberg <JRodenberg@textrial.com>
**Sent:** Wednesday, January 6, 2021 12:54 PM
**To:** John N. Tedford, IV <JTedford@DanningGill.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>; Larry Simons <larry@lsimonslaw.com>
**Subject:** RE: In re: Got News, LLC - 2004 Examination of Got News, LLC

Mr. Tetford:

In response your below email, can you please confirm that we can contact Mr. Johnson directly and provide his contact information?

Thanks,
Jody

---

**From:** John N. Tedford, IV [mailto:JTedford@DanningGill.com]
**Sent:** Monday, January 4, 2021 5:58 PM
**To:** Jody Rodenberg <JRodenberg@textrial.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>; Larry Simons <larry@lsimonslaw.com>
**Subject:** RE: In re: Got News, LLC - 2004 Examination of Got News, LLC

Ms. Rodenberg:

Please note that unless we are separately retained again my firm's services in this case have concluded and my firm does not represent Got News in connection with your request for a Rule 2004 examination. I'll forward your email to Mr. Johnson, but unless the Debtor retains us you'll need to communicate with Mr. Johnson directly to meet and confer regarding the timing of the examination. I'll send him the email today and get back to you if I hear back.

John

P.S. Good couple of days for your Aggies. First you thump North Carolina in the Orange Bowl. Then UT hires our former coach who we had to fire because he kept showing up drunk. And now the Horns needs to find a new QB.

---

**From:** Jody Rodenberg <JRodenberg@textrial.com>
**Sent:** Monday, January 4, 2021 2:24 PM

1

**To:** Larry Simons <larry@lsimonslaw.com>; John N. Tedford, IV <JTedford@DanningGill.com>
**Cc:** Andy Sommerman <Andrew@textrial.com>; Kathy Gatzemeyer <KGatzemeyer@textrial.com>
**Subject:** In re: Got News, LLC - 2004 Examination of Got News, LLC

Mr. Simons and Mr. Tedford:

We requested to take a 2004 Examination of Got News, LLC over the summer, through Mr. Simons. Our understanding was that Mr. Simons would reach out to Mr. Tedford for potential dates to conduct that 2004 Examination, but we haven't received a response to our requests for status updates along those lines.

For purposes of a Certificate of Conference and complying with the local rules, attached is a draft of the Motion we intend to file if we are not able to reach an agreement.

If we do not hear back by **Thursday, January 7, 2021**, we will assume you are both opposed and move forward with filing.

**Jody L. Rodenberg** | Attorney
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Blvd, Ste. 1400 | Dallas, TX 75219
Tel (214)720-0720 | Fax (214)720-0184 | Toll-Free (800)900-5373
jrodenberg@textrial.com,  www.textrial.com
Connect with SMQ&G | Facebook  | Twitter  | LinkedIn | Google+ | Tumblr

