Andrew B. Sommerman (TX Bar No. 11842150), *Admitted Pro Hac Vice*
SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Phone:    (214) 720-0720
Fax:    (214) 720-0184
Email:    andrew@textrial.com

Counsel for Creditors Joel Vangheluwe and Jerome Vangheluwe



**FILED & ENTERED**

**MAR 03 2021**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** toliver    **DEPUTY CLERK**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOT NEWS, LLC;<br><br>    Debtor. | § § § § § § § § § § § § § § § § § § § | CASE NO. 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CREDITORS' NOTICE OF MOTION AND MOTION FOR RULE 2004 EXAMINATION OF (1) DEBTOR GOT NEWS, LLC AND (2) CHARLES JOHNSON**<br><br>[No Hearing Required Pursuant to LBR 2004-1]<br><br><u>Proposed Examination Date and Place</u><br>Date:    March 31, 2021<br>Time:    12:00 P.M., C.S.T.<br>Place:   Remotely |

The Court, having considered the motion ("Motion") filed by Creditors Joel Vangheluwe and Jerome Vangheluwe for entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, authorizing the oral examination of the Debtor Got News, LLC and Charles Johnson, no motion for a protective order having been timely filed, and for good cause appearing therefore, the Court hereby Orders as follows:

Page 1

1. The Motion is hereby granted in its entirety;

2. Counsel for Creditors Joel Vangheluwe and Jerome Vangheluwe is hereby authorized to take the oral examination of the Debtor Got News, LLC and Charles Johnson as to the full scope of matters covered by Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**IT IS SO ORDERED.**

Date: March 3, 2021

_____
Barry Russell
United States Bankruptcy Judge