Wesley H. Avery
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
www.thebankruptcylawcenter.com
Phone: (626) 395-7576
Fax:    (661) 430-5467
Email: Lucy@AveryTrustee.com

Chapter 7 Trustee

*Fiducia in faciem incertum*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOT NEWS, LLC,<br><br>                       Debtor(s) | Case No. 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**REQUEST FOR COURT COSTS**<br><br>Date:  [No hearing necessary]<br>Time:  [No hearing necessary]<br>Place:  U.S. Courthouse<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    Wesley H. Avery, the undersigned Trustee in the above-captioned bankruptcy case, is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs that have been incurred into this case. Said sum will be included in the Final Report and Account.

Dated:  6/7/2021

/s/ Wesley H. Avery
Wesley H. Avery
Chapter 7 Trustee