Wesley H. Avery
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
www.thebankruptcylawcenter.com
Phone: (626) 395-7576
Fax: (661) 430-5467
Email: Lucy@AveryTrustee.com

Chapter 7 Trustee

*Fiducia in faciem incertum*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOT NEWS, LLC,<br><br>Debtor(s). | Case No. 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**NOTICE TO PROFESSIONALS TO FILE AN APPLICATION FOR COMPENSATION**<br><br>[No Hearing Required] |

**TO THE U.S. BANKRUPTCY COURT, U.S. TRUSTEE, ATTORNEY FOR THE DEBTOR, AND EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:**

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing application for compensation is 21 days after mailing of this notice pursuant to Local Rule 2016-1(c)(4)(B).

Dated: 6/7/2021                     /s/ Wesley H. Avery
                                    Wesley H. Avery
                                    Chapter 7 Trustee