Larry D. Simons CLS-B (CBN 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier CLS-B (CBN 198836)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91101
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorneys for Wesley H. Avery, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-14693 BR |
| GOT NEWS, LLC | Chapter 7 |
| Debtor. | **FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND WESLEY H. AVERY IN SUPPORT THEREOF** |
| | [11 U.S.C. § 330, FRBP 2016 and Local Bankr. Rule 2016-1(b)] |
| | DATE: TO BE SET<br>TIME: TO BE SET<br>PLACE: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

**JUDGE, DEBTOR AND PARTIES IN INTEREST:**

The Law Offices of Larry D. Simons (the "Firm"), general counsel for Wesley H. Avery, the

duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") of the estate of Got News,

LLC (the "Debtor") hereby applies to this court for an order allowing and approving compensation

for legal services rendered and reimbursement of expenses incurred during the period May 24, 2019

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

1

FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7
TRUSTEE; DECLARATION OF LARRY D. SIMONS AND WESLEY H. AVERY IN SUPPORT THEREOF -

through July 15, 2021.

The following information is supplied in conformity with Form No. 2016-1.2 of the United States Bankruptcy Court for the Central District of California:

1. **Name of Applicant**:  Law Offices of Larry D. Simons ("Applicant" or "Firm").

2. **Type of Service Rendered**:   General Bankruptcy Counsel for the Trustee.

3. **Date of Filing of Voluntary Petition under Chapter 7 of the Bankruptcy Code**: April 24, 2019.

4. **Date of Entry of Order Approving Applicant's Employment**:  July 5, 2019.  The order approving Applicant's employment states Applicant's employment is effective as of May 24, 2019.

5. **Date of Filing of last Fee and/or Expense Application**:  Not Applicable.

6. **Total Fees Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications):**  Not Applicable

7. **Summary of Requested Fees in this Application**:

| Category | Amount |
|---|---|
| Asset Analysis and Recovery | $2,457.50 |
| Asset Disposition | $382.50 |
| Case Administration | $377.50 |
| Fee/Employment Applications | $2,040.00 |
| Litigation | $40.00 |
| Meeting of Creditors | $1,700.00 |
| TOTALS | $6,997.50 |

8. The hourly rates noted in the attached Exhibits 1, 2, and 3 are the same rates charged by the above professionals for non-bankruptcy services.

9. Bonus requested:  None

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

10.    **TOTAL FEES REQUESTED THIS APPLICATION**: **$6,997.50**[1]

11.    **Summary of Requested Expense Reimbursement**:    See Exhibit 4, which is attached hereto.

12.    **TOTAL EXPENSE REIMBURSEMENT REQUESTED FOR THIS APPLICATION: $127.65.**

13.    **TOTAL AWARD SOUGHT**:    The Firm requests approval as follows: compensation of **$6,997.50** and **$127.65** in expenses for a total of **$7,125.15**.  The Firm reserves the right to amend this application to request fees for additional services performed by the Firm at the request of the Trustee.

14.    Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1:  See Narrative Statement of Services Rendered, infra.

Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

Executed on this 15th day of July 2021 at Mission Hills, California.

**LAW OFFICES OF LARRY D. SIMONS**

_/s/ Larry D. Simons_
Larry D. Simons
Attorneys for Wesley H. Avery, Chapter 7 Trustee

---

[1] This amount includes $850.00 (2.0 hours at $400/hour) for the preparation of this final fee application.  The Firm also reserves the right to seek additional time attending the final fee hearing, should appearances be required.  Such time has not been included as part of the requested fees herein.

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

**FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS**

**ATTORNEYS FOR CHAPTER 7 TRUSTEE**

**I.    INTRODUCTION/OVERVIEW**

The Debtor filed its voluntary chapter 7 petition on April 24, 2019 (the "Petition Date"). Prior to filing for bankruptcy relief, Debtor ran a conservative newspaper and a judgment had been entered against it in which the Plaintiff's alleged they had been defamed.

Upon the filing, Trustee made demand for turnover of monies in Debtor's bank accounts. Trustee requested that the Firm conduct the examination of Debtor through its principal, which it did. Based upon the examination, the Firm requested production of certain documentation for further review by the Trustee.

Debtor produced some of the requested items, but not all. Accordingly, the Firm filed and obtained an order compelling Chase Bank to produce banking records related to the Debtor. Upon receipt of the bank statements, the Firm reviewed the records and provided its analysis as to whether any avoidable transactions were discovered. The Firm also shared the bank statements with a judgment creditor upon its request.

Time was also recorded communicating with the judgment creditor on the Trustee's behalf regarding potential assets. The Firm attended a Rule 2004 exam of Debtor's principal, who did not appear. Based upon the lack of any further evidence of additional assets to recover, the Firm advised the Trustee to begin the closing process of the Estate.

This Application requests that the Court approve compensation for the services rendered, and reimbursement for the expenses advanced, by Applicant during its representation of the Trustee in this case, from May 24, 2019 through July 15, 2021.

**II.    PRESENT STATUS OF THE CASE**

The following information is provided pursuant to the requirements of Local Bankruptcy Rule 2016-1(c)(2) (referencing Local Bankruptcy Rule 2016-1(a)(1)(A):

4

FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7
TRUSTEE; DECLARATION OF LARRY D. SIMONS AND WESLEY H. AVERY IN SUPPORT THEREOF -

**A.      Disposition of property of the Estate:**

All property has been liquidated.  The case is now in a position to close.

**B.      Current financial status of the Estate:**

According to the Trustee, the estate has approximately $30,250.00 on account at this time.

**III.    NARRATIVE STATEMENT OF SERVICES RENDERED BY OUST TIME CATEGORY**

Pursuant to Federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016-1(c)(2) (referencing Local Bankruptcy Rule 2016-1(a)), Applicant hereby submits this narrative of services rendered and expenses incurred by Applicant on behalf of the Trustee.

**A.      Asset Analysis and Recovery**

Under this category of services, Applicant expended time reviewing correspondence from the Trustee and the judgment creditor regarding potential assets.

The Firm also expended time preparing a rule 2004 exam of Chase Bank and reviewing the bank statements that were produced pursuant to that order.

Applicant expended 5.80 hours in connection with case administration and incurred fees of $2,457.50.

**B.      Asset Disposition**

Under this category of services, Applicant expended time communicating with Debtor's counsel regarding turnover of funds in Debtor's bank accounts.  The Firm also expended time communicating with Debtor's appellate counsel regarding a pending matter before the 6th Circuit to determine if the Trustee wanted to employ them to represent the Estate.

The Firm also attended a Rule 2004 exam of Debtor's principal, which the deponent failed to appear.

Applicant expended 0.90 hours in connection with asset disposition and incurred fees of $382.50.

///

///

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

**C.    Case Administration.**

In this category, the Firm communicated with various parties to discuss production of bank statements and judgment creditor's intention to take a 2004 exam of Debtor's principal.

Applicant expended 0.90 hours in connection with asset disposition and incurred fees of $377.50.

**D.    Fee/Employment Applications**

Applicant prepared an Application to Employ the Firm as counsel to the Trustee, and a Notice thereto. The Court approved Applicant's employment by order entered on July 5, 2019.

Applicant also prepared the instant Final Fee Application and a declaration of the Trustee in support thereof. Included in this category is 2.0 hours for preparation of this instant Application. Should appearances be required at the hearing on the Trustee's final report, the Firm reserves the right to seek additional fees for travel and attendance at that hearing.

In this category, the Firm expended 4.8 hours and incurred fees of $2,040.00.

**E.    Litigation.**

Time was expended in this category reviewing certain documents from Debtor's appellate counsel regarding a pending matter before the 6th Circuit.

Applicant expended 0.10 hours and incurred fees of $40.00.

**F.    Meeting of Creditors.**

In this category, the Firm expended time conducting the initial meeting of creditors at the request of the Trustee and travelling to the meeting location.

Applicant expended 4.00 hours and incurred fees of $1,700.00.

**IV.    NO FEE SHARING**

Pursuant to Federal Rule of Bankruptcy Procedure 2016(a), Applicant submits that no agreement or understanding exists between Applicant and any other entity for the sharing of compensation to be received for services rendered in or connection with the case.

///

///

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 628.389.5607

1    **V.    EXPENSES INCURRED**

2        A summary of all expenses incurred in connection with Applicant's representation of the

3    Trustee during the period covered by this fee application is included in Exhibit 4, attached hereto.

4    Applicant's request for reimbursement of expenses herein included costs advanced for reproduction

5    and postage and other out-of-pocket costs and expenses necessarily incurred on behalf of the

6    Trustee. Applicant has made every effort to limit the expenditure of expenses and to use the most

7    economical means available for accomplishing the tasks requiring the expenditure of costs.

8        Photocopies are generally handled in-house, and are charged $0.20 per page as reflected in

9    the detailed billing statements attached hereto.    Applicant incurred costs for mailing notices to

10    creditors and general correspondence in representing the Trustee.  Costs for postage were entered

11    based upon charges identified by the Firm's postage meter.

12    **VI.    DESCRIPTION OF ATTACHED EXHIBITS**

13        Attached hereto as **Exhibit 1** is an itemized listing of the services rendered by Applicant,

14    and the hours expended for the period described in the Fee Application. Attached as **Exhibit 2** is a

15    summary for each activity code listing the professional's name and time billed; and fees during the

16    period of this Application.  Attached as **Exhibit 3** is a summary of fees organized by month.

17    Attached as **Exhibit 4** is a summary of all expenses incurred in connection with Applicant's

18    representation of the Trustee.  Attached as **Exhibit 5** is a resume of Applicant and its members.

19    **VII.    CONCLUSION**

20        Based upon the above, Applicant respectfully requests that the Court enter an order

21    approving this First and Final Fee Application and allowing compensation of **$6,997.50** and

22    **$127.65** in expenses for a total of **$7,125.15**, none of which has been paid.  The funds sought are

23    fair and reasonable for the services rendered during this case.

24        ///

25        ///

26        ///

27        ///

28

1        The Firm respectfully seeks such other and further relief as this Court deems just and proper

2    under the circumstances.

3    Dated:  07/15/2021                **LAW OFFICES OF LARRY D. SIMONS**

4                                            _/s/ Larry D. Simons_

5                                   Larry D. Simons
                               Attorneys for Wesley H. Avery, Chapter 7 Trustee

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX  626.389.5607

8

### DECLARATION OF LARRY D. SIMONS

I, Larry D. Simons declare:

1.    I am an attorney at law licensed in the State of California and admitted to practice in the Central District of California.  I am a principal with the Law Offices of Larry D. Simons ("Applicant"), attorneys for Wesley H. Avery, Chapter 7 Trustee of the bankruptcy estate of Got News LLC (the "Trustee").  I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines of the United States Trustee relating to billing.

2.    I have personal knowledge, information and/or belief of the facts set forth herein, and if called upon to do so, could and would testify competently thereto.

3.    I make this declaration in support of the First and Final Fee Application of Law Offices of Larry D. Simons, Attorneys for Chapter 7 Trustee.

4.    I believe that the Fee Application accurately reflects services rendered and expenses incurred by Applicant in this case during the period May 24, 2019 through July 15, 2021.

5.    I believe that the Fee Application complies with the United States Trustee Guide for Professional Compensation.

6.    Neither I, nor any member of Applicant to the best of my knowledge have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to Applicant with any other person or attorney.  Applicant has provided legal services to the Trustee with an effort to keep all costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

7.    I spent two hours (2.0) preparing this Application and have included that time in the Fee/Employment Application category and as part of the fees which the Firm seeks to be paid from the Estate.

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7
TRUSTEE; DECLARATION OF LARRY D. SIMONS AND WESLEY H. AVERY IN SUPPORT THEREOF -

8.    If the Court requires appearances from the Firm at the hearing on the Trustee's final report, the Firm reserves the right to seek additional fees for the appearance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July 2021 at Mission Hills, California.

_____*/s/ Larry D. Simons*_____
Larry D. Simons

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7
TRUSTEE; DECLARATION OF LARRY D. SIMONS AND WESLEY H. AVERY IN SUPPORT THEREOF -

## DECLARATION OF WESLEY H. AVERY

I, Wesley H. Avery declare,

1.      I am the Chapter 7 Trustee of the bankruptcy estate of the above captioned debtor.

2.      Except as otherwise indicated, all statements made herein are based on my personal knowledge.  If called to testify as a witness in this matter, I could and would competently testify under oath to the trust of the statements set forth herein.

3.      I make this declaration in support of the *First and Final Fee Application of Law Offices of Larry D. Simons, Attorneys for Chapter 7 Trustee.*

4.      I have no objection to the request for fees and reimbursement of expenses respectively, contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of July 2021 at Pasadena, California.

Wesley H. Avery, Chapter 7 Trustee

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

# EXHIBIT 1

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, CA 91345

Wes Avery, Trustee for Got News, Inc                              June 30, 2021
3237-1

Matter No. 3237-1
In re Got News, LLC, 2:19-bk-14693 BR

**Fees:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/28/19 | FXR | review memos re new case, possible assets and legal work and employment of firm<br>0.10 hours at $400.00 per hour<br>AAR    Asset Analysis Recovery | $40.00 |
| 05/28/19 | FXR | review memo from Trustee admin re examination of debtor and need for employment of firm<br>0.10 hours at $400.00 per hour<br>CA    Case Administration | $40.00 |
| 05/28/19 | LDS | preparation of employment application<br>1.80 hours at $425.00 per hour<br>FEA    Fee Employment Applications | $765.00 |
| 05/28/19 | LDS | preparation of notice of employment application<br>0.50 hours at $425.00 per hour<br>FEA    Fee Employment Applications | $212.50 |
| 05/28/19 | LDS | travel to and from meeting of creditors and conduct same on behalf of trustee<br>4.00 hours at $425.00 per hour<br>MOC    Meeting of Creditors | $1,700.00 |
| 05/29/19 | LDS | review of correspondence from debtor's counsel regarding turnover of funds in corporate bank account and outstanding document request<br>0.20 hours at $425.00 per hour<br>AD    Asset Disposition | $85.00 |
| 06/03/19 | LDS | correspondence to debtor(s) counsel advising of documents requested at initial meeting of creditors<br>0.20 hours at $425.00 per hour<br>AAR    Asset Analysis Recovery | $85.00 |

Matter No. 3237-1                                                           June 30, 2021
In re Got News, LLC, 2:19-bk-14693 BR                                            Page 2

| | | | |
|---|---|---|---|
| 06/28/19 | LDS | preparation of declaraton re: non opposition to application to employ firm as general counsel<br>    0.20 hours at $425.00 per hour<br>FEA    Fee Employment Applications | $85.00 |
| 06/28/19 | LDS | preparation of order on application to employ firm as general counsel<br>    0.30 hours at $425.00 per hour<br>FEA    Fee Employment Applications | $127.50 |
| 07/30/19 | FXR | conference with Larry D. Simons re obtaining debtor's bank records to analyze for possible avoidable transfers<br>    0.20 hours at $400.00 per hour<br>AAR    Asset Analysis Recovery | $80.00 |
| 08/01/19 | FXR | review memo from attorney representing debtor in litigation re status<br>    0.10 hours at $400.00 per hour<br>CA    Case Administration | $40.00 |
| 08/06/19 | LDS | review of correspondence from debtor's appellate attorney regarding pending litigation (.1) and discuss same with trustee re: course of action (.1)<br>    0.20 hours at $425.00 per hour<br>AD    Asset Disposition | $85.00 |
| 08/08/19 | LDS | review of correspondence from debtor's counsel to trustee and myself regarding delay in producing requested documents and request to continue 341 in light of same<br>    0.00 hours at $425.00 per hour<br>AD    Asset Disposition | No charge |
| 08/13/19 | FXR | review memo from debtor's prepetition counsel re status of 6ht circuit appeal and district court litigation<br>    0.10 hours at $400.00 per hour<br>LIT    Litigation | $40.00 |
| 02/14/20 | LDS | telephone conference with creditor counsel regarding production of docs and issues thereto<br>    0.30 hours at $425.00 per hour<br>AAR    Asset Analysis Recovery | $127.50 |
| 03/03/20 | LDS | preparation of rule 2004 application of custodian of records of JP Morgan Chase | $1,147.50 |

Matter No. 3237-1                                                        June 30, 2021
In re Got News, LLC, 2:19-bk-14693 BR                                          Page 3

|  |  |  |  |
|---|---|---|---|
|  |  | 2.70 hours at $425.00 per hour |  |
|  |  | AAR    Asset Analysis Recovery |  |
| 03/18/20 | LDS | preparation of order granting rule 2004 exam of chase | $127.50 |
|  |  | 0.30 hours at $425.00 per hour |  |
|  |  | AAR    Asset Analysis Recovery |  |
| 04/03/20 | LDS | review of documents produced by Chase in response to rule 2004 exam | $595.00 |
|  |  | 1.40 hours at $425.00 per hour |  |
|  |  | AAR    Asset Analysis Recovery |  |
| 04/03/20 | LDS | correspondence to client with analysis of documents produced by Chase in response to 2004 exam and recommendations thereto | $85.00 |
|  |  | 0.20 hours at $425.00 per hour |  |
|  |  | AAR    Asset Analysis Recovery |  |
| 04/06/20 | LDS | correspondence to creditor asking if they wanted copy of documents produced by Chase in response to 2004 exam and review request re: same | $85.00 |
|  |  | 0.20 hours at $425.00 per hour |  |
|  |  | AAR    Asset Analysis Recovery |  |
| 04/08/20 | LDS | exchange emails with creditor regarding their reaching settlement with principal of debtor(s) but not debtor | $85.00 |
|  |  | 0.20 hours at $425.00 per hour |  |
|  |  | AD    Asset Disposition |  |
| 06/08/20 | LDS | telephone conference with attorneys for judgment creditor regarding potential questions for debtor(s) principal | $85.00 |
|  |  | 0.20 hours at $425.00 per hour |  |
|  |  | AAR    Asset Analysis Recovery |  |
| 06/08/20 | LDS | correspondence to debtor(s) counsel and client requesting a conference call regarding issues in bank statements | $85.00 |
|  |  | 0.20 hours at $425.00 per hour |  |
|  |  | CA    Case Administration |  |
| 01/04/21 | LDS | review of email from judgment creditor regarding their intention to take rule 2004 exam of debtor and proposed application re: same | $127.50 |
|  |  | 0.30 hours at $425.00 per hour |  |
|  |  | CA    Case Administration |  |

Matter No. 3237-1                                                    June 30, 2021
In re Got News, LLC, 2:19-bk-14693 BR                                     Page 4

| | | | |
|---|---|---|---|
| 01/06/21 | LDS | correspondence to judgment creditors attorney with documents received by trustee related to estate | $85.00 |
| | | 0.20 hours at $425.00 per hour | |
| | | CA    Case Administration | |
| 03/31/21 | LDS | attend rule 2004 exam of debtor(s) via zoom (no appearance was made by principal) | $127.50 |
| | | 0.30 hours at $425.00 per hour | |
| | | AD    Asset Disposition | |

|  | Hours: | 14.50 | |
|---|---|---|---|
|  | Total fees: | | $6,147.50 |

Attorney Summary

| FXR | Frank X. Ruggier | 0.60 hours at $400.00 per hour |
|---|---|---|
| LDS | Larry D. Simons | 13.90 hours at $425.00 per hour |

**Expenses:**

| 05/28/19 | LDS | Metrolink fare for appearance at meeting of creditors | $12.00 |
|---|---|---|---|
| | | Photocopies | $81.60 |
| | | 408 at $0.20 each | |
| | | Postage | $34.05 |
| | | Total expenses: | $127.65 |

---

**Billing Summary**

| Previous balance | $0.00 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 6,275.15 |
| **Total now due** | **$6,275.15** |

# EXHIBIT 2

**Fees by Task**                                                                    Page 1
Period: 05/24/2019-07/15/2021                                                       07/15/21

---

**Matter 3237-1**               Wes Avery, Trustee for Got News, Inc
                                In re Got News, LLC, 2:19-bk-14693 BR

---

|                          |     |                                                                                          | Hours | Fees     |
|--------------------------|-----|------------------------------------------------------------------------------------------|-------|----------|
| **AAR**                  |     | **Asset Analysis Recovery**                                                              |       |          |
| 05/28/19<br>(20325)      | FXR | review memos re new case, possible assets and legal work and employment of firm          | 0.10  | 40.00    |
| 06/03/19<br>(20351)      | LDS | correspondence to debtor(s) counsel advising of documents requested at initial meeting of creditors | 0.20  | 85.00    |
| 07/30/19<br>(20634)      | FXR | conference with Larry D. Simons re obtaining debtor's bank records to analyze for possible avoidable transfers | 0.20  | 80.00    |
| 02/14/20<br>(21511)      | LDS | telephone conference with creditor counsel regarding production of docs and issues thereto | 0.30  | 127.50   |
| 03/03/20<br>(21550)      | LDS | preparation of rule 2004 application of custodian of records of JP Morgan Chase          | 2.70  | 1,147.50 |
| 03/18/20<br>(22972)      | LDS | preparation of order granting rule 2004 exam of chase                                    | 0.30  | 127.50   |
| 04/03/20<br>(22974)      | LDS | correspondence to client with analysis of documents produced by Chase in response to 2004 exam and recommendations thereto | 0.20  | 85.00    |
| 04/03/20<br>(22973)      | LDS | review of documents produced by Chase in response to rule 2004 exam                      | 1.40  | 595.00   |
| 04/06/20<br>(22978)      | LDS | correspondence to creditor asking if they wanted copy of documents produced by Chase in response to 2004 exam and review request re: same | 0.20  | 85.00    |
| 06/08/20<br>(22020)      | LDS | telephone conference with attorneys for judgment creditor regarding potential questions for debtor(s) principal | 0.20  | 85.00    |
| 10 transactions for code AAR |  |                                                                                          | 5.80  | 2,457.50 |
| **AD**                   |     | **Asset Disposition**                                                                    |       |          |
| 05/29/19                 | LDS | review of correspondence from debtor's counsel regarding turnover of funds in corporate  |       |          |

**Fees by Task**
Period: 05/24/2019-07/15/2021

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | bank account and outstanding document request |  |  |
| (22975) |  |  | 0.20 | 85.00 |
| 08/06/19 | LDS | review of correspondence from debtor's appellate attorney regarding pending litigation (.1) and discuss same with trustee re: course of action (.1) |  |  |
| (22976) |  |  | 0.20 | 85.00 |
| 08/08/19 | LDS | review of correspondence from debtor's counsel to trustee and myself regarding delay in producing requested documents and request to continue 341 in light of same |  |  |
| (22977) |  |  | 0.00 | 0.00 |
| 04/08/20 | LDS | exchange emails with creditor regarding their reaching settlement with principal of debtor(s) but not debtor |  |  |
| (22979) |  |  | 0.20 | 85.00 |
| 03/31/21 | LDS | attend rule 2004 exam of debtor(s) via zoom (no appearance was made by principal) |  |  |
| (22982) |  |  | 0.30 | 127.50 |
| 5 transactions for code AD |  |  | 0.90 | 382.50 |

**CA**          **Case Administration**

|  |  |  |  |  |
|---|---|---|---|---|
| 05/28/19 | FXR | review memo from Trustee admin re examination of debtor and need for employment of firm |  |  |
| (20326) |  |  | 0.10 | 40.00 |
| 08/01/19 | FXR | review memo from attorney representing debtor in litigation re status |  |  |
| (20648) |  |  | 0.10 | 40.00 |
| 06/08/20 | LDS | correspondence to debtor(s) counsel and client requesting a conference call regarding issues in bank statements |  |  |
| (22021) |  |  | 0.20 | 85.00 |
| 01/04/21 | LDS | review of email from judgment creditor regarding their intention to take rule 2004 exam of debtor and proposed application re: same |  |  |
| (22980) |  |  | 0.30 | 127.50 |
| 01/06/21 | LDS | correspondence to judgment creditors attorney with documents received by trustee related to estate |  |  |
| (22981) |  |  | 0.20 | 85.00 |
| 5 transactions for code CA |  |  | 0.90 | 377.50 |

**FEA**          **Fee Employment Applications**

|  |  |  |  |  |
|---|---|---|---|---|
| 05/28/19 | LDS | preparation of employment application |  |  |
| (20217) |  |  | 1.80 | 765.00 |

**Fees by Task**
Period: 05/24/2019-07/15/2021

| | | | | |
|---|---|---|---|---|
| 05/28/19 (20218) | LDS | preparation of notice of employment application | 0.50 | 212.50 |
| 06/28/19 (20414) | LDS | preparation of order on application to employ firm as general counsel | 0.30 | 127.50 |
| 06/28/19 (20413) | LDS | preparation of declaraton re: non opposition to application to employ firm as general counsel | 0.20 | 85.00 |
| 4 transactions for code FEA | | | 2.80 | 1,190.00 |

**LIT**          **Litigation**

| | | | | |
|---|---|---|---|---|
| 08/13/19 (20673) | FXR | review memo from debtor's prepetition counsel re status of 6ht circuit appeal and district court litigation | 0.10 | 40.00 |
| 1 transaction for code LIT | | | 0.10 | 40.00 |

**MOC**          **Meeting of Creditors**

| | | | | |
|---|---|---|---|---|
| 05/28/19 (20220) | LDS | travel to and from meeting of creditors and conduct same on behalf of trustee | 4.00 | 1,700.00 |
| 1 transaction for code MOC | | | 4.00 | 1,700.00 |

| | Hours | Fees |
|---|---|---|
| **Totals for Matter 3237-1** | | |
| 6 task codes | 14.50 | 6,147.50 |
| 26 transactions | | |

# EXHIBIT 3

**Matter Fees by Month**
Period: 05/24/2019-07/15/2021

Matter 3237-1

Wes Avery, Trustee for Got News, Inc
In re Got News, LLC, 2:19-bk-14693 BR

| Month | Hours Billed | Fees Billed |
|---|---|---|
| 05/2019 | 6.70 | 2,842.50 |
| 06/2019 | 0.70 | 297.50 |
| 07/2019 | 0.20 | 80.00 |
| 08/2019 | 0.40 | 165.00 |
| 02/2020 | 0.30 | 127.50 |
| 03/2020 | 3.00 | 1,275.00 |
| 04/2020 | 2.00 | 850.00 |
| 06/2020 | 0.40 | 170.00 |
| 01/2021 | 0.50 | 212.50 |
| 03/2021 | 0.30 | 127.50 |
| Totals for Matter 3237-1: | 14.50 | 6,147.50 |

Grand Totals
1 matter                     Hours:    14.50        Fees:    6,147.50

# EXHIBIT 4

**Expenses by Matter**                                                                Page 1
Period: 05/24/2019-07/15/2021                                                        07/15/21

| Date | Timekeeper | Amount Reported |
|------|-----------|-----------------|
| Status | Description | Amount To Bill |

Matter 3237-1                          Wes Avery, Trustee for Got News, Inc
                                       In re Got News, LLC, 2:19-bk-14693 BR

| | | |
|---|---|---|
| 05/28/19 | LDS    Expense | 12.00 |
| Billed | Metrolink fare for appearance at meeting of creditors | 12.00 |
| | | |
| 05/28/19 | LDS    Expense: 111 @ $0.20 each | 22.20 |
| Billed | Photocopies   Notice of and Application to Employ Law Offices of Larry D. Simons as General Bankruptcy Counsel; Declaration of Larry D. Simons and Statement of Disinterestedness | 22.20 |
| | | |
| 05/28/19 | LDS    Expense | 8.15 |
| Billed | Postage   Notice of and Application to Employ Law Offices of Larry D. Simons as General Bankruptcy Counsel; Declaration of Larry D. Simons and Statement of Disinterestedness | 8.15 |
| | | |
| 07/03/19 | LDS    Expense: 252 @ $0.20 each | 50.40 |
| Billed | Photocopies- Declaration that no party requested a hearing on motion | 50.40 |
| | | |
| 07/03/19 | LDS    Expense | 16.80 |
| Billed | POSTAGE-  Declaration that no party requested a hearing on motion | 16.80 |
| | | |
| 03/04/20 | LDS    Expense: 45 @ $0.20 each | 9.00 |
| Billed | Photocopies: Doc#44 Motion for 2004 exam | 9.00 |
| | | |
| 03/04/20 | LDS    Expense | 9.10 |
| Billed | Postage: Doc#44 Motion for 2004 exam (includes certified mail) | 9.10 |

| | | |
|---|---|---|
| Matter 3237-1 | Total Expenses Reported: | 127.65 |
| 7 transactions | Total Expenses To Bill: | 127.65 |

| | | |
|---|---|---|
| 7 transactions | Total Expenses Reported: | 127.65 |
| 1 matter | Total Expenses To Bill: | 127.65 |

# EXHIBIT 5

# LAW OFFICES OF LARRY D. SIMONS

### Certified Specialists in Bankruptcy Law
State Bar of California, Board of Legal Specialization

LARRY@LSIMONSLAW.COM
FRANK@LSIMONSLAW.COM

15545 DEVONSHIRE STREET, SUITE 110
MISSION HILLS, CALIFORNIA 91345
WWW.LSIMONSLAW.COM

TELEPHONE:818.672.1778
FACSIMILE: 626.389.5607

The Law Offices of Larry D. Simons' primary practice is in the area of bankruptcy law, representing debtors in Chapter 7 and Chapter 13 and representing creditors in all chapters and chapter 7 trustees.



## LARRY D. SIMONS

Member of Chapter 7 panel trustee for Central District of California, Riverside Division.

Judicial law clerk for Hon. Kathleen Thompson (ret.), United States Bankruptcy Judge, Central District of California and Hon. Arthur Greenwald (dec.), United States Bankruptcy Judge, Central District of California.

### Education
McGeorge Law School, Juris Doctor, 1995; CSU Northridge, Bachelor of Arts, *History* 1992

### Legal Specialization
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

### Articles
"The Chapter 13 Plan: A Cure-All for the Debtor who is not Obligated on a Secured Debt?" *Norton Bankruptcy Law Adviser*, December 2002

"The Elusive Meaning of Impairment." *California Bankr. J.,* Vol. 27, Number 2, 2004

"When a Solvent Debtor Files for Reorganization, Is the Filing 'Per Se' Bad Faith?" *Norton Bankruptcy Law Adviser*, September 2005

"Is It In or Out? Determining the Operative Transfer Date for Escrow Accounts in Preference Litigation." *California Bankr. J.,* Vol. 28, Number 4, 2006.

"Procedural Pointers Regarding Nondischargability Complaints" *Debt³,* Vol. 23, Number 1, January/February 2008.

"Home Sweet Home: The Homestead Exemption" *Valley Lawyer*, July 2014

"Rule 1009(a): Does a Debtor Have an Absolute Right to Amend Their Exemptions in a Reopened Case?" *California Bankr. J.,* Vol. 35, Number 4, 2021

Law Offices of Larry D. Simons
Firm Resume
Page 2

**Awards and Honors**
Named a "Rising Star" in the field of bankruptcy law for 2004-2007 and named a "Super
Lawyer" in the field of bankruptcy law for 2012- 2013, 2015-2017, 2020-2021 in the Southern
California Super Lawyers surveys put out by *Law & Politics* and *Los Angeles* magazines

Named a "Top Attorney" in Bankruptcy for 2010 by *Pasadena Magazine.*

**Published Cases:**
Smith v. Rojas, 435 BR 637 (9th Cir. BAP 2010)
Kallman v. Gottlieb (In re Lewis), 515 BR 591 (9th Cir. BAP 2014)
In re Santos, 561 BR 825 (Bankr. C.D. Cal. 2017)



**FRANK X. RUGGIER**

Judicial Extern for Hon. Calvin Ashland (dec.), United States Bankruptcy Judge, Central District
of California.

**Education:**
University of Southern California, Gould School of Law, Juris Doctor (1998),
University of California, Irvine, Bachelor of Arts, *Political Science* (cum laude) (1995).

**Legal Specialization**
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

**Awards/Honors**
American Jurisprudence Award for Bankruptcy

**Professional Affiliations & Volunteer:**
Central Dist. Consumer Bankruptcy Attorney Association (CDCBAA)
National Assoc. of Consumer Bankruptcy Attorneys (NACBA)
Encino Little League Coach

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled:

**FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND WESLEY H. AVERY IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **08/10/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Wesley H Avery (TR):**  wes@averytrustee.com, C117@ecfcbis.com, lucy@averytrustee.com, alexandria@averytrustee.com
**Mane Sardaryan:**  msardaryan@skiermontderby.com, mjung@skiermontderby.com
**Alex J Shepard:**  ecf@randazza.com
**Andrew Sommerman:**  andrew@textrial.com, kgatzemeyer@textrial.com
**John N Tedford:**  jtedford@DanningGill.com, danninggill@gmail.com, jtedford@ecf.inforuptcy.com
**United States Trustee (LA):**  ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **08/10/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Judge:** Honorable Barry Russell, 255 East Temple Street, Suite 1660, Los Angeles, California 90012
**Debtor:** Got News, LLC, 5812 Temple City Blvd. #402, Temple City, CA 91780

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/10/2021 | Karen Green | */s/ Karen Green* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**