| | |
|---|---|
| **Chapter 7 Trustee Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address**<br><br>Wesley H. Avery (Tr)<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, California 91101<br>lucy@averytrustee.com<br>Telephone: (626) 395-7576<br>Facsimile: (661) 430-5467<br><br>☐ *Attorney(s) for Chapter 7 Trustee*<br>☒ *Chapter 7 Trustee appearing without an attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GOT NEWS, LLC | CASE NO.: 2:19-bk-14693-BR<br>CHAPTER: 7 |
| | **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR:**<br><br>☐ **AUTHORIZATION TO EMPLOY PARAPROFESSIONAL,**<br><br>   **AND/OR**<br><br>☒ **AUTHORIZATION TO EMPLOY AND PAY FLAT FEE TO TAX PREPARER;**<br><br>**NOTICE OF OPPORTUNITY TO REQUEST HEARING; DECLARATION OF CHAPTER 7 TRUSTEE; AND DECLARATION OF PARAPROFESSIONAL** |
| Debtor(s). | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:  Debtor, Debtor's Counsel and All Creditors

PLEASE TAKE NOTICE that the duly-appointed Chapter 7 Trustee in this case has filed this motion for court approval of the Chapter 7 Trustee's request to ☐ employ a paraprofessional, and/or ☒ pay a flat fee to a tax preparer of up to $ 1,000.00 (not to exceed $1,000 unless the court orders otherwise).  The court may grant the motion authorizing retention of a paraprofessional and expenditure of estate funds without a hearing unless you file with the court and serve upon the Chapter 7 Trustee and the United States Trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Chapter 7 Trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the Chapter 7 Trustee.

☐ 1. The Chapter 7 Trustee moves for an order authorizing employment of a paraprofessional, as follows:

   a. Name, title and affiliation of the proposed paraprofessional:
   _____

      (1) A resume and rate for services is attached as Exhibit A.
      (2) It is estimated that the fees for all work by the paraprofessional will be $ _____.

   b. The Chapter 7 Trustee contends that the paraprofessional will provide the following services that are listed in paragraph (f)(1) of LBR 2016-2, and fees for these services will be included in the statutory limitation on the Chapter 7 Trustee's compensation pursuant to 11 U.S.C. § 326(a).

      (1) _____
      (2) _____
      (3) _____

   c. The Chapter 7 Trustee contends that the paraprofessional will provide the following services that are not included in paragraph (f)(1) of LBR 2016-2, and fees for these services should be paid separate and apart from the Chapter 7 Trustee's compensation allowed pursuant to 11 U.S.C. § 326(a):

      (1) _____
      (2) _____
      (3) _____

☒ 2. The Chapter 7 Trustee moves for an order authorizing employment of a tax preparer, as follows:

   a. Name, title and affiliation of the proposed tax preparer:
   Menchaca & Company, LLP

      (i) A resume is attached as Exhibit B.

   b. The tax preparer has agreed to accept up to $ 1,000.00 (not to exceed $1,000 unless the court orders otherwise) as payment in full for the following services, payable upon completion of such services to the bankruptcy estate, without a separate fee application being required:

   Prepare the required Federal and State tax returns for the bankruptcy estate.

Date: 10/4/2021

/s/ Wesley H. Avery
Chapter 7 Trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019    Page 2    F 2016-2.1.APP.TRUSTEE.EMPLOY

**DECLARATION OF CHAPTER 7 TRUSTEE**

I, Wesley H. Avery, the duly-appointed Chapter 7 Trustee in this case, have prepared the foregoing motion for ☐ authorization to employ paraprofessionals, and/or ☒ for authorization to pay a flat fee of $ 1,000.00 (not to exceed $1,000 unless the court orders otherwise) to a tax preparer. The effective and efficient administration of this bankruptcy case dictates approval of the motion and I base that conclusion on the following facts:

The estate requires federal and state tax returns to be prepared and filed with the IRS and Franchise Tax Board.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/4/2021

| Date | Wesley H. Avery | /s/ Wesley H. Avery |
|---|---|---|
| | *Printed Name of Chapter 7 Trustee* | *Signature* |

*Printed Name*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019    Page 3    F 2016-2.1.APP.TRUSTEE.EMPLOY

### DECLARATION OF DISINTERESTEDNESS FOR EMPLOYMENT
### OF PARAPROFESSIONAL UNDER LBR 2016-2

1. The following is a complete description of all of the paraprofessional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States Trustee:

   None

2. The paraprofessional is not a creditor, an equity security holder or an insider of the debtor, except as follows:

   None

3. The paraprofessional is not and was not, within 2 years before the date of the filing of the bankruptcy petition in this case, a director, officer or employee of the debtor in connection with the offer, sale or issuance of any security of the debtor.

   None

4. The paraprofessional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows:

   None

5. The paraprofessional is not a relative or employee of the United States Trustee or a bankruptcy judge, except as follows:

   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
9/30/2021         John J. Menchaca
Date              Printed Name                              Signature

Printed
Name

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019                           Page 4                        F 2016-2.1.APP.TRUSTEE.EMPLOY

# EXHIBIT "B"

# MENCHACA & COMPANY LLP
# FIRM PROFILE

<u>Menchaca & Company LLP</u> is a firm of certified public accountants servicing clients throughout the Los Angeles metropolitan areas as well as other locations within California and the United States. Commercial experience includes primarily mid-sized companies with sales volume in the $5 million to $100 million range as well as partnerships, joint ventures and other business-oriented operations. In addition to accounting and tax preparation services, the firm provides services in all areas of business and financial consulting and tax planning.

Menchaca & Company LLP has a large segment of its practice concentrated in specialized areas of receiverships, investigative accounting, bankruptcy and litigation support. Menchaca & Company LLP has been appointed as professional accountants for Trustees and receivers and to assist in reorganizations, liquidations, tax research, planning, consultation and preparation, investigation accounting and other bankruptcy matters for numerous cases. John J. Menchaca, Managing Partner of the firm, serves as a Panel Trustee on the Central District of California Interim Panel of U.S. Bankruptcy Trustees.

# MENCHACA & COMPANY LLP PERSONNEL

<u>JOHN J. MENCHACA-CPA, MS TAXATION, CIRA</u> (MANAGING PARTNER / CHAPTER 7 TRUSTEE / CHAPTER 11 TRUSTEE) Mr. Menchaca has over 25 years of experience in public accounting. He has significant tax consulting and tax compliance experience in corporate, partnership, Limited Liability Company, Limited Liability Partnership and individual taxation, at both the federal and state levels. Mr. Menchaca's corporate tax experience includes closely held corporations, publicly traded multi-state corporate consolidations and S corporations. His experience also includes tax structuring of complex business transactions, form of ownership determinations, corporate and partnership reorganizations and restructurings, dischargeability of taxes in bankruptcy and dealing with tax issues related to Chapter 7 and Chapter 11 bankruptcy filings. He has also been successfully involved with Internal Revenue and Franchise Tax Board protest and audit defense. Mr. Menchaca is also a Chapter 7 Panel Trustee for the Central District of California.

Mr. Menchaca also specializes in forensic accounting, fraud investigations, litigation support and expert witness services, business restructuring, *real* estate sales, Chapter 11 plan feasibility and liquidation analysis, solvency analysis, claim resolutions. business valuations, taxation, avoidable transfers, recoveries, asset tracing and bankruptcy case administration.

Prior to forming his own firm, Mr. Menchaca was a Principal with Vasquez & Company LLP for six years. Mr. Menchaca was also with the international accounting firm of Ernst & Young LLP for 14 years. While with Ernst & Young LLP, Mr. Menchaca provided financial, accounting and tax services to middle market privately held and publicly traded companies with revenues of up to $250 million.

Mr. Menchaca serves on the USC / Kenneth Leventhal School of Accounting Board of Advisors. He is a member of the National Association of Bankruptcy Trustees, American Bankruptcy Institute, Los Angeles Bankruptcy Forum, Association of Insolvency and Restructuring Advisors, American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

Mr. Menchaca graduated with a Bachelor of Science in Business Administration with an emphasis in Accounting from the University of Southern California and received a Master of Science in Taxation from Golden Gate University.

*JEFFREY L. SUMPTER, CPA, ESQ.* (MANAGING DIRECTOR / LITIGATION SUPPORT SERVICES) Mr. Sumpter has been a licensed attorney for over 25 years, is a member of the California Bar and has been a certified public accountant for over 30 years, licensed in the states of Arizona and Nevada, with privileges to practice in California. He specializes in forensic accounting, fraud investigations, litigation support and expert witness services, business restructuring, real estate sales, Chapter 11 plan feasibility and liquidation analysis, solvency analysis, claim resolutions. business valuations, taxation, avoidable transfers, recoveries, asset tracing and bankruptcy case administration. He has experience working in the spheres of real estate development, manufacturing, retail, transportation, telecommun1cations, construction, banking, government trusts, restaurants, medical providers, hotels, gaming, insurance, entertainment and environmental. Mr. Sumpter has extensive experience in fiduciary administration, forensic investigations, business restructuring, and litigation consultation services in over 10,000 cases involving bankruptcy administration, receiverships, fraud, business sale transactions, turnarounds, distressed business valuations, wage and hour disputes, records reconstruction, accounting irregularities, breaches of fiduciary duty, fraudulent transfers, insolvency, punitive damages. Ponzi schemes and contract disputes. He has represented businesses in out-of-court resolutions as well as creditors, trustees, committees, and debtors in bankruptcy proceedings. He has been appointed as a Chapter 11 trustee and examiner in Phoenix, Arizona, and has been engaged by school districts, real estate developers, hotels, casinos, insurance carriers, banks, trusts and pension, health and welfare plans in California, Nevada, and Arizona for audit, tax, contract compliance, and forensic investigation engagements.

*LINDA LEE, CPA, CFE, CIRA* (MANAGER / LITIGATION SUPPORT SERVICES) Ms. Lee is a certified public accountant licensed in the states of California and Arizona, a Certified Fraud Examiner and a Certified Insolvency and Restructuring Advisor. Her core practice is in forensic accounting, asset identification and tracing, records reconstruction, avoidable transfer analysis, fraud investigations, litigation support and consulting. She began her work in public accounting in 2007 in financial auditing, and has

performed various services including forensic analysis, valuation, litigation support, auditing and reporting functions. In addition, she has over 20 years of experience in manufacturing, encompassing all aspects of production and operations. Ms. Lee earned a Bachelor of Science in Textile Science from Penn State University, and subsequently earned a Certificate in Professional Accounting from Santa Monica College. She was the Vice President of Operations for a start-up factor serving the garment industry.

*EDWARD A. ALVARADO – AVA, CFE* – (VALUATION & LITIGATION CONSULTANT) Edward A. Alvarado is the owner of the Valuation and Litigation Support Services firm of Alvarado Consulting, Inc. Mr. Alvarado has over fifteen years of litigation and consulting experience providing damage analysis involving economic, accounting and financial issues in a variety of cases including fraud, unfair business competition, patent, copyright and trademark infringement, breach of contract, accounting and attorney malpractice, antitrust and construction.

*TOSHIHIRO A. OKUBO – CPA* – (MANAGER) Mr. Okubo graduated from California State University, Los Angeles with a Bachelor of Science in Business Administration in September 1992 and graduated from University of Southern California with a Master of Business Taxation in May, 1998. Mr. Okubo has financial and tax consulting experience with both local and big four accounting firms.

*ROBERT P. COATS* – (SENIOR ACCOUNTANT) Mr. Coats hold a Bachelor of Science Degree in Accounting from California State University, Los Angeles. Mr. Coats has 20 years of tax preparation experience for individuals and corporations and 14 years of experience preparing Chapter 7 and Chapter 11 bankruptcy estate tax returns. He is familiar with all areas of bankruptcy tax and accounting issues. Mr. Coats has tax experience with both local and big four accounting firms.

*SCOTT M. MCLEAN*   –   (SENIOR ACCOUNTANT) Mr. McLean graduated from California State Polytechnic University, Pomona with a Bachelor of Science in Accounting/Business Administration with an emphasis in Taxation. Mr. Mc Lean is familiar with all areas of bankruptcy tax and has experience in providing a full range of accounting services, including all aspects of Taxation.

<u>NATALIE F. BELTRAN - CPA</u> - (SENIOR ACCOUNTANT) Ms. Beltran graduated with a Bachelor of Science Degree in Commerce, Major in Accounting from University of Santo Tomas, Manila, Philippines. Ms. Beltran is a licensed Certified Public Accountant in the State of California and the Philippines. Ms. Beltran has experience in providing a full range of accounting services, including all aspects of Taxation.

<u>IMELDA GAETA</u> – (PARAPROFESSIONAL) Ms. Gaeta has worked as a Bankruptcy Trustee Administrator since 1997. Ms Gaeta has completed course work at Pasadena Community College and is the Secretary of the Trustee Administrators' Group (TAG).

# POPROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**758 E. Colorado Blvd., Suite 210, Pasadena, CA 91101**

A true and correct copy of the foregoing document entitled (*specify* **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR: AUTHORIZATION TO EMPLOY AND PAY FLAT FEE TO TAX PREPARER; NOTICE OF OPPORTUNITY TO REQUEST HEARING; DECLARATION OF CHAPTER 7 TRUSTEE; AND DECLARATION OF PARAPROFESSIONAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/4/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

-Wesley H Avery (TR)    wes@averytrustee.com,
C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
-Mane Sardaryan    msardaryan@skiermontderby.com, mjung@skiermontderby.com
-Alex J Shepard    ecf@randazza.com
-Larry D Simons    larry@lsimonslaw.com, simonsecf@gmail.com;simonslr44533@notify.bestcase.com
-Andrew Sommerman    andrew@textrial.com, kgatzemeyer@textrial.com
-John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
-United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/4/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Got News, LLC
5812 Temple City Blvd, #402
Temple City, CA 91780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/4/2021 | Lucy Mavyan | /s/ Lucy Mavyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Get News, LLC                          Law Office of Larry Simons
0973-2                                 5812 Temple City Blvd, #402            155545 Devonshire St Ste 110
Case 2:19-bk-14693-BR                  Temple City, CA 91780-2112             Mission Hills, CA 91345
Central District of California
Los Angeles
Mon Oct  4 23:44:18 PDT 2021

Randazza Legal Group PLLC              Los Angeles Division                   CCJ Strategies, LLC
2764 Lake Sahara Drive                 255 East Temple Street,                5812 Temple City Blvd #402
Suite 109                              Los Angeles, CA 90012-3332             Temple City, CA 91780-2112
Las Vegas, NV 89117-3400


Charles Johnson                        Employment Development Dept.           FRANCHISE TAX BOARD
5812 Temple City Blvd #402             Bankruptcy Group MIC 92E               BANKRUPTCY SECTION MS A340
Temple City CA 91780-2112              P.O. Box 82680                         PO BOX 2952
                                       Sacramento, CA 94280-0001              SACRAMENTO CA 95812-2952


Franchise Tax Board                    Freestartr LLC                         Freestartr, LLC
Bankruptcy Section, MS: A-340          5812 Temple City Blvd #402             318 N Carson St #208
P.O. Box 2952                          Temple City CA 91780-2112              Carson City NV 89701-4269
Sacramento, CA 95812-2952


GoDaddy, Inc.                          Internal Revenue Service               Jerome Vangheluwe
14455 N Hayden Rd Ste 226              PO Box 7346                            Attn  Andrew B Sommerman
Scottsdale AZ 85260-6947               Philadelphia, PA 19101-7346            c/o Sommerman McCaffity & Quesada
                                                                              3811 Turtle Creek Blvd Suite 1400
                                                                              Dallas, TX 75219-4492

Jerome Vangheluwe                      Joel Vangheluwe                        (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
Attn  Raechel M Badalamenti            c/o Andrew B. Sommerman                ATTN BANKRUPTCY UNIT
c/o Kirk Huth Lange & Badalamenti      3811 Turtle Creek Blvd., Suite 1400    PO BOX 54110
19500 Hall Rd Suite 100                Dallas, TX 75219-4492                  LOS ANGELES CA 90054-0110
Clinton Township, MI 48038-5317


Office of the United States Trustee    Parasec                                Randazza Legal Group PLLC
915 Wilshire Blvd., Suite 1850         12631 Imperial Hwy Se F126             Attn  Marc J Randazza
Los Angeles, CA 90017-3560             Santa Fe Springs CA 90670-6772         2764 Lake Sahara Dr Suite 109
                                                                              Las Vegas, NV 89117-3400


State Board of Equalization            United States Trustee (LA)             John N Tedford IV
Account Information Group MIC 29       915 Wilshire Blvd, Suite 1850          Danning, Gill, Israel & Krasnoff, LLP
PO Box 942879                          Los Angeles, CA 90017-3560             1901 Avenue of the Stars
Sacramento, CA 94279-0029                                                     Suite 450
                                                                              Los Angeles, CA 90067-6006


Wesley H Avery (TR)
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101-5407
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0018

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

(d)Randazza Legal Group PLLC
Attn Marc J Randazza
2764 Lake Sahara Dr Ste 109
Las Vegas NV 89117-3400

(d)Randazza Legal Group, PLLC
2764 Lake Sahara Drive
Suite 109
Las Vegas, NV 89117-3400

(u)Jerome Vangheluwe

(u)Joel Vangheluwe

End of Label Matrix
Mailable recipients    24
Bypassed recipients     5
Total                  29