| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., & Email Address<br><br>Wesley H. Avery<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, CA 91101<br>Phone: (626) 395-7576<br>Fax:    (661) 430-5467<br>Lucy@AveryTrustee.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 08 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY **toliver**    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIIVISION**

| In re:<br><br>GOT NEWS, LLC,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-14693-BR<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION UNDER LBR 2016-2 FOR AUTHORIZATION TO EMPLOY PARAPROFESSIONALS AND/OR AUTHORIZATION TO PAY FLAT FEE TO TAX PREPARER**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1. The motion to employ _____ as a paraprofessional is
   ☐ Granted    ☐ Denied.

2. The motion to employ <u>MENCHACA & COMPANY LLP</u> as a tax preparer, and to pay $<u>1,000.00</u> (*not to exceed $1,000 unless the court orders otherwise*) to the tax preparer is
   ☒ Granted    ☐ Denied.

3. The motion is set for hearing on _____ at _____ and the trustee is directed to give notice to the United States trustee, all objecting parties or their attorneys.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*    Page 1    F 2016-2.1.ORDER.TRUSTEE.EMPLOY

4. By signing this order, the court is not making a judicial determination as to whether the services set forth in paragraphs 1.B or 1.C of the motion constitutes "trustee services."

###

Date: December 8, 2021

Barry Russell
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*                    Page 2                    **F 2016-2.1.ORDER.TRUSTEE.EMPLOY**