| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Wesley H. Avery<br>Chapter 7 Trustee<br>758 E. Colorado Blvd. # 210<br>Pasadena CA 91101<br>wes@averytrustee.com<br>Telephone No. (626) 395-7576<br>FAX No. (661) 430-5467<br>Fiducia in faciem dubitationem<br><br>☐ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Got News, LLC, a suspended California limited liability company, | CASE NO.: 2:19-14693-BR<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 01/10/2023<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: US Bankruptcy Court, 255 E. Temple Street<br>Los Angeles CA 90012 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: Joel Vangheluwe, an individual

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #4 ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

**IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 12/11/2022

Law Offices of Wesley H. Avery, APC
Printed name of law firm

Signature

Wesley H. Avery, Esq.
Printed name of attorney for objector

Date Notice Mailed: 12/11/2022

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1   Wesley H. Avery
    Chapter 7 Trustee
2   758 E. Colorado Blvd. # 210
    Pasadena CA 91101
3   wes@averytrustee.com
4   Telephone No. (626) 395-7576
    FAX No. (661) 430-5467
5

6   *Fiducia in faciem dubitationem*

7

8                UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11  In re                                  Case No. 2:19-bk-14693-BR
                                           Chapter 7
12  GOT NEWS, LLC, a suspended California
    limited liability company,             **MOTION FOR ORDER SUSTAINING**
13                                          **THE TRUSTEE'S OBJECTION TO**
                                           **PROOF OF CLAIM # 4 FOR LACKING**
14             Debtor.                      **SUFFICIENT EVIDENTIARY**
                                           **DOCUMENTATION; REQUEST FOR**
15  TID # 47-1862195                        **JUDICIAL NOTICE; MEMORANDUM**
                                           **OF POINTS AND AUTHORITIES;**
16                                          **DECLARATION IN SUPPORT THEREOF**
                                           **[Fed. R. Bank. P. 3007]**
17
                                           Date:     January 10, 2023
18                                          Time:     10:00 a.m.
                                           Place:    U.S. Courthouse
19                                                    Courtroom 1668
                                                      255 E. Temple St.
20                                                    Los Angeles, CA 90012

21  **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**

22  **AND CLAIMANT JOEL VANGHELUWE, AN INDIVIDUAL:**

23          Comes now Wesley H. Avery, the duly appointed and acting chapter 7 trustee (the

24  "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor Got News LLC, a

25  suspended California limited liability company (the "Debtor"), in Case No. 2:19-bk-14693-BR (the

26  "Bankruptcy Case"), who hereby moves (the "Motion") for the issuance of an order of the Court

27  which sustains the Trustee's objection to the following claim which lacks sufficient evidentiary

28  documentation: that proof of claim designed by the Clerk of the Court as Claim #4 filed on

C:\Users\Client\Desktop\WHA-T7\Got News\Got News Pleadings\3007 Motion.docx

1

08/12/2019 by Joel Vangheluwe, an individual (the "Claimant" or "Son") in the non-priority unsecured amount of $800,000.00 ("Claim # 4"), a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 4**.  As discussed *infra*, the Trustee requests that Claim # 4 be allowed in the non-priority unsecured amount of $19,990 which is the same amount and priority as the offer of judgment by the Debtor that was accepted by the Claimant's father Mr. Jerome Vangheluwe (the "Father").  See Proof of Claim # 3 ("Claim # 3") filed by the Father on August 12, 2019, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 3**.  The Trustee attempted to settle the instant contested matter with the Claimant's counsel but was unsuccessful.  See Declaration of the Trustee, attached hereto and incorporated herein, at ¶ 2.

The Debtor filed a voluntary chapter 7 petition on April 24, 2019.  The managing member of the Debtor is Mr. Charles Johnson ("Johnson").  Claim # 4 was scheduled by the Debtor in the non-priority unsecured amount of "unknown" and is listed as contingent, unliquidated and disputed. See Schedule F filed on May 8, 2019, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 1**.

Claim # 4 is based on a second amended complaint (the "Second Amended Complaint") that was filed on May 24, 2019 in that action styled Vangheluwe et al v. Got News, LLC, Charles Johnson et al, Case No. 2:18-cv-10542-LJM-EAS (E.D. Mich. 2018) (the "Defamation Lawsuit") that was never adjudicated by the District Court; the Defamation Lawsuit has now been closed.  See docket for the Defamation Lawsuit, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 2**.  See also Request for Judicial Notice, attached hereto and incorporated herein.  A true and correct copy of the Second Amended Complaint may be found at Exhibit 4 hereto.[1]

The co-plaintiffs in the Defamation Lawsuit were the Claimant and his Father.  As noted *supra*, in the Defamation Lawsuit the Father settled with the Debtor for $19,990.00.  See Exhibit 3 hereto.  The Claimant has also settled with Johnson in the Defamation Lawsuit for $4,990.  See

---

[1] An opinion from the Defamation Lawsuit that was published at 365 F. Supp. 3d 836 (E.D. Mich. 2019) is attached hereto as **Exhibit 6** and is useful for background on the dispute between the Debtor and the Claimant.

1  Claimant's Notice of Acceptance of Offer of Judgment filed in the Defamation Lawsuit on May 30,

2  2018, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 5**.

3      All assets of the Estate have been fully administered, and there is approximately $30,000 on

4  hand in the Estate (the "Funds on Hand").   Administrative claims are estimate at $11,875.15.

5  Priority tax claims filed by the California Franchise Tax Board against the Estate total $6,184.26.

6  All other non-priority unsecured claims (other than Claim # 4) total $127,660.78 in comparison to

7  $800,000 for Claim # 4.  Assuming the administrative and priority claims are allowed by the Court

8  as asserted, if the Motion is granted then non-priority unsecured claims will receive a dividend of

9  approximately 8.1¢ on the dollar, and if the Motion is denied granted then non-priority unsecured

10  claims will receive a dividend of approximately 1.3¢ on the dollar.

11      The Motion is based on the attached Notice of the Motion, the attached Request for Judicial

12  Notice, the attached Declaration of the Trustee, and the attached exhibits.  The Motion is brought

13  pursuant to Fed. R. Bankr. P. 3007.

14      **WHEREFORE**, the Trustee respectfully requests that his objection to Claim # 4 be

15  sustained, that the Motion be granted, and that Claim #4 be allowed as a non-priority unsecured

16  claim in the amount of $19,990.

17
18  Date: December 11, 2022

19                                                   Wesley H. Avery
                                                     Chapter 7 Trustee
20
21
22
23
24
25
26
27
28

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Fed. R. Evid. 201, the Trustee asks that the Court take judicial notice of the facts that: (i) that all of the exhibits attached hereto are true and correct copies of the respective documents that were downloaded from PACER and (ii) that action styled Vangheluwe et al v. Got News, LLC, Charles Johnson et al, Case No. 2:18-cv-10542-LJM-EAS (E.D. Mich. 2018) has been closed.

Date: December 11, 2022

Wesley H. Avery
Chapter 7 Trustee

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2    A properly-filed proof of claim is *prima facie* evidence of the validity and amount of the

3   claim or interest.  See FRBP 3001(f).  While a claim lacking supporting documentation is not

4   automatically invalidated, the creditor may be prevented from relying on the proof of claim as *prima*

5   *facie* evidence of the claim's validity and amount. See FRBP 3001(c)(1); In re Garner, 246 BR 617,

6   620 (9th Cir. Bankr. 2000).  Where the objecting party presents sufficient evidence to rebut the

7   presumption of validity created by the filing of a proof of claim, the presumption disappears, and

8   the creditor has the burden of proving its claim. See In re Southern Calif. Plastics, Inc., 165 F.3d

9   1243, 1248 (9th Cir. 1999); In re Palmdale Hills Property, LLC, 423 BR 655, 665 (9th Cir. BAP

10   2009) aff 'd 654 F3d 868 (9th Cir. 2011). A claim lacking sufficient evidentiary documentation will

11   not survive objection absent an adequate response by the creditor who bears the burden of proving

12   the claim's validity by a preponderance of the evidence.  See In re Plourde, 418 BR 495, 504-510

13   (1st Cir. Bankr. 2009) (creditors' refusal to provide evidence establishing their claims of priority

14   thereof resulted in claims being relegated to lower priority).

15    Claim # 4 lacks sufficient documentation to liquidate and justify its $800,000 face amount.

16   See Exhibit 4 *passim*.  As such, the Trustee's objection to Claim # 4 should be sustained and the

17   Motion granted.

18   Date: December 11, 2022

19

20   Wesley H. Avery
     Chapter 7 Trustee

21

22

23

24

25

26

27

28

**DECLARATION**

I, Wesley H. Avery, declare:

1.     I am the duly appointed and acting chapter 7 trustee of Got News LLC, a suspended California limited liability company (the "Debtor"), in Case No. 2:19-bk-14693-BR (the "Bankruptcy Case"). I am certified as a specialist in bankruptcy law by the State Bar of California, and by the American Board of Certification is recognized by the American Bar Association and by the American Bankruptcy Institute. I have personal knowledge of the facts set forth below, and, if called as a witness, could competently testify thereto under oath. This declaration is made in support of the attached motion (the "Motion") for the issuance of an order of the Court which sustains the Trustee's objection to the following claim which lacks sufficient evidentiary documentation: that proof of claim designed by the Clerk of the Court as Claim #4 filed on 08/12/2019 by Joel Vangheluwe, an individual (the "Claimant" or "Son") in the non-priority unsecured amount of $800,000.00 ("Claim # 4"), a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 4**. I have reviewed all exhibits attached hereto and personally downloaded same from PACER.

2.     As discussed in the Motion, I request that Claim # 4 be allowed in the non-priority unsecured amount of $19,990 which is the same amount and priority as the offer of judgment by the Debtor that was accepted by the Claimant's father Mr. Jerome Vangheluwe (the "Father"). See Proof of Claim # 3 ("Claim # 3") filed by the Father on August 12, 2019, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 3**. I attempted to settle the instant contested matter with the Claimant's counsel but was unsuccessful.

3.     The Debtor filed a voluntary chapter 7 petition on April 24, 2019. The managing member of the Debtor is Mr. Charles Johnson ("Johnson"). Claim # 4 was scheduled by the Debtor in the non-priority unsecured amount of "unknown" and is listed as contingent, unliquidated and disputed. See Schedule F filed on May 8, 2019, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 1**.

4.     Claim # 4 is based on a second amended complaint (the "Second Amended Complaint") that was filed on May 24, 2019 in that action styled Vangheluwe et al v. Got News,

1  LLC, Charles Johnson et al, Case No. 2:18-cv-10542-LJM-EAS (E.D. Mich. 2018) (the

2  "Defamation Lawsuit") that was never adjudicated by the District Court; the Defamation Lawsuit

3  has now been closed. See docket for the Defamation Lawsuit, a true and correct copy of which is

4  attached hereto and incorporated herein as **Exhibit 2**. A true and correct copy of the Second

5  Amended Complaint may be found at Exhibit 4 hereto.

6        5.       The co-plaintiffs in the Defamation Lawsuit were the Claimant and his Father. As

7  noted *supra*, in the Defamation Lawsuit the Father settled with the Debtor for $19,990.00. See

8  Exhibit 3 hereto. The Claimant has also settled with Johnson in the Defamation Lawsuit for $4,990.

9  See Claimant's Notice of Acceptance of Offer of Judgment filed in the Defamation Lawsuit on May

10  30, 2018, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 5**.

11       6.       All assets of the Estate have been fully administered, and there is approximately

12  $30,000 on hand in the Estate (the "Funds on Hand"). Administrative claims are estimate at

13  $11,875.15. Priority tax claims filed by the California Franchise Tax Board against the Estate total

14  $6,184.26. All other non-priority unsecured claims (other than Claim # 4) total $127,660.78 in

15  comparison to $800,000 for Claim # 4. Assuming the administrative and priority claims are allowed

16  by the Court as asserted, if the Motion is granted then non-priority unsecured claims will receive a

17  dividend of approximately 8.1¢ on the dollar, and if the Motion is denied granted then non-priority

18  unsecured claims will receive a dividend of approximately 1.3¢ on the dollar.

19        I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct.

21        Executed this _11_ day of December 2022, at Pasadena, California.

22

23                                                    Wesley H. Avery

24

25

26

27

28

Exhibit 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Got News, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-L.A. |
| Case number (if known) | **2:19-bk-14693-BR** |

☐ Check if this is an
amended filing

## Official Form 206E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>**Employment Development Dept.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 82680**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|   | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br><br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|   | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Got News, LLC** | Case number (if known) | **2:19-bk-14693-BR** |
|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Los Angeles County Tax Collector**<br>**PO Box 54110**<br>**Los Angeles, CA 90054-0018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State Board of Equalization**<br>**Account Information Group MIC 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2**

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278,210.05 |
|---|---|---|---|
| | **CCJ Strategies, LLC**<br>**5812 Temple City Blvd #402**<br>**Temple City, CA 91780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $100,000.00 |
|---|---|---|---|
| | **Freestartr, LLC**<br>**5812 Temple City Blvd #402**<br>**Temple City, CA 91780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/28/2017** | Basis for the claim: **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Got News, LLC | Case number (if known) | 2:19-bk-14693-BR |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800,000.00 |
|---|---|---|---|

**3.3** Nonpriority creditor's name and mailing address
Jerome Vangheluwe
Attn Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038

Date(s) debt was incurred  2/14/2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $800,000.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Co-Plaintiff in pending lawsuit against debtor seeking damages of $800,000.  Vangheluwe v. Got News, LLC, Case no. 2:18-cv-10542-LJM-EAS (Eastern District of Michigan)

Is the claim subject to offset? ☑ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Joel Vangheluwe
Attn Raechel M Badalamenti
c/o Kirk Huth Lange & Badalamenti
19500 Hall Rd Suite 100
Clinton Township, MI 48038

Date(s) debt was incurred  2/14/2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Co-Plaintiff in pending lawsuit listed above against debtor seeking damages of $800,000.  The Claim Amount for damages is not duplicated here but listed as "unknown".

Is the claim subject to offset? ☑ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Parasec
12631 Imperial Hwy Ste F126
Santa Fe Springs, CA 90670

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notification purposes

Is the claim subject to offset? ☑ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Randazza Legal Group PLLC
Attn Marc J Randazza
2764 Lake Sahara Dr Suite 109
Las Vegas, NV 89117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services provided to Debtor re pending litigation in Michigan

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entries that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Freestartr, LLC<br>318 N Carson St #208<br>Carson City, NV 89701 | Line  3.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jerome Vangheluwe<br>Attn Andrew B Sommerman<br>c/o Sommerman McCaffity & Quesada<br>3811 Turtle Creek Blvd Suite 1400<br>Dallas, TX 75219 | Line  3.3<br>☐ Not listed  Explain ____ | _ |

Case 2:19-bk-14693-BR    Doc 9    Filed 05/08/19    Entered 05/08/19 15:52:16    Desc
Main Document    Page 10 of 32

| Debtor | Got News, LLC | | Case number (if known) | **2:19-bk-14693-BR** |
| | Name | | | |

| | Name and mailing address | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|---|
| 4.3 | Joel Vangheluwe<br>c/o Sommerman, McCaffity & Quesada<br>Attn  Andrew B. Sommerman<br>3811 Turtle Creek Blvd Suite 1400<br>Dallas, TX 75219 | | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

6. Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 1,178,210.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c.. | | 5c. | $ | 1,178,210.05 |

Exhibit 2

CLOSED,APPEAL

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:18-cv-10542-LJM-EAS

Vangheluwe et al v. Got News, LLC et al
Assigned to: District Judge Laurie J. Michelson
Referred to: Magistrate Judge Elizabeth A. Stafford
Demand: $75,000
Cause: 28:1332 Diversity-Libel,Assault,Slander

Date Filed: 02/14/2018
Date Terminated: 05/28/2021
Jury Demand: Both
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Joel Vangheluwe**                  represented by  **Andrew Bryant Sommerman**
Sommerman McCaffity & Quesada LLP
3811 Turtle Creek Blvd
Suite 1400
Dallas, TX 75219
214-720-0720
Fax: 214-720-0184
Email: andrew@textrial.com
*ATTORNEY TO BE NOTICED*

**Elizabeth P. Roberts**
Kirk, Huth, Lange & Badalamenti, P.L.C.
19500 Hall Road
Suite 100
Clinton Township, MI 48038
586-412-4900
Fax: 586-412-4949
Email: eroberts@KirkHuthlaw.com
*ATTORNEY TO BE NOTICED*

**Raechel M. Badalamenti**
Kirk and Huth

19500 Hall Road
Suite 100
Clinton Township, MI 48038
586-412-4900
Fax: 586-412-4949
Email:
rbadalamenti@kirkhuthlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Vangheluwe**                    represented by  **Andrew Bryant Sommerman**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Elizabeth P. Roberts**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Raechel M. Badalamenti**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Got News, LLC**                        represented by  **Got News, LLC**
                                         5812 Temple City Blvd.
                                         Suite 402
                                         Temple City, CA 91780-2112
                                         PRO SE

                                         **Herschel P. Fink**
                                         Jaffe Raitt Heuer & Weiss, PC
                                         28 W. Adams Ave.
                                         Suite 1500
                                         Detroit, MI 48226
                                         313-800-6515
                                         Email: hfink@jaffelaw.com
                                         *TERMINATED: 08/09/2019*
                                         *ATTORNEY TO BE NOTICED*

                                         **Marc J. Randazza**

Randazza Legal Group, PLLC
2764 Lake Sahara Drive
Suite 109
Las Vegas, NV 89117
702-420-2001
Email: MJR@randazza.com
*TERMINATED: 08/09/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Freedom Daily, LLC**
*TERMINATED: 05/28/2021*

**Defendant**

**Charles C Johnson**                  represented by   **Herschel P. Fink**
*TERMINATED: 09/17/2019*                                (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Marc J. Randazza**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alberto Waisman**
*TERMINATED: 08/03/2018*

**Defendant**

**Jeffrey Rainforth**                  represented by   **Jeffrey Rainforth**
*TERMINATED: 02/28/2020*                                1714 H. St.
                                                        Apt. 8
                                                        Sacramento, CA 95811
                                                        707-280-4234
                                                        PRO SE

**Defendant**

**Jim Hoft**                           represented by   **Alex L. Alexopoulos**
*TERMINATED: 08/15/2018*                                Starr, Butler, Alexopoulos, &
                                                        Stoner, PLLC
                                                        20700 Civic Center Drive
                                                        Suite 290
                                                        Southfield, MI 48076
                                                        248-864-4931

Email: ala@starrbutler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Petersen**
*TERMINATED: 05/28/2021*

**Defendant**

**Jonathan Spiel**
*TERMINATED: 05/28/2021*

**Defendant**

**Shirley Husar**
*TERMINATED: 05/28/2021*

**Defendant**

**Eduardo Doitteau**
*TERMINATED: 05/28/2021*

**Defendant**

**Lita Coulthart-Villanueva**          represented by   **Lita Coulthart-Villanueva**
*TERMINATED: 08/07/2019*                               1543 Jeffries St.
                                                       Anderson, CA 96007-4022
                                                       530-364-2547
                                                       PRO SE

**Defendant**

**Kenneth Strawn**          represented by   **Lynn H. Shecter**
*TERMINATED: 12/19/2019*                     Roy, Shecter, and Vocht, P.C.
                                             707 South Eton Street
                                             Birmingham, MI 48009
                                             248-540-7660
                                             Fax: 248-540-0321
                                             Email: shecter@rsmv.com
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Lehnhoff**
*TERMINATED: 07/31/2018*

**Defendant**

**Beth Eyestone**
*TERMINATED: 07/31/2018*

**Defendant**

**Lori Twohy**
*TERMINATED: 07/31/2018*

**Defendant**

**Raechel Hitchye**
*TERMINATED: 07/31/2018*

**Defendant**

**James Christopher Hastey**
*TERMINATED: 05/28/2021*

**Defendant**

**Christopher Jones**
*TERMINATED: 07/31/2018*

**Defendant**

**Connie Comeaux**
*TERMINATED: 05/28/2021*

**Defendant**

**Gavin McInnes**
*TERMINATED: 07/23/2018*

**Defendant**

**Richard Weikart**
*TERMINATED: 02/06/2019*

represented by **John Evanchek**
43695 Michigan Ave
Canton, Mi 48188
United Sta
734-397-4540
Fax: 734-397-4567
Email: John@kelawpc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Nehlen**
*TERMINATED: 02/06/2019*

represented by **Kyle J. Bristow**
Bristow Law, PLLC
P.O. Box 46209
Mt. Clemens, MI 48046
(248) 838-9934
Fax: (586) 408-6384

Email: BristowLaw@gmail.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2018 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-6601790 - Fee: $ 400. County of 1st Plaintiff: Macomb County - County Where Action Arose: Macomb County - County of 1st Defendant: Out of State. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Index of Exhibits Index of Exhibits A-T, # 2 Exhibit Exhibit A:Got News Article, # 3 Exhibit Exhibit B:Freedom Daily Article, # 4 Exhibit Exhibit C:Gateway Pundit Article, # 5 Exhibit Exhibit D:Puppet String News Article, # 6 Exhibit Exhibit E:Studio News Network Video, # 7 Exhibit Exhibit F:Studio News Network Article, # 8 Exhibit Exhibit G:Shirley Husars Facebook Post, # 9 Exhibit Exhibit H:Eduardo Doitteau Twitter Post, # 10 Exhibit Exhibit I: Lita Coulthart-Villanueva Twitter Post, # 11 Exhibit Exhibit J: Kenneth Strawn Twitter Post, # 12 Exhibit Exhibit K:Patrick Lehnhoffs Facebook Post, # 13 Exhibit Exhibit L:Beth Eyestone Facebook Post, # 14 Exhibit Exhibit M: Lori Twohy Facebook Post, # 15 Exhibit Exhibit N:Raechel Hitchye Facebook Post, # 16 Exhibit Exhibit O:James Christopher Hastey Twitter Post, # 17 Exhibit Exhibit P:Christopher Jones Facebook Post, # 18 Exhibit Exhibit Q:Connie Comeaux Twitter Post, # 19 Exhibit Exhibit R:Gavin McInnes Twitter Post, # 20 Exhibit Exhibit S:Richard Weikart Twitter Post, # 21 Exhibit Exhibit T:Paul Nehlen Twitter Post) (Badalamenti, Raechel) (Entered: 02/14/2018) |
| 02/15/2018 | 2 | NOTICE of Appearance by Elizabeth P. Roberts on behalf of All Plaintiffs. (Roberts, Elizabeth) (Entered: 02/15/2018) |
| 02/15/2018 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DPer) (Entered: 02/15/2018) |
| 02/15/2018 | 3 | SUMMONS Issued for * All Defendants * (DPer) (Entered: 02/15/2018) |
| 04/20/2018 | 4 | ORDER to File an Amended Complaint. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 04/20/2018) |

| 04/20/2018 | 5 | ATTORNEY APPEARANCE: Kyle J. Bristow appearing on behalf of Paul Nehlen (Bristow, Kyle) (Entered: 04/20/2018) |
|---|---|---|
| 04/23/2018 | 6 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* by Paul Nehlen. (Bristow, Kyle) (Entered: 04/23/2018) |
| 05/02/2018 | 7 | CERTIFICATE of Service/Summons Returned Executed. Connie Comeaux served on 4/9/2018, answer due 4/30/2018; Lita Coulthart-Villanueva served on 4/12/2018, answer due 5/3/2018; Eduardo Doitteau served on 4/9/2018, answer due 4/30/2018; Freedom Daily, LLC served on 4/10/2018, answer due 5/1/2018; Jim Hoft served on 4/10/2018, answer due 5/1/2018; Paul Nehlen served on 4/10/2018, answer due 5/1/2018; David Petersen served on 4/19/2018, answer due 5/10/2018; Jeffrey Rainforth served on 5/1/2018, answer due 5/22/2018; Alberto Waisman served on 4/11/2018, answer due 5/2/2018; Richard Weikart served on 4/24/2018, answer due 5/15/2018. (Sommerman, Andrew) (Entered: 05/02/2018) |
| 05/02/2018 | 8 | Summons Returned Unexecuted as to Beth Eyestone, Got News, LLC, James Christopher Hastey, Raechel Hitchye, Shirley Husar, Charles C Johnson, Christopher Jones, Patrick Lehnhoff, Gavin McInnes, Kenneth Strawn, Lori Twohy . (Sommerman, Andrew) (Entered: 05/02/2018) |
| 05/03/2018 | 9 | NOTICE of Change of Address/Contact Information by John Evanchek on behalf of Richard Weikart., NOTICE of Appearance by John Evanchek on behalf of Richard Weikart. (Evanchek, John) Modified on 5/4/2018 (SKra). [ATTORNEY APPEARANCE FOR JOHN EVANCHEK] (Entered: 05/03/2018) |
| 05/03/2018 | 10 | [STRICKEN] ANSWER to Complaint *Amended Complaint* by Jerome Vangheluwe, Joel Vangheluwe. (Attachments: # 1 Exhibit GotNews Article, # 2 Exhibit Freedom Daily Article, # 3 Exhibit Gateway Pundit Article, # 4 Exhibit Puppet String News Articles, # 5 Exhibit Studio News Network Video, # 6 Exhibit Studio News Network Article, # 7 Exhibit Shirley Husar's Facebook Post, # 8 Exhibit Eduardo Doitteau Twitter Post, # 9 Exhibit Lita Coulthart-Villanueva Twitter Post, # 10 Exhibit Kenneth Strawn Twitter Post, # 11 Exhibit Patrick Lehnhoff's Facebook Post, # 12 Exhibit Beth Eyestone Facebook Post, # 13 Exhibit Lori Twohy Facebook Post, # 14 Exhibit Raechel Hitchye Facebook Post, # 15 Exhibit James Christopher Hastey Twitter Post, # 16 Exhibit Christopher Jones Facebook Post, # 17 Exhibit Connie Comeaux Twitter Post, # 18 Exhibit Gavin McInnes Twitter Post, # 19 Exhibit Richard Weikart Twitter Post, # 20 Exhibit |

| | | Paul Nehlen Twitter Post) (Sommerman, Andrew) Modified on 5/4/2018 (NAhm). (Entered: 05/03/2018) |
|---|---|---|
| 05/04/2018 | 11 | Second MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* by Paul Nehlen. (Bristow, Kyle) (Entered: 05/04/2018) |
| 05/04/2018 | | NOTICE of Error directed to: Andrew Bryant Sommerman re 10 Answer to Complaint,,,,. Wrong or incomplete PDF image was uploaded.[DOCUMENT IS AN AMENDED COMPLAINT. NOT AN ANSWER TO AMENDED COMPLAINT] Document was stricken and must be refiled correctly. [No Image Associated with this docket entry] (NAhm) (Entered: 05/04/2018) |
| 05/04/2018 | 12 | AMENDED COMPLAINT with Jury Demand filed by Joel Vangheluwe, Jerome Vangheluwe against All Defendants. NO NEW PARTIES ADDED. (Attachments: # 1 Exhibit GotNews Article, # 2 Exhibit Freedom Daily Article, # 3 Exhibit Gateway Pundit Article, # 4 Exhibit Puppet String News Articles, # 5 Exhibit Studio News Network Video, # 6 Exhibit Studio News Network Article, # 7 Exhibit Shirley Husars Facebook post, # 8 Exhibit Eduardo Doitteau Twitter post, # 9 Exhibit Lita Coulthart-Villanueva Twitter post, # 10 Exhibit Kenneth Strawn Twitter post, # 11 Exhibit Patrick Lehnhoffs Facebook post, # 12 Exhibit Beth Eyestone Facebook post, # 13 Exhibit Lori Twohy Facebook post, # 14 Exhibit Raechel Hitchye Facebook post, # 15 Exhibit James Christopher Hastey Twitter post, # 16 Exhibit Christopher Jones Facebook post, # 17 Exhibit Connie Comeaux Twitter post, # 18 Exhibit Gavin McInnes Twitter post, # 19 Exhibit Richard Weikart Twitter post, # 20 Exhibit Paul Nehlen Twitter post) (Sommerman, Andrew) (Entered: 05/04/2018) |
| 05/04/2018 | 13 | Third MOTION to Dismiss *Pursuant to Fed. Civ. P. 12(b)(2) and 12(b)(6)* by Paul Nehlen. (Bristow, Kyle) (Entered: 05/04/2018) |
| 05/08/2018 | 14 | CERTIFICATE of Service/Summons Returned Executed. Got News, LLC served on 5/5/2018, answer due 5/29/2018; James Christopher Hastey served on 4/26/2018, answer due 5/17/2018; Charles C Johnson served on 5/5/2018, answer due 5/29/2018; Kenneth Strawn served on 5/2/2018, answer due 5/23/2018. (Sommerman, Andrew) (Entered: 05/08/2018) |
| 05/08/2018 | 15 | Mediation Status Report. (KJac) (Entered: 05/08/2018) |
| 05/09/2018 | 16 | NOTICE by Paul Nehlen re 6 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)*, 11 Second MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* , NOTICE by Paul Nehlen of withdrawal of 11 Second MOTION to Dismiss *Pursuant to* |

|  |  |  |
|---|---|---|
|  |  | *Fed. R. Civ. P. 12(b)(2) and 12(b)(6),* 6 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* . (Bristow, Kyle) (Entered: 05/09/2018) |
| 05/15/2018 | 17 | MOTION to Dismiss by Richard Weikart. (Evanchek, John) (Entered: 05/15/2018) |
| 05/15/2018 | 18 | CERTIFICATE of Service/Summons Returned Executed. Gavin McInnes served on 5/15/2018, answer due 6/5/2018. (Sommerman, Andrew) (Entered: 05/15/2018) |
| 05/15/2018 | 19 | MOTION TO EXTEND Issuance of Second Summonses for Unserved Defendants by All Plaintiffs. (Attachments: # 1 Exhibit Declaration of Andrew B. Sommerman) (Sommerman, Andrew) (Entered: 05/15/2018) |
| 05/16/2018 | 20 | ORDER for Plaintiffs to Meet and Confer With Each Defendant. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 05/16/2018) |
| 05/16/2018 | 21 | MOTION for Extension of Time to File Answer *or Response to the Complaint* by Got News, LLC, Charles C Johnson. (Attachments: # 1 Exhibit 1 - Mediation Status Report) (Randazza, Marc) (Entered: 05/16/2018) |
| 05/18/2018 | 22 | [STRICKEN] MOTION to dismiss by Lita Coulthart-Villanueva. (DPer) Modified on 5/21/2018 (KJac). (Entered: 05/18/2018) |
| 05/18/2018 | 23 | RESPONSE to 21 MOTION for Extension of Time to File Answer *or Response to the Complaint* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Exhibit A - Order, # 3 Exhibit Exhibit B - E-mails, # 4 Exhibit Exhibit C - E-mails) (Sommerman, Andrew) (Entered: 05/18/2018) |
| 05/21/2018 |  | TEXT-ONLY ORDER: Defendant's Motion to Dismiss (R. 22 ) is hereby STRICKEN pursuant to the Court's Order entered on May 16, 2018 (R. 20 ). Issued by District Judge Laurie J. Michelson. (KJac) (Entered: 05/21/2018) |
| 05/21/2018 |  | TEXT-ONLY CERTIFICATE OF SERVICE re 20 and 5/21/18 Text-Only Order on Lita Coulthart-Villanueva at 1543 Jeffries St., Anderson, CA 96007-4022. (KJac) (Entered: 05/21/2018) |
| 05/23/2018 | 24 | REPLY to Response re 21 MOTION for Extension of Time to File Answer *or Response to the Complaint* filed by Got News, LLC, Charles C Johnson. (Attachments: # 1 Exhibit 1 - GotNews Retraction, # 2 Exhibit 2 - Freep Article) (Randazza, Marc) (Entered: 05/23/2018) |

| | | |
|---|---|---|
| 05/25/2018 | [25](#) | Letter. (KJac) (Entered: 05/25/2018) |
| 05/25/2018 | [26](#) | ANSWER to Complaint and Motion to Appoint Counsel by Kenneth Strawn. (KJac) (Entered: 05/25/2018) |
| 05/29/2018 | | TEXT-ONLY ORDER: Defendants' Motion for Extension of Time to File Answer is granted to the extent set forth in the Court's May 16, 2018 (R. [20](#) ) Order. To the extent Defendants need some additional time to respond to the Complaint, such response shall be filed by June 26, 2018. Issued by District Judge Laurie J. Michelson. (KJac) (Entered: 05/29/2018) |
| 05/29/2018 | [27](#) | NOTICE of Appearance by Herschel P. Fink on behalf of Got News, LLC. (Fink, Herschel) (Entered: 05/29/2018) |
| 05/29/2018 | [28](#) | NOTICE of Appearance by Herschel P. Fink on behalf of Charles C Johnson. (Fink, Herschel) (Entered: 05/29/2018) |
| 05/30/2018 | [29](#) | ATTORNEY APPEARANCE: Alex L. Alexopoulos appearing on behalf of Jim Hoft (Alexopoulos, Alex) (Entered: 05/30/2018) |
| 05/30/2018 | [30](#) | JOINT CONFERENCE REPORT *Defendant Paul Nehlen's and Plaintiffs' Court-Ordered Joint Conference Report* by All Plaintiffs (Sommerman, Andrew) (Entered: 05/30/2018) |
| 05/30/2018 | [31](#) | JOINT CONFERENCE REPORT *Defendant Richard Weikart and Plaintiffs' Court-Ordered Joint Conference Report* by All Plaintiffs (Sommerman, Andrew) (Entered: 05/30/2018) |
| 05/30/2018 | [32](#) | NOTICE by Joel Vangheluwe *Joel Vangheluwe's Notice of Acceptance of Defendant Charles Johnson's Offer of Judgment* (Attachments: # [1](#) Exhibit Charles Johnson's Offer of Judgment to Joel Vangheluwe) (Sommerman, Andrew) (Entered: 05/30/2018) |
| 05/30/2018 | [33](#) | NOTICE by Jerome Vangheluwe *Jerome Vangheluwe's Notice of Acceptance of Defendant Charles Johnson's Offer of Judgment* (Attachments: # [1](#) Exhibit Charles Johnson's Offer of Judgment to Jerome Vangheluwe) (Sommerman, Andrew) (Entered: 05/30/2018) |
| 05/30/2018 | [34](#) | NOTICE by Jerome Vangheluwe *Jerome Vangheluwe's Notice of Acceptance of Defendant GotNews, LLC's Offer of Judgment* (Attachments: # [1](#) Exhibit GotNews, LLC's Offer of Judgment to Jerome Vangheluwe) (Sommerman, Andrew) (Entered: 05/30/2018) |
| 05/30/2018 | [35](#) | Third MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* by Paul Nehlen. (Attachments: # [1](#) Exhibit Exhibit A) (Bristow, Kyle)[TITLED AS A FOURTH MOTION TO DISMISS] Modified on 6/21/2018 (DPer). (Entered: 05/30/2018) |

| 05/31/2018 | | TEXT-ONLY ORDER: Pursuant to Federal Rule of Civil Procedure 4(m) and the for the reasons set forth in Plaintiffs' unopposed Motion for Issuance of Second Summonses For Unserved Defendants the motion is hereby GRANTED. Issued by District Judge Laurie J. Michelson. (KJac) (Entered: 05/31/2018) |
|---|---|---|
| 05/31/2018 | <u>36</u> | ORDER. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 05/31/2018) |
| 05/31/2018 | | REQUEST for SUMMONS for Beth Eyestone, Raechel Hitchye, Shirley Husar, Christopher Jones, Patrick Lehnhoff, Jonathan Spiel, Lori Twohy. (Sommerman, Andrew) (Entered: 05/31/2018) |
| 06/01/2018 | <u>37</u> | SUMMONS Issued for *Beth Eyestone, Raechel Hitchye, Shirley Husar, Christopher Jones, Patrick Lehnhoff, Jonathan Spiel, Lori Twohy* (LGra) (Entered: 06/01/2018) |
| 06/06/2018 | <u>38</u> | JOINT CONFERENCE REPORT *Defendant Lita Coulthart-Villanueva's and Plaintiffs' Court-Ordered Joint Conference Report* by All Plaintiffs (Sommerman, Andrew) (Entered: 06/06/2018) |
| 06/07/2018 | <u>39</u> | JOINT CONFERENCE REPORT *Defendant Alberto Waisman's and Plaintiffs' Court-Ordered Joint Conference Report* by All Plaintiffs (Sommerman, Andrew) (Entered: 06/07/2018) |
| 06/13/2018 | <u>40</u> | CERTIFICATE of Service/Summons Returned Executed. Shirley Husar served on 6/7/2018, answer due 6/28/2018. (Sommerman, Andrew) (Entered: 06/13/2018) |
| 06/14/2018 | <u>41</u> | CERTIFICATE of Service/Summons Returned Executed. Jonathan Spiel served on 6/14/2018, answer due 7/5/2018. (Sommerman, Andrew) (Entered: 06/14/2018) |
| 06/15/2018 | <u>42</u> | MOTION to Dismiss by Richard Weikart. (Evanchek, John) (Entered: 06/15/2018) |
| 06/20/2018 | <u>43</u> | STATUS REPORT REPORT *Plaintiffs' Status Report Regarding Their Conference with Defendants GotNews, LLC and Charles Johnson* by All Plaintiffs (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit Emails between counsel, # <u>3</u> Exhibit Emails between counsel) (Sommerman, Andrew) (Entered: 06/20/2018) |
| 06/20/2018 | <u>44</u> | MOTION for Sanctions by Got News, LLC, Charles C Johnson. (Randazza, Marc) (Entered: 06/20/2018) |
| 06/20/2018 | <u>45</u> | RESPONSE to <u>35</u> Third MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* filed by All Plaintiffs. (Sommerman, Andrew) |

| | | |
|---|---|---|
| | | [RESPONSE TO FOURTH MOTION FOR DISMISSAL] Modified on 6/21/2018 (DPer). (Entered: 06/20/2018) |
| 06/22/2018 | 46 | RESPONSE to 44 MOTION for Sanctions filed by All Plaintiffs. (Sommerman, Andrew) (Entered: 06/22/2018) |
| 06/25/2018 | 47 | MOTION to dismiss by Lita Coulthart-Villanueva. (DPer) (Entered: 06/26/2018) |
| 06/26/2018 | 48 | SUR-REPLY re 35 Third MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* filed by Paul Nehlen. (Attachments: # 1 Exhibit GOTNews Article, # 2 Exhibit Paul Nehlen's Tweet) (Bristow, Kyle) (Entered: 06/26/2018) |
| 06/26/2018 | 49 | ANSWER to Amended Complaint with Affirmative Defenses with Jury Demand by Got News, LLC. (Randazza, Marc) (Entered: 06/26/2018) |
| 06/26/2018 | 50 | MOTION to Dismiss */ Anti-SLAPP Motion* by Got News, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Vice Article, # 3 Exhibit 2 - Alexa Ranking, # 4 Exhibit 3 - Executive Order 66, # 5 Exhibit 4 - Vehicle Registration, # 6 Exhibit 5 - License Plate - VIN Search, # 7 Exhibit 6 - Michigan Department of State Records, # 8 Exhibit 7 - USA Today Article, # 9 Exhibit 8 - NBC29 Article, # 10 Exhibit 9 - NYT Article, # 11 Exhibit 10 - Fox News Article, # 12 Exhibit 11 - Jalopnik Article, # 13 Exhibit 12 - ClickOnDetroit Article, # 14 Exhibit 13 - Transcript of Video, # 15 Exhibit 14 - Politico Article, # 16 Exhibit - Declaration of Trey A. Rothell) (Randazza, Marc) (Entered: 06/26/2018) |
| 06/27/2018 | 51 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Got News, LLC (Randazza, Marc) (Entered: 06/27/2018) |
| 06/29/2018 | 52 | REPLY to Response re 44 MOTION for Sanctions filed by Got News, LLC, Charles C Johnson. (Attachments: # 1 Exhibit A - Proposed Court-Ordered Joint Conference Report) (Randazza, Marc) (Entered: 06/29/2018) |
| 07/06/2018 | 53 | MOTION for Leave to File *to File Sur-Reply and Brief in Support* by All Plaintiffs. (Attachments: # 1 Exhibit Pls' Sur-Reply to Def's Reply in Support of his 4th Motion for Dismissal) (Sommerman, Andrew) (Entered: 07/06/2018) |
| 07/06/2018 | 54 | RESPONSE to 42 MOTION to Dismiss *Plaintiffs' Response to Defendant Richard Weikart's Renewed Motion to Dismiss Puruaunt to* |

| | | |
|---|---|---|
| | | *Fed.R.Civ.P. 12(B)(2) and Brief in Support* filed by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/06/2018) |
| 07/07/2018 | <u>55</u> | RESPONSE to <u>53</u> MOTION for Leave to File *to File Sur-Reply and Brief in Support* filed by Paul Nehlen. (Bristow, Kyle) (Entered: 07/07/2018) |
| 07/10/2018 | <u>56</u> | ANSWER to complaint by Jeffrey Rainforth. (DPer) (Entered: 07/10/2018) |
| 07/16/2018 | <u>57</u> | RESPONSE to <u>47</u> MOTION to Dismiss *Plaintiffs' Response to Defendant Lita Coulthart-Villanueva's Motion to Dismiss and Brief in Support* filed by All Plaintiffs. (Attachments: # <u>1</u> Exhibit Lita Coulthart-Villanueva Twitter post) (Sommerman, Andrew) (Entered: 07/16/2018) |
| 07/17/2018 | <u>58</u> | RESPONSE to <u>50</u> MOTION to Dismiss */ Anti-SLAPP Motion Plaintiff Joel Vangheluwe's Response to Defendant GotNews, LLC's Anti-Slapp Motion and Plaintiff's Motion to Strike Defendant's Motion and Brief in Support* filed by Joel Vangheluwe. (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit Affidavit of Joel Vangheluwe, # <u>3</u> Exhibit Affidavit of Jerome Vangheluwe, # <u>4</u> Exhibit Affidavit of Jasmine Bartlett, # <u>5</u> Exhibit Affidavit of Alexandrea Roland, # <u>6</u> Exhibit Affidavit of Alexandrea Roland) (Sommerman, Andrew) Modified on 7/18/2018 (DPer). (Entered: 07/17/2018) |
| 07/20/2018 | <u>59</u> | REPLY to Response re <u>42</u> MOTION to Dismiss filed by Richard Weikart. (Evanchek, John) (Entered: 07/20/2018) |
| 07/23/2018 | <u>60</u> | STIPULATION of Dismissal *as to Defendant Gavin McInnes Only* by All Plaintiffs (Sommerman, Andrew) (Entered: 07/23/2018) |
| 07/23/2018 | <u>61</u> | ORDER on Stipulation of Dismissal as to Gavin McInnes Only. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 07/23/2018) |
| 07/26/2018 | <u>62</u> | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Connie Comeaux by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |
| 07/26/2018 | <u>63</u> | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to David Petersen by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |
| 07/26/2018 | <u>64</u> | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Eduardo Doitteau by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |

| 07/26/2018 | 65 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to James Christopher Hastey by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |
| --- | --- | --- |
| 07/26/2018 | 66 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Jonathan Spiel by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |
| 07/26/2018 | 67 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Shirley Husar by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |
| 07/26/2018 | 68 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Freedom Daily, LLC by All Plaintiffs. (Sommerman, Andrew) (Entered: 07/26/2018) |
| 07/26/2018 | 69 | CLERK'S ENTRY OF DEFAULT as to *Connie Comeaux* (NAhm) (Entered: 07/26/2018) |
| 07/26/2018 | 70 | CLERK'S ENTRY OF DEFAULT as to *David Petersen* (NAhm) (Entered: 07/26/2018) |
| 07/26/2018 | 71 | CLERK'S ENTRY OF DEFAULT as to *Eduardo Doitteau* (NAhm) (Entered: 07/26/2018) |
| 07/26/2018 | 72 | CLERK'S ENTRY OF DEFAULT as to *James Christopher Hastey* (NAhm) (Entered: 07/26/2018) |
| 07/26/2018 | 73 | CLERK'S ENTRY OF DEFAULT as to *Jonathan Spiel* (NAhm) (Entered: 07/26/2018) |
| 07/26/2018 | 74 | CLERK'S ENTRY OF DEFAULT as to *Shirley Husar* (NAhm) (Entered: 07/26/2018) |
| 07/26/2018 | 75 | CLERK'S ENTRY OF DEFAULT as to *Freedom Daily, LLC* (NAhm) (Entered: 07/26/2018) |
| 07/30/2018 | 76 | [NOTICE] STIPULATION of Dismissal *as to Beth Eyestone* by All Plaintiffs (Sommerman, Andrew) Modified on 7/31/2018 (LGra). (Entered: 07/30/2018) |
| 07/30/2018 | 77 | [NOTICE] STIPULATION of Dismissal *as to Christopher Jones* by All Plaintiffs (Sommerman, Andrew) Modified on 7/31/2018 (LGra). (Entered: 07/30/2018) |
| 07/30/2018 | 78 | [NOTICE] STIPULATION of Dismissal *as to Lori Twohy* by All Plaintiffs (Sommerman, Andrew) Modified on 7/31/2018 (LGra). (Entered: 07/30/2018) |
| 07/30/2018 | 79 | [NOTICE] STIPULATION of Dismissal *as to Patrick Lenhoff* by All Plaintiffs (Sommerman, Andrew) Modified on 7/31/2018 (LGra). |

|  |  | (Entered: 07/30/2018) |
|---|---|---|
| 07/30/2018 | 80 | [NOTICE] STIPULATION of Dismissal *as to Raechel Hitchye* by All Plaintiffs (Sommerman, Andrew) Modified on 7/31/2018 (LGra). (Entered: 07/30/2018) |
| 07/31/2018 | 81 | REPLY to Response re 50 MOTION to Dismiss */ Anti-SLAPP Motion* filed by Got News, LLC. (Randazza, Marc) (Entered: 07/31/2018) |
| 08/02/2018 | 82 | STIPULATION of Dismissal *as to Alberto Waisman Only* by All Plaintiffs (Sommerman, Andrew) (Entered: 08/02/2018) |
| 08/03/2018 | 83 | ORDER on Stipulation of Dismissal as to Alberto Waisman Only. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 08/03/2018) |
| 08/15/2018 | 84 | [ENTERED ON THE WRONG DOCKET] STIPULATED ORDER of Dismissal of Defendant Jim Hoft Only With Prejudice and Without Costs. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 08/15/2018) |
| 08/15/2018 | 85 | NOTICE of Correction. (KJac) (Entered: 08/15/2018) |
| 08/15/2018 | 86 | STIPULATED ORDER of Dismissal of Defendant Jim Hoft Only With Prejudice and Without Costs. Signed by District Judge Laurie J. Michelson. (KJac) (Entered: 08/15/2018) |
| 08/31/2018 | 87 | REQUEST *to Issue Judgment in a Civil Action* by Joel Vangheluwe. (Attachments: # 1 Exhibit Judgment in a Civil Action) (Sommerman, Andrew) (Entered: 08/31/2018) |
| 08/31/2018 | 88 | REQUEST *to Issue Judgment in a Civil Action* by Jerome Vangheluwe. (Attachments: # 1 Exhibit Judgment in a Civil Action) (Sommerman, Andrew) (Entered: 08/31/2018) |
| 08/31/2018 | 89 | REQUEST *to Issue Judgment in a Civil Action* by Jerome Vangheluwe. (Attachments: # 1 Exhibit Judgment in a Civil Action) (Sommerman, Andrew) (Entered: 08/31/2018) |
| 01/10/2019 | 90 | MOTION to Dismiss by Kenneth Strawn. (Shecter, Lynn) (Entered: 01/10/2019) |
| 01/15/2019 |  | TEXT-ONLY ORDER: Plaintiffs are to docket, under seal if they wish (Court only access), unredacted versions of all the exhibits to their amended complaint. If possible, Plaintiffs are to electronically create the pdf from the webpage or post (as opposed to a print out of the webpage or post that is then scanned back into a pdf). Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 01/15/2019) |

| 01/17/2019 | 91 | SEALED Unredacted Exhibits to Plaintiffs' Amended Complaint re 12 Amended Complaint,,,, by All Plaintiffs. (Attachments: # 1 Exhibit Got News Article, # 2 Exhibit Freedom Daily Article, # 3 Exhibit Gateway Pundit Article, # 4 Exhibit Puppet String News Article, # 5 Exhibit Studio News Network Video, # 6 Exhibit Studio News Network Article, # 7 Exhibit Shirley Husar Facebook Page, # 8 Exhibit Eduardo Doitteau Twitter Post, # 9 Exhibit Lita Coulthart-Villanueva Twitter Post, # 10 Exhibit Kenneth Strawn Twitter Post, # 11 Exhibit Patrick Lenhoff Facebook Post, # 12 Exhibit Beth Eyestone Facebook Post, # 13 Exhibit Lori Twohy Facebook Post, # 14 Exhibit Raechel Hitchye Facebook Post, # 15 Exhibit James Christopher Hastey Twitter Post, # 16 Exhibit Christopher Jones Facebook Post, # 17 Exhibit Connie Comeaux Twitter Post, # 18 Exhibit Gavin McInnes Twitter Post, # 19 Exhibit Richard Weikart Twitter Post, # 20 Exhibit Paul Nehlen Twitter Post) (Sommerman, Andrew) (Entered: 01/17/2019) |
| --- | --- | --- |
| 01/25/2019 | 92 | ORDER OF DETERMINATION re 90 MOTION to Dismiss filed by Kenneth Strawn. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 01/25/2019) |
| 01/31/2019 | 93 | RESPONSE to 90 MOTION to Dismiss filed by Joel Vangheluwe. (Sommerman, Andrew) (Entered: 01/31/2019) |
| 02/06/2019 | 94 | OPINION AND ORDER granting 35 Motion to Dismiss; granting 42 Motion to Dismiss; denying 47 Motion to Dismiss; granting 53 Motion for Leave to File Sur-Reply. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 02/06/2019) |
| 02/06/2019 | 95 | OPINION AND ORDER denying 50 Motion to Dismiss. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 02/06/2019) |
| 02/06/2019 | 96 | ORDER denying 90 Motion to Dismiss; and Denying as moot 26 Motion to Appoint Counsel. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 02/06/2019) |
| 02/06/2019 | 97 | ORDER denying 44 Motion for Sanctions. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 02/06/2019) |
| 02/15/2019 | 98 | NOTICE OF INTERLOCUTORY APPEAL by Got News, LLC, Charles C Johnson re 95 Order on Motion to Dismiss. Receipt No: 0645-7112382 - Fee: $ 505 - Fee Status: Fee Paid. (Randazza, Marc) (Entered: 02/15/2019) |
| 02/20/2019 | 99 | Certificate of Service re 98 Notice of Interlocutory Appeal. (SOso) (Entered: 02/20/2019) |

| 03/04/2019 | 100 | OFFER of Judgment by Kenneth Strawn (Shecter, Lynn) (Entered: 03/04/2019) |
|---|---|---|
| 03/11/2019 | 101 | JOINT CONFERENCE REPORT by All Plaintiffs (Sommerman, Andrew) (Entered: 03/11/2019) |
| 03/15/2019 | 102 | ORDER TO ATTEND SCHEDULING CONFERENCE AND NOTICE OF REQUIREMENTS FOR SUBMISSION OF DISCOVERY PLAN; Scheduling Conference set for 4/18/2019 02:00 PM before District Judge Laurie J. Michelson, Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 03/15/2019) |
| 03/15/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 102 Order Setting Scheduling Conference on Lita Coulthart-Villanueva at 1543 Jeffries St., Anderson, CA 96007-4022. (WBar) (Entered: 03/15/2019) |
| 03/15/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 102 Order to Attend Scheduling Conference on Jeffrey Rainforth at 1714 H. Street, Apt. 8, Sacramento, CA 95811. (WBar) (Entered: 03/15/2019) |
| 03/15/2019 | 103 | AMENDED ORDER TO ATTEND TELEPHONE SCHEDULING CONFERENCE AND NOTICE OF REQUIREMENTS FOR SUBMISSION OF DISCOVERY PLAN; TELEPHONIC Scheduling Conference RESET for 4/17/2019 11:00 AM before District Judge Laurie J. Michelson) Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 03/15/2019) |
| 03/15/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 103 Amended Order on Lita Coulthart-Villanueva at 1543 Jeffries St., Anderson, CA 96007-4022. (WBar) (Entered: 03/15/2019) |
| 03/15/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 103 Amended Order on Jeffrey Rainforth at 1714 H. Street, Apt. 8, Sacramento, CA 95811. (WBar) (Entered: 03/15/2019) |
| 03/15/2019 | 104 | RESPONSE to 100 Offer of Judgment by Joel Vangheluwe. (Sommerman, Andrew) (Entered: 03/15/2019) |
| 03/19/2019 | 105 | DISCOVERY plan jointly filed pursuant to Federal Rules of Civil Procedure 26(f) (Shecter, Lynn) (Entered: 03/19/2019) |
| 03/25/2019 | 106 | NOTICE by All Plaintiffs *Notice of Plaintiffs' Initial Disclosures* (Sommerman, Andrew) (Entered: 03/25/2019) |
| 04/11/2019 | 107 | MOTION for Withdrawal of Attorney Marc J. Randazza, Herschel P. Fink by Got News, LLC. (Attachments: # 1 Exhibit 1) (Randazza, Marc) (Entered: 04/11/2019) |

| 04/12/2019 | 108 | JOINT CASE MANAGEMENT REPORT REPORT by All Plaintiffs (Sommerman, Andrew) (Entered: 04/12/2019) |
| 04/15/2019 | 109 | NOTICE OF HEARING on 107 MOTION for Withdrawal of Attorney Marc J. Randazza, Herschel P. Fink. **Motion Hearing set for 4/26/2019 10:30 AM before District Judge Laurie J. Michelson** (WBar) (Entered: 04/15/2019) |
| 04/15/2019 | | RESET Deadlines/Hearings: **Telephone Scheduling Conference RESET for 4/26/2019 11:15 AM before District Judge Laurie J. Michelson** (WBar) (Entered: 04/15/2019) |
| 04/25/2019 | 110 | SUGGESTION OF BANKRUPTCY Upon the Record by Got News, LLC (Attachments: # 1 Exhibit 1) (Randazza, Marc) (Entered: 04/25/2019) |
| 04/25/2019 | 111 | ORDER Adjourning Hearing on Motion for withdrawal of counsel; and resetting TELEPHONIC Scheduling Conference for 5/10/2019 02:00 PM before District Judge Laurie J. Michelson, Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 04/25/2019) |
| 04/26/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 111 Order on Jeffrey Rainforth at 1714 H. Street, Apt. 8, Sacramento, CA 95811. (WBar) (Entered: 04/26/2019) |
| 04/26/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 111 Order on Lita Coulthart-Villanueva at 1543 Jeffries St., Anderson, CA 96007-4022. (WBar) (Entered: 04/26/2019) |
| 05/10/2019 | | Minute Entry for proceedings before District Judge Laurie J. Michelson: Telephonic Scheduling Conference held on 5/10/2019 (Court Reporter: None Present, Not on the Record) (WBar) (Entered: 05/10/2019) |
| 05/10/2019 | 112 | CASE MANAGEMENT REQUIREMENTS AND SCHEDULING ORDER: **Interim Status Conference set for 8/7/2019 02:00 PM before District Judge Laurie J. Michelson; Dispositive Motion Cut-off set for 2/3/2020** Signed by District Judge Laurie J. Michelson. (Refer to image for additional dates) (WBar) (Entered: 05/10/2019) |
| 05/10/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 112 Scheduling Order, and 94 Order on Lita Coulthart-Villanueva at 1543 Jeffries St., Anderson, CA 96007-4022. (WBar) (Entered: 05/10/2019) |
| 05/10/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 112 Scheduling Order, on Jeffrey Rainforth at 1714 H. Street, Apt. 8, Sacramento, CA 95811. (WBar) (Entered: 05/10/2019) |

| 05/22/2019 | 113 | DOCUMENT received from Kenneth Strawn (DPer) (Entered: 05/24/2019) |
|---|---|---|
| 05/24/2019 | 114 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against Connie Comeaux, Lita Coulthart-Villanueva, Eduardo Doitteau, Freedom Daily, LLC, Got News, LLC, James Christopher Hastey, Shirley Husar, Charles C Johnson, David Petersen, Jeffrey Rainforth, Jonathan Spiel, Kenneth Strawn. NO NEW PARTIES ADDED. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Index of Exhibits) (Sommerman, Andrew) (Entered: 05/24/2019) |
| 05/28/2019 | 115 | CERTIFICATE OF SERVICE re 114 Amended Complaint,, by All Plaintiffs *Amended* (Sommerman, Andrew) (Entered: 05/28/2019) |
| 08/01/2019 | 116 | ORDER for Defendants Got News and Johnson to Provide Status. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 08/01/2019) |
| 08/01/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 116 Order on Lita Coulthart-Villanueva at 1543 Jeffries St., Anderson, CA 96007-4022. (WBar) (Entered: 08/01/2019) |
| 08/01/2019 | | TEXT-ONLY CERTIFICATE OF SERVICE re 116 Order on Jeffrey Rainforth at 1714 H. Street, Apt. 8, Sacramento, CA 95811. (WBar) (Entered: 08/01/2019) |
| 08/06/2019 | 117 | MOTION to Dismiss *Lita Coulthart-Villanueva with Prejudice* by All Plaintiffs. (Sommerman, Andrew) (Entered: 08/06/2019) |
| 08/06/2019 | 118 | Status REPORT by Got News, LLC, Charles C Johnson (Randazza, Marc) (Entered: 08/06/2019) |
| 08/07/2019 | 119 | ORDER granting 117 Unopposed Motion to Dismiss Lita Coulthart-Villanueva. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 08/07/2019) |
| 08/07/2019 | | Minute Entry for proceedings before District Judge Laurie J. Michelson: Interim Telephonic Status Conference held on 8/7/2019 (Court Reporter: None Present, Not on the Record) (WBar) (Entered: 08/07/2019) |
| 08/09/2019 | 120 | ORDER granting 107 Motion to Withdraw as Attorney.. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 08/09/2019) |
| 08/09/2019 | 121 | NOTICE by Got News, LLC *and Certificate of Service* (Attachments: # 1 Exhibit A) (Randazza, Marc) (Entered: 08/09/2019) |

| 09/12/2019 | 122 | NOTICE by All Plaintiffs *Notice of Settlement* (Sommerman, Andrew) (Entered: 09/12/2019) |
| 09/12/2019 | 123 | NOTICE by All Plaintiffs re 122 Notice (Other) *Amended Notice of Settlement* (Sommerman, Andrew) (Entered: 09/12/2019) |
| 09/17/2019 | 124 | STIPULATION of Dismissal *with Prejudice as to Defendant Charles Johnson Only* by Jerome Vangheluwe, Joel Vangheluwe (Sommerman, Andrew) (Entered: 09/17/2019) |
| 09/17/2019 | 125 | ORDER OF DISMISSAL as to Defendant Charles C. Johnson, ONLY, re 124 Stipulation. Signed by District Judge Laurie J. Michelson. (WBar) (Entered: 09/17/2019) |
| 12/04/2019 | 126 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 12/13/2019 at 11:00 AM before District Judge Laurie J. Michelson.** To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. (EKar) (Entered: 12/04/2019) |
| 12/04/2019 | | RESET Hearing: **TELEPHONIC Status Conference 126 RESET for 12/12/2019 10:00 AM before District Judge Laurie J. Michelson.** To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. (EKar) (Entered: 12/04/2019) |
| 12/12/2019 | | Minute Entry for proceedings before District Judge Laurie J. Michelson: Telephonic Status Conference held on 12/12/2019. (Court Reporter: None Present, Not on the Record) (EKar) (Entered: 12/12/2019) |
| 12/19/2019 | 127 | STIPULATION of Dismissal *as to Kenneth Strawn Only* by All Plaintiffs (Sommerman, Andrew) (Entered: 12/19/2019) |
| 12/19/2019 | 128 | ORDER on Stipulation of Dismissal as to Kenneth Strawn Only. Signed by District Judge Laurie J. Michelson. (EKar) (Entered: 12/19/2019) |
| 02/12/2020 | 129 | TRIAL SCHEDULING ORDER: **Final Pretrial Conference set for 3/19/2020 at 02:00 PM before District Judge Laurie J. Michelson and Jury Trial set for 4/6/2020 at 08:30 AM before District Judge Laurie J. Michelson.** Signed by District Judge Laurie J. Michelson. (Refer to image for additional dates) (EKar) (Entered: 02/12/2020) |
| 02/12/2020 | | TEXT-ONLY CERTIFICATE OF SERVICE re 129 Trial Scheduling |

| | | |
|---|---|---|
| | | Order, on Jeffrey Rainforth at 1714 H. St., Apt. 8, Sacramento, CA 95811. (EKar) (Entered: 02/12/2020) |
| 02/26/2020 | <u>130</u> | MOTION to Dismiss *Defendant Jeffrey Rainforth Only* by All Plaintiffs. (Sommerman, Andrew) (Entered: 02/26/2020) |
| 02/28/2020 | <u>131</u> | ORDER Granting <u>130</u> MOTION to Dismiss *Defendant Jeffrey Rainforth Only*. Signed by District Judge Laurie J. Michelson. (EKar) (Entered: 02/28/2020) |
| 02/28/2020 | | TEXT-ONLY CERTIFICATE OF SERVICE re <u>131</u> Order granting motion on Jeffrey Rainforth at1714 H. St., Apt. 8, Sacramento, CA 95811. (EKar) (Entered: 02/28/2020) |
| 03/24/2020 | <u>132</u> | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 4/14/2020 at 10:00 AM before District Judge Laurie J. Michelson.** (EKar) (Entered: 03/24/2020) |
| 04/14/2020 | | Minute Entry for proceedings before District Judge Laurie J. Michelson: Telephonic Status Conference held on 4/14/2020. Plaintiff's counsel provided an update on the Got News bankruptcy and no one appeared for Got News.(Court Reporter: None Present, Not on the Record) (EKar) (Entered: 04/14/2020) |
| 09/22/2020 | | TEXT-ONLY ORDER: Counsel for Plaintiffs are to docket a report on the status of this case. The report shall (1) describe the status of Got News' bankruptcy proceeding, (2) list all the defendants in this case, and, for each defendant, his, her, or its status (e.g., clerks entry of default, dismissed, in settlement discussions, etc.), (3) Plaintiffs' plan for resolving their claims against any defendant that remains in the case (dispositive motion, default judgment, dismissal, settlement, etc.). The report is due on or before October 30, 2020. Issued by District Judge Laurie J. Michelson. (EKar) (Entered: 09/22/2020) |
| 10/29/2020 | <u>133</u> | Status REPORT by All Plaintiffs (Sommerman, Andrew) (Entered: 10/29/2020) |
| 11/04/2020 | <u>134</u> | ORDER Setting Schedule. Signed by District Judge Laurie J. Michelson. (EKar) (Entered: 11/04/2020) |
| 05/14/2021 | <u>135</u> | ORDER for Plaintiffs to Show Cause Why Case Should Not Be Dismissed. **Show Cause Response due by 5/21/2021** Signed by District Judge Laurie J. Michelson. (EPar) (Entered: 05/14/2021) |
| 05/18/2021 | | TEXT-ONLY CERTIFICATE OF SERVICE re <u>135</u> Order to Show Cause on Got News, LLC mailed to Got News, LLC at 5812 Temple |

| | | |
|---|---|---|
| | | City Blvd., Suite 402, Temple City, CA 91780-2112. (EPar) (Entered: 05/18/2021) |
| 05/20/2021 | 136 | RESPONSE TO ORDER TO SHOW CAUSE by All Plaintiffs. (Sommerman, Andrew) (Entered: 05/20/2021) |
| 05/27/2021 | 137 | NOTICE of Voluntary Dismissal by All Plaintiffs *as to (1) Freedom Daily L.L.C., (2) David Petersen, (3) Jonathan Spiel, (4) Shirley Husar, (5) Eduardo Doitteau, (6) James Christopher Hastey, and (7) Connie Comeaux ONLY* (Attachments: # 1 Proposed Order on Notice of Dismissal) (Sommerman, Andrew) (Entered: 05/27/2021) |
| 05/28/2021 | 138 | ORDER on 137 Notice of Voluntary Dismissal as to Freedom Daily, LLC, James Christopher Hastey, Shirley Husar, David Petersen, Jonathan Spiel, Connie Comeaux and Eduardo Doitteau. Signed by District Judge Laurie J. Michelson. (EPar) (Entered: 05/28/2021) |
| 05/28/2021 | 139 | ORDER Administratively Closing Case. Signed by District Judge Laurie J. Michelson. (EPar) (Entered: 05/28/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/02/2021 15:57:07 | | | |
| PACER Login: | wesleyavery | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:18-cv-10542-LJM-EAS |
| Billable Pages: | 13 | Cost: | 1.30 |