| Fill in this information to identify the case: |
| --- |

| Debtor 1 | Got News, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 19-14693 |

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Jerome Vangheluwe
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Andrew B. Sommerman
Name

3811 Turtle Creek Blvd., Suite 1400
Number        Street

Dallas                TX          75219
City                State        ZIP Code

Contact phone 214-720-0720

Contact email andrew@textrial.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City                State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $_____19,990.00 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Defamation; see attached documents in support

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/12/2019
                 MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Andrew | Bryant | Sommerman |
| | First name | Middle name | Last name |

Title     Attorney

Company   Sommerman, McCaffity, Quesada & Geisler, L.L.P.
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   3811 Turtle Creek Blvd., Suite 1400
          Number      Street

          Dallas                              TX        75219
          City                                State     ZIP Code

Contact phone   214-720-0720          Email   andrew@textrial.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Joel Vangheluwe and Jerome Vangheluwe,

*Plaintiffs*,

v.

GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Jeffrey Rainforth, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, James Christopher Hastey, Connie Comeaux,

*Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson

Mag. Elizabeth A. Stafford

**DEMAND FOR JURY TRIAL**

---

## SECOND AMENDED COMPLAINT

Plaintiffs, JOEL VANGHELUWE and JEROME VANGHELUWE (collectively referred to as "Plaintiffs" herein) hereby allege as follows:

### INTRODUCTION

1.     This case is about a father and son who were falsely accused of assault, terrorism, conspiracies, murder, and racially charged violence in a targeted campaign by alt-right media.

2.     On August 12, 2017, the Vangheluwe family was hosting a wedding at their home in Michigan for a family member. During that wedding the Vangheluwes' social media, emails, and text messages became overwhelmed with messages and posts.

1

3.      Earlier that day, a terror attack occurred in Charlottesville, Virginia, when an individual drove his car through counter-protestors at a "Unite the Right" rally. One person was murdered, Heather Heyer, and others seriously injured.

4.      Defendants targeted the Vangheluwes as political pawns in a "doxing" campaign, shifting the blame from alt-right extremists to an innocent 20-year-old boy who never owned or drove the car in question.  "Doxing" is "the Internet-based practice of broadcasting private or identifiable about an individual or organization." *Nelson v. Superior Court*, B283743, 2018 WL 1061575, at *2 (Cal. Ct. App. Feb. 27, 2018), as modified on denial of reh'g (Mar. 27, 2018).

5.      In this case, Defendants published false statements about Plaintiffs and circulated (1) their identities, (2) their home address in Michigan, (3) Joel Vangheluwe's email address, (4) photographs of Joel Vangheluwe, (5) the name of Joel Vangheluwe's high school in Michigan, (6) Joel Vangheluwe's Facebook postings, (7) Joel Vangheluwe's Instagram postings, and (8) the Vehicle Identification Number for the vehicle previously owned by Jerome Vangheluwe in Michigan. This was done with the specific objective of causing harm to and endangering the Plaintiffs in Michigan.

6.      GotNews, LLC, a self-proclaimed Alt-Right news outlet, published an article falsely naming twenty-year-old Michigan resident Joel Vangheluwe as the driver of the vehicle and the perpetrator of the terror attack. At the time of the attack,

Joel Vangheluwe was attending his cousin's wedding in Michigan. GotNews posted the names, photographs and personal information of Joel and his father Jerome Vangheluwe, incorporating various pieces of personal information about them which clearly was intended to result in action against these individuals in their home state of Michigan.

7. The other Defendants falsely claimed that Jerome Vangheluwe owned the vehicle at the time it ran down protestors in Charlottesville. Defendants published falsely that the car was currently registered in Michigan to Joel Vangheluwe. They then linked Joel Vangheluwe's Facebook with a caption stating that Joel would receive the car when he was sixteen (which is not true). Defendants falsely accused Joel Vangheluwe of being the perpetrator of the attack.

8. In fact, Jerome Vangheluwe legally sold the vehicle in question years earlier in Michigan. The vehicle was sold several more times before it came into the possession of the man actually arrested for the attack.

9. Defendants attempted to convince readers that Joel had a political agenda when the terrorist attack on American soil occurred though nothing could be further from the truth. The torrent of accusations against the Vangheluwes accomplished the over-arching goal of the alt-right media to distract their readers into believing the attack was made by someone other than a member of the alt-right movement. This was ultimately untrue, as just hours after the terror attack the actual

3

suspect was apprehended by police and charged with second-degree murder, malicious wounding and failure to stop in an accident that resulted in death. He has been linked with alt-right groups.

10.   The flood of misinformation and "troll storm" on Twitter, which has an office in Michigan,[1] and other social media websites contained Plaintiffs full names and stated that they resided in Michigan for the clear intended purpose of causing injury to both Joel and Jerome Vangheluwe in Michigan.  As a direct result of Defendants' actions, the Plaintiffs received death threats and were urged by Michigan State Police to leave their home for fear of their safety. The injury to their reputations and business aspirations is astronomical. With no regard to the consequences, the Defendants branded Joel Vangheluwe a terrorist.

## **THE PARTIES**

11.   Plaintiff Joel Vangheluwe is a citizen of Michigan.

12.   Plaintiff Jerome Vangheluwe is a citizen of Michigan.

13.   Defendant Got News, LLC, is a California limited liability company with its principal place of business in Sacramento, California. Got News, LLC has been served, answered, and is properly before this Court. According to documents available through the California Secretary of State, the members of Got News, LLC are (a) Charles Johnson, a citizen of California and (b) Bernadette Hapsari, a citizen

---

[1] https://careers.twitter.com/en/locations/detroit.html

of California. Accordingly, GotNews, LLC is a citizen of California.  *See* [Doc. 4] (citing *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).

14.    Defendant Freedom Daily, LLC, is a Nevada limited liability company. It has been served, but has not answered or otherwise appeared before this Court. A default has been entered as to Defendant Freedom Daily, LLC. [Doc. 75]. According to documents available through the Nevada Secretary of State, the only member of Freedom Daily, LLC is Nevada Business Consortium, Inc., a Nevada Corporation with its principal place of business in Nevada.  Accordingly, Freedom Daily, LLC is a citizen of Nevada. *See* [Doc. 4] (citing *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).

15.    Defendant Charles C. Johnson is an individual and citizen of California. He is the creator and editor of GotNews, LLC. He has been served and both Plaintiffs accepted offers of judgment as to Defendant Charles C. Johnson. [Docs. 32, 33].

16.    Defendant Jeffrey Rainforth is an individual and citizen of California. He is listed as a contributor to articles for freedomdaily.com. Defendant Rainforth has been served, answered, and appeared before this Court.

17.    Defendant David Petersen is an individual and citizen of California. He operates the news website, Twitter handle and Facebook page entitled "Puppet String News." Defendant Petersen has been served.  A default has been entered as to Defendant David Petersen.  [Doc. 70].

18.     Defendant Jonathan Spiel (known online as "Jon Masters") is an individual and citizen of Oregon. Defendant Spiel operates the YouTube channel and website "Studio News Network." He has been served.  A default has been entered against Defendant Jonathan Spiel.  [Doc. 73].

19.     Defendant Shirley Husar is an individual and citizen of California. She is the co-founder/CEO of Story.com and a columnist for the *Washington Times*. She has been served.  A default has been entered against Defendant Shirley Husar. [Doc. 74].

20.     Defendant Eduardo Doitteau is an individual and citizen of California. He operates the Twitter handle @ed_doitteau.  Defendant Doitteau has been served.

21.     Defendant Lita Coulthart-Villanueva is an individual and citizen of California. She operates the Twitter handle @clitav.  Defendant Coulthart-Villanueva has been served and appeared before this Court.

22.     Defendant Kenneth Strawn is an individual and citizen of California. He operates the Twitter handle @strawn_04. Defendant Kenneth Strawn has been served, answered, and is properly before this Court.

23.     Defendant James Christopher Hastey is an individual and citizen of Texas. He operates the Twitter handle @ChrisHastey.  He has been served.  A default has been entered against Defendant James Christopher Hastey. [Doc. 72].

24.     Defendant Connie Comeaux is an individual and citizen of Arkansas.

She operates the Twitter handle @ConnieComeaux. Defendant Comeaux has been served. A default has been entered against Defendant Connie Comeaux. [Doc. 69].

## JURISDICTION AND VENUE

25. Jurisdiction exists in this Honorable Court pursuant to 28 U.S.C. § 1332 and the Constitution and Laws of the United States. Defendants specifically and purposefully targeted residents of the State of Michigan, with full knowledge and intent that the effects of their actions would be felt in the State of Michigan, and thereby purposefully availed themselves of the jurisdiction of this Honorable Court. *See, e.g., Calder v. Jones,* 465 U.S. 783 (1984). Defendants did not commit "mere untargeted negligence." *Id.* at 789. Defendants singled Plaintiffs out, published statements about them on the internet identifying them as residents of Michigan to intentionally cause harm to them in Michigan and thereby formed sufficient contact with Michigan through their actions. *See Alahverdian v Nemelka*, 2015 WL 5004886 (S.D. Ohio, August 24, 2015); Specifically, Defendants created and participated in a doxing campaign specifically targeted at Michigan citizens, with a call to action in Michigan with the goal of inciting violence against and endangering them in Michigan. This method of malicious targeting is well-established in the extreme alt-right community. *See Tanya Gersh v. Andrew Anglin,* pending in the United States District Court for the District of Montana, Case No. 9:17-cv-00050-DLC-JLC, Complaint for Invasion of Privacy, Intentional Infliction

7

of Emotional Distress, and Violations of the Anti-Intimidation Act. Plaintiffs aver that their damages exceed the jurisdictional threshold of $75,000 under 28 U.S.C. § 1332 and their damages occurred in the state of Michigan.

26. Each of the Defendants falsely identified the ownership of the car in question as belonging to a Michigan resident. Defendants falsely stated the vehicle in question was owned by Jerome Vangheluwe or Joel Vangheluwe. The truth was stated on the State of Michigan Secretary of State website that Jerome Vangheluwe sold this car years ago. Therefore, the nexus of this case was correct information on and through the Michigan Secretary of State, which is the Michigan governmental entity responsible for documenting vehicle ownership. It was the false use of information allegedly obtained through the state of Michigan that is the nexus of Defendants' defamatory comments.

27. The Michigan long-arm statute governing limited personal jurisdiction over individuals, Mich. Comp. Laws §600.705, has been interpreted as conferring upon Michigan courts the "maximum scope of personal jurisdiction permitted by the Due Process Clause of the Fourteenth Amendment." *MLS Nat. Med. Evaluation Services, Inc. v. Templin*, 812 F. Supp. 2d 788, 795 (E.D. Mich. 2011).

28. Venue is proper in this Honorable Court pursuant to the provisions of 28 U.S.C. §1391(a)(2), because a substantial part of the events and omissions giving rise to the claim occurred in the Eastern District of Michigan.

29.     **Defendant Got News, LLC and Charles Johnson**. Defendant Got News, LLC is an alt-right media outlet. Charles Johnson is the Gotnews.com founder and editor-in-chief.[2] Some of the journalism "tips" listed on the Got News, LLC website include:

- Pick a target.  There's no story if there's no "who" or "what."

- **Make chaos**.  The more chaos, the more your Black Swan out of the box style thinking will work.

- Eschew politically correct explanation of complex phenomena.

- Content is king but distribution is key. Build networks of like-minded researchers.[3]

Defendant Got News, LLC and Defendant Charles Johnson made a defamatory statement that they knew would have a potentially devastating impact upon the Plaintiffs, and he knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Got News, LLC and Defendant Charles Johnson reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

30.     Defendant Got News, LLC and Defendant Charles Johnson deliberately availed themselves of the jurisdiction of Michigan courts. To further the alt-right

---

[2] http://gotnews.com/about/
[3] http://gotnews.com/research-tips-tools/

9

agenda, Defendant Got News, LLC and Defendant Charles Johnson created this defamatory story to further fuel the alt-right movement by targeting Michigan residents and distributing their identity to the alt-right network. Defendant Got News, LLC and Defendant Charles Johnson purposely availed themselves of the privilege of acting in Michigan though their website, because their website is interactive to a degree that reveals they specifically intended interaction with residents of Michigan. Defendant Got News, LLC intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Got News, LLC's and Defendant Charles Johnson's defamatory statements – discussed in more detail below – were in further support of their alt-right political platform. They knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan, the car was registered in Michigan, and Joel Vangheluwe went to high school in Michigan.

31. **Defendant Freedom Daily, LLC and Defendant Jeffrey Rainforth**. Defendant Freedom Daily, LLC and Defendant Jeffrey Rainforth regularly write articles directed at Michigan about events in Michgian. In fact, the Freedom Daily, LLC website previously contained a Michigan section, but such section has been deleted as of the time of the filing of this complaint. Defendant Freedom Daily, LLC and Defendant Jeffrey Rainforth made a defamatory statement that they knew would

10

have a potentially devastating impact upon the Plaintiffs, and they knew that the
brunt of that injury would be felt by the Plaintiffs in Michigan – the state where
Plaintiffs live and work. Under these circumstances, Defendant Freedom Daily, LLC
and Defendant Jeffrey Rainforth reasonably anticipated being haled into court in
Michigan to answer for the truth of the statements made. Defendant Freedom Daily,
LLC and Defendant Jeffrey Rainforth deliberately availed themselves of the
jurisdiction of Michigan courts. To further the alt-right agenda, Defendant Freedom
Daily, LLC and Defendant Jeffrey Rainforth propagated their defamatory story to
further fuel the alt-right movement by targeting Michigan residents and distributing
their identity to the alt-right network.  Defendant Freedom Daily, LLC and
Defendant Jeffrey Rainforth purposely availed themselves of the privilege of acting
in Michigan though their website, because its website is interactive to a degree that
reveals they specifically intended interaction with residents of Michigan.  Defendant
Freedom Daily, LLC and Defendant Jeffrey Rainforth intentionally committed a
tortious act which was expressly aimed for dissemination in Michigan, and the brunt
of the effects of those actions were felt within Michigan. Defendant Freedom Daily,
LLC's and Defendant Jeffrey Rainforth's defamatory statements – discussed in more
detail below – were in further support of their alt-right political platform. They
knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived
in Michigan and Joel Vangheluwe went to high school in Michigan.

11

32.   **Defendant David Peterson.**  Defendant David Peterson operates the news website, Twitter handle and Facebook page entitled "Puppet String News." Defendant David Peterson made a defamatory statement that he knew would have a potentially devastating impact upon the Plaintiffs, and he knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant David Peterson reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

33.   Defendant David Peterson deliberately availed himself of the jurisdiction of Michigan courts. To further the alt-right agenda, Defendant David Peterson propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and Michigan home address to the alt-right network.  Defendant David Peterson purposely availed himself of the privilege of acting in Michigan though his website, because his website is interactive to a degree that reveals he specifically intended interaction with residents of Michigan. Specifically, he included the home address of the Vangheluwe family.  Defendant David Peterson intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant David Peterson's defamatory statements – discussed in more detail below – were in further support of

12

the alt-right political platform. He knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan, Joel Vangheluwe went to high school in Michigan, and further included the home address of the Vangheluwes.

34. **Defendant Jonathan Spiel.** Defendant Jonathan Spiel operates the YouTube channel and website "Studio News Network." Defendant Jonathan Spiel regularly writes articles directed at Michigan about events occurring in Michigan. Defendant Jonathan Spiel made a defamatory statement that he knew would have a potentially devastating impact upon the Plaintiffs, and he knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Jonathan Spiel reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

35. Defendant Jonathan Spiel deliberately availed himself of the jurisdiction of Michigan courts. To further the alt-right agenda, Defendant Jonathan Spiel propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and Michigan home address to the alt-right network. Defendant Jonathan Spiel purposely availed himself of the privilege of acting in Michigan though his website, because his website is interactive to a degree that reveals he specifically intended interaction with residents of Michigan. Specifically, he included the home address of the Vangheluwe family.

13

Defendant Jonathan Spiel intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Jonathan Spiel's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. He knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan and Joel Vangheluwe went to high school in Michigan.

36. **Defendant Shirley Husar.** Defendant Shirley Husar is the co-founder/CEO of Story.com and a columnist for the *Washington Times*. Defendant Shirley Husar made a defamatory statement that she knew would have a potentially devastating impact upon the Plaintiffs, and she knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Shirley Husar reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

37. Defendant Shirley Husar deliberately availed herself of the jurisdiction of Michigan courts. To further the alt-right agenda, Defendant Shirley Husar propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and Michigan home address to the alt-right network. Defendant Shirley Husar purposely availed herself of the privilege of acting in Michigan though her website, because her website is interactive to a

14

degree that reveals she specifically intended interaction with residents of Michigan. Specifically, she included the home address of the Vangheluwe family. Defendant Shirley Husar intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Shirley Husar's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. He knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan, Joel Vangheluwe went to high school in Michigan, and further included the home address of the Vangheluwes.

38. **Defendant Eduardo Doitteau.** Defendant Eduardo Doitteau made a defamatory statement that he knew would have a potentially devastating impact upon the Plaintiffs, and he knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Eduardo Doitteau reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

39. Defendant Eduardo Doitteau deliberately availed himself of the jurisdiction of Michigan courts. To further the alt-right agenda Defendant Eduardo Doitteau propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and to the alt-right network. Defendant Eduardo Doitteau purposely availed himself of the privilege of

15

acting in Michigan though his website, because his website is interactive to a degree that reveals he specifically intended interaction with residents of Michigan. Specifically, he included the home address of the Vangheluwe family. Defendant Eduardo Doitteau intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Eduardo Doitteau's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. He knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan and Joel Vangheluwe went to high school in Michigan.

40. **Defendant Lita Coulthart-Villanueva.** Defendant Lita Coulthart-Villanueva made a defamatory statement that she knew would have a potentially devastating impact upon the Plaintiffs, and she knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Lita Coulthart-Villanueva reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

41. Defendant Lita Coulthart-Villanueva deliberately availed herself of the jurisdiction of Michigan courts. To further the alt-right agenda Defendant Lita Coulthart-Villanueva propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and to the

16

alt-right network. Defendant Lita Coulthart-Villanueva purposely availed herself of the privilege of acting in Michigan though her website, because his website is interactive to a degree that reveals she specifically intended interaction with residents of Michigan. Specifically, she included the home address of the Vangheluwe family. Defendant Lita Coulthart-Villanueva intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Lita Coulthart-Villanueva's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. She knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan and Joel Vangheluwe went to high school in Michigan.

42. **Defendant Kenneth Strawn.** Defendant Kenneth Strawn made a defamatory statement that he knew would have a potentially devastating impact upon the Plaintiffs, and he knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Kenneth Strawn reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

43. Defendant Kenneth Strawn deliberately availed himself of the jurisdiction of Michigan courts. To further the alt-right agenda Defendant Kenneth Strawn propagated this defamatory story to further fuel the alt-right movement by

17

targeting a Michigan resident and distributing his identity and to the alt-right network. Defendant Kenneth Strawn purposely availed himself of the privilege of acting in Michigan though his website, because his website is interactive to a degree that reveals he specifically intended interaction with residents of Michigan. Defendant Kenneth Strawn intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Kenneth Strawn's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. He knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan and Joel Vangheluwe went to high school in Michigan.

44.     **Defendant James Christopher Hastey.** Defendant James Christopher Hastey made a defamatory statement that he knew would have a potentially devastating impact upon the Plaintiffs, and he knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant James Christopher Hastey reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

45.     Defendant James Christopher Hastey deliberately availed himself of the jurisdiction of Michigan courts. To further the alt-right agenda Defendant James

Christopher Hastey propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and to the alt-right network. Defendant James Christopher Hastey purposely availed himself of the privilege of acting in Michigan though his website, because his website is interactive to a degree that reveals he specifically intended interaction with residents of Michigan. Defendant James Christopher Hastey intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant James Christopher Hastey's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. He knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan and Joel Vangheluwe went to high school in Michigan.

46. **Defendant Connie Comeaux.** Defendant Connie Comeaux made a defamatory statement that she knew would have a potentially devastating impact upon the Plaintiffs, and she knew that the brunt of that injury would be felt by the Plaintiffs in Michigan – the state where Plaintiffs live and work. Under these circumstances, Defendant Connie Comeaux reasonably anticipated being haled into court in Michigan to answer for the truth of the statements made.

47. Defendant Connie Comeaux deliberately availed herself of the jurisdiction of Michigan courts. To further the alt-right agenda Defendant Connie

19

Comeaux propagated this defamatory story to further fuel the alt-right movement by targeting a Michigan resident and distributing his identity and to the alt-right network. Defendant Connie Comeaux purposely availed herself of the privilege of acting in Michigan though her website, because her website is interactive to a degree that reveals she specifically intended interaction with residents of Michigan. Specifically, she included the home address of the Vangheluwe family. Defendant Connie Comeaux intentionally committed a tortious act which was expressly aimed for dissemination in Michigan, and the brunt of the effects of those actions were felt within Michigan. Defendant Connie Comeaux's defamatory statements – discussed in more detail below – were in further support of the alt-right political platform. She knowingly targeted a Michigan resident, as the article stated Joel Vangheluwe lived in Michigan and Joel Vangheluwe went to high school in Michigan.

## **FACTS**

48.     On August 12, 2017, a Dodge Challenger was driven into a crowd of counter-protestors at a "Unite the Right" rally in Charlottesville, Virginia. The terror attack resulted in the death of Heather Heyer, a 32-year-old Charlottesville legal assistant. Nineteen others were injured in the attack.

49. Within hours of the terror attack, James Fields Jr., an individual from Ohio, was apprehended by police and charged with second-degree murder, malicious wounding and failure to stop in an accident that resulted in death.

20

50.  The same day, Defendant GotNews LLC ("GotNews") falsely reported Joel Vangheluwe, a Michigan resident, as the domestic terrorist who drove a Dodge Challenger into a crowd of counter-protestors at a "Unite the Right" rally in Charlottesville, Virginia.

51.  The GotNews article led with a picture of Joel Vangheluwe pulled from his Instagram account, and is headlined: "BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie."[4] The subheading stated: "Evidence indicates a left-winger mowed down antifa counter-protestors in Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal."

52.  GotNews cited Facebook pages and a license plate search to support its accusations, stating: "License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to Jerome Vangheluwe of Michigan. A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel." The article incorporated a picture of the mobile version of Joel Vangheluwe's LinkedIn account, which included such personal information as his full name, picture, current location, and where and when he attended high school.

---

[4] Exhibit A (GotNews Article)

53.     The article alleged: "Joel likes taking drugs and getting stoned, a look at his social media shows. What [sic] he under the influence when he crashed into the crowd at Charlottesville?" Screenshots of Joel Vangheluwe's Facebook and Instagram pages also accompanied the article. Defendant Charles C. Johnson is the creator and CEO of Defendant GotNews, LLC.

54.     Defendant Freedom Daily, LLC, ("Freedom Daily") published an article on its website freedomdaily.com with the headline: "BREAKING: Driver Who Plowed Into Charlottesville Crowd Identified – Media Tries To Hide Who It Is."[5] The article goes on to say: "Although it was originally reported that the driver of the car was a far right sympathizer it's now been confirmed that it was indeed a Democrat Party member and Antifa terrorist drove his car into free speech advocates in Charlottesville Virginia this morning."

55.     The Freedom Daily article incorporated a picture of the mobile version of Joel Vangheluwe's LinkedIn account, which included such personal information as his full name, picture, current location, and where and when he attended high school. Screenshots of his Facebook page were also added in between the text of the article. Defendant Jeffrey Rainforth is credited as a contributor to the same article.

56.     Defendant David Petersen posted a similar article on his news blog, www.puppetstringnews.com ("Puppet String News"). The headline read: "Friendly

---

[5] Exhibit B (Freedom Daily Article)

Fire…Charlottesville Car attacker is anti-Trump Antifa supporter […]"[6]
Immediately below the headline, the article incorporated a collage of pictures from
Joel Vangheluwe's social media accounts along with registration information for the
Dodge Challenger indicating the vehicle belonged to Joel's father, Jerome. The
pictures also included Joel's email address.

57.     Defendant Petersen's article incorporated the same information as the
GotNews article, along with original text, stating:

> Well it looks like we now know more information about the car attack
> today at a Unite the Right rally in Charlottesville Virginia and it looks
> like friendly fire as the driver/owner of the Dodge Challenger is now a
> known antifa/anti Trump supporter. Guess you can say the Left tried to
> basically use an anti Trump/Antifa terrorist to make it look like a Trump
> supporter did it, but all of those claiming this as a terrorist attack from
> a Trump supporter…Well there is this thing called the internet.
>
> So once again Left Wing terrorism has been exposed in America, where
> the driver of this Dodge Challenger that ran over nearly 19 people
> killing one is an anti Trumper and Antifa supporter of [sic] member. So
> now basically lefties in America are committing terrorist attacks in
> America on their own people to blame it on Trump and his supporters.

58.     Following the text, Petersen posted more pictures taken from Joel
Vangheluwe's social media accounts as well as the Dodge Challenger's registration
information. That information included Jerome Vangheluwe's full name, age,
location, the names of his relatives, and the last four digits of his phone number. The
pictures also incorporated the caption: "This is Jerome Vangheluwe. He is the owner

---

[6] Exhibit C (Puppet String News Articles)

23

Case 2:19-bk-14989-BR Doc 66-2 Filed 12/11/22 Entered 12/11/22 16:42:55 Desc
Case 2:19-bk-14989-BR Claim 3 Part 2 Filed 02/10/19 Desc Exhibit Page 24 of 37
2nd Amended Complaint Page 27 of 114 Page 24 of 103

of the 2010 Dodge Challenger which crashed into 20 people at an Antifa rally in

Virginia. He has lived in Michigan, Ohio, and now possibly lives in Detroit. He most

likely bought this car for his son, Joel Vengheluwe [sic]."

59.     Defendant Petersen posted another article the day after the first post,

with the headline: "Truth! Charlottesville car ramming investigation not limited to

the driver." The text of the article read:

> Well it looks like the so called driver that killed one person and injured
> around 20 in Charlottesville, VA may not just be the only person
> involved in the violent attack. Remember that James Alex Fields Jr.'s
> name doesn't even come up on the registration of the vehicle, as the
> vehicle registration is registered in Michigan even though it has Ohio
> plates to Jerome Vangheluwe the father of a Antifa member and anti
> Trumper Joel Vangheluwe.
>
> Now if you look at Joel's Facebook page, you will see a photo that
> claims the car as his, so since the investigation now involves more than
> just the person behind the wheel… It's likely Joel or Jerome
> Vangheluwe the owners of the car possibly brainwashed James Alex
> Fields to do the attack. See folks eventually you can connect the dots,
> and this was likely an ordered hit by the Vangheluwe family in
> Michigan who could of possibly brainwashed James Alex Fields into
> this attack as the DOJ is reporting that the driver may not be the only
> person involved in this horrible incident.

60.     Studio News Network, a political blog operated by Defendant Jonathan

Spiel, posted a video on the blog's YouTube page with the headline: "Left-winger

mowed down antifa protestors in Charlottesville, not a right-winter Evidence

indicates".[7] The thumbnail of the video is a picture of Joel Vangheluwe.

---

[7] Exhibit D (Studio News Network Video)

61.     Additionally, Studio News Network posted a "news" article on the Studio News Network website, studionewsnetwork.com. The article stated: "License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan. A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel."[8] The article also incorporated screenshots of Joel Vangheluwe's LinkedIn and Facebook pages, which included such personal information as his picture, his current location, and where and when he attended high school.

62.     Defendant Shirley Husar posted the article from "Puppet String News" to her Facebook page, along with the original text:

> The world is going mad. Evidence indicates a left-winger mowed down antifa counter-protestors in #Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal.License [sic] plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan. A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel […][9]

63.     Pictures with the Vangheluwes' personal information were incorporated into Defendant Husar's Facebook post, including Joel Vangheluwe's social media accounts, location information and addresses, registration information, and information about where Joel attended high school.

---

[8] Exhibit E (Studio News Network Article)
[9] Exhibit F (Shirley Husar's Facebook post)

64.     Defendant Eduardo Doitteau posted from his handle on Twitter: "REPORT: Antifa member Joel Vangheluwe from Romeo, Michigan, was the driver that mowed down his other Antifas protesting. #Charlottesville."[10]  Attached to the post was a collage of pictures from Joel Vangheluwe's social media accounts along with registration information for the Dodge Challenger indicating the vehicle belonged to Joel's father, Jerome. The collage also included Joel's email address, current location, and a picture of Joel from his LinkedIn page.

65.     Defendant Lita Coulthart-Villanueva posted from her handle on Twitter: "Killer confirmed. Jerome Vangheluwe […]"[11] Attached to the post was a link to a huffingtonpost.com article about the attack in Charlottesville and an image of the Dodge Challenger driving into protesters.

66.     Defendant Kenneth Strawn posted from his handle on Twitter: "Yes, it's #OhioGVF1111 and the driver's name is Joel VanGheluwe [sic]. His Facebook is loaded with anti-Trump, pro-globalist rhetoric."[12]

67.     Defendant James Christopher Hastey posted from his Twitter account: "#Charlottesville driver turns out to be anti-Trump Antifa Joel Vangheluwe – when are we going to declare #antifa a terrorist organization?"[13]

---

[10] Exhibit G (Eduardo Doitteau Twitter post)
[11] Exhibit H (Lita Coulthart-Villanueva Twitter post)
[12] Exhibit I (Kenneth Strawn Twitter post)
[13] Exhibit J (James Christopher Hastey Twitter post)

68.     Defendant Connie Comeaux posted from her Twitter handle: "This is the Nazi Coward who deliberately drove his car into people: Jerome Vangheluwe […]"[14] Defendant Comeaux then listed Jerome Vangheluwe's residential address.

69.     The Dodge Challenger that struck the crowd of counter-protesters at the rally was not titled to any member of the Vangheluwe family at the time of the incident. The car passed through several owners between the time Mr. Vangheluwe sold the vehicle, which was several years ago, and the day of the rally.

70.     After the defamatory information was posted on the internet by GotNews and the other Defendants, the Vangheluwes began receiving countless anonymous threats. Michigan State police were notified and the family was warned to leave their home. The threats caused the Vangheluwes to fear for their safety and well-being. Clients of Jerome Vangheluwe's business also became fearful after the online threats.

71.     On November 6, 2017, counsel for Plaintiffs sent retraction letters to each of the above-named Defendants. The retraction letter demanded a full and unqualified retraction pursuant to Mich. Comp. Laws Ann. § 600.2911(b), and allowed Defendants a reasonable amount of time to do so.

---

[14] Exhibit K (Connie Comeaux Twitter post)

27

72.     Jerome and Joel Vangheluwe experienced serious and severe emotional and physical distress as a result of the Defendants' defamatory statements and suffered harm to their reputations, lost earnings, and other pecuniary loss.

## FIRST CAUSE OF ACTION
### Negligence as to Defendant Strawn Only

73. Defendant Strawn, through his careless dissemination of false and inflammatory statements, negligently harmed Joel Vangheluwe.

74. Defendant Strawn owed a duty of care to Joel Vangheluwe, as an ordinary and prudent person, not to subject him to unnecessary risk of harm. By disseminating the false information accusing Joel Vangheluwe of terrorism, he breached the duty of care by subjecting Joel Vangheluwe to an unnecessary risk of harm and exposing him to threats on his life.

75. By negligently publishing the false information, Defendant Strawn proximately caused Joel Vangheluwe to be subjected to threats on his life and injury to his reputation.

76.     Defendant Strawn negligently disseminated the false statement and made the substantial danger to Joel Vangheluwe's reputation apparent.

77. A careful investigation prior to publication would have clearly demonstrated the falsity of the statement.

28

## SECOND CAUSE OF ACTION

## Defamation / Defamation Per Se

## (Against Remaining Defendants)[15]

78.     Plaintiffs repeat and re-allege all of the allegations stated herein, and reincorporate them by reference as though fully set forth herein.

79.     Plaintiffs are not public officials or public figures.

80.     Plaintiffs are private individuals.

81.     The Remaining Defendants intentionally caused the publication of false and unprivileged oral and written statements that had a tendency to damage the Plaintiffs' reputation and character.

82.     Remaining Defendants' website posts, tweets and other social media were read by tens of thousands of individuals on the Internet, and constitute publication under the law.

83.     Remaining Defendants' statements are false and have a natural tendency to injure the reputations and financial interests of Plaintiffs. Specifically, Remaining Defendants' accusations that the Vangheluwes were involved in the commission of a terror attack on American soil were false and defamatory.

84.     To state that someone is a terrorist subjects them to scorn and outrage by the community.

85.     Remaining Defendants knew or had reason to know that these

---

[15] The term "Remaining Defendants" is defined as all defendants except Defendant Strawn.

29

statements were false when they made them, but they made them anyway.

86.     The false statements accusing Plaintiffs of a crime are per se defamatory.

87.     The Remaining Defendants made the false statements with malice to further their own political agendas.

88.     As a direct and proximate result of the Remaining Defendants' conduct alleged herein, the Vangheluwes have suffered general and special damages including, without limitation, harm to their reputations, emotional distress, lost earnings, and other pecuniary loss, all of which are in excess of $75,000.

## THIRD CAUSE OF ACTION
## Intentional Infliction of Emotional Distress
### (Against all Remaining Defendants)

89.     Plaintiffs incorporate into Count Three the allegations in the foregoing paragraphs.

90.     The Remaining Defendants' conduct was designed to inflict maximum emotional distress on Plaintiffs Jeremy and Joel Vangheluwe.

91.     The Remaining Defendants knew that serious and severe emotional distress to the Vangheluwes was certain or substantially certain to result from their conduct.

92.     The Remaining Defendants could reasonably foresee the consequences of their conduct and actually intended such consequences to occur.

93.     The Remaining Defendants' conduct was extreme and outrageous and went beyond all possible bounds of decency.

94.     The Remaining Defendants' conduct was not for any proper purpose, nor was it within the scope of the Remaining Defendants' authority.

95.     The Vangheluwes have experienced serious and severe emotional distress as a direct and proximate result of the Remaining Defendants' conduct.

96.     As a direct and proximate result of the Remaining Defendants' conduct, Plaintiffs have suffered humiliation, mortification, embarrassment, sleeplessness and anxiety, and other damages that may arise during the course of discovery.

97.     Defendants are liable to the Vangheluwes for the emotional distress they caused in an amount greater than $75,000 to be determined at trial.

## FOURTH CAUSE OF ACTION
## Invasion of Privacy: False Light
## (Against all Remaining Defendants)

98.     Plaintiffs incorporate into Count Four all allegations in the foregoing paragraphs.

99.     The Remaining Defendants caused there to be publicity concerning the Plaintiffs.

100.    The publicity placed the Plaintiffs in a false light in the public eye. Specifically, the Remaining Defendants made statements that put the Plaintiffs in a false light.

101.   Plaintiffs had a right to keep intimate details and matters private.

102.   The Remaining Defendants communicated information about Plaintiffs publicly.

103.   The Remaining Defendants' statements were false and highly offensive, and would be highly offensive to a reasonable person.

104.   The Remaining Defendants' conduct as outlined above was reckless and of such character as to be intolerable in civilized society.

105.   The Remaining Defendants' conduct was not for any proper purpose, nor was it within the scope of the Remaining Defendants' authority, or otherwise immune or privileged.

106.   As a direct and proximate result of the Remaining Defendants' conduct, Plaintiffs have suffered humiliation, mortification, embarrassment, sleeplessness and anxiety, and other damages that may arise during the course of discovery.

107.   The Remaining Defendants' conduct deliberately and intentionally injured the Plaintiffs; the acts were willful and malicious.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiffs Joel and Jerome Vangheluwe pray for judgment against Defendants, severally and individually, awarding:

A.      Compensatory damages, including but not limited to, lost wages and benefits, loss of peace of mind and enjoyment of life, damages to health and reputation, emotional distress, and other specific and general damages in an amount proven at trial;

32

B.     Exemplary and punitive damages in an amount to be proven at trial;

C.     Attorney's fees and costs;

D.     Prejudgment and post judgment interest;

E.     Civil penalties and fines as determined by statute;

F.     Any other relief to which Plaintiffs may be entitled upon proof at trial that the Court deems just and proper.

Respectfully submitted,

SOMMERMAN, McCAFFITY
QUESADA, & GEISLER, L.L.P.


 /s/  *Andrew B. Sommerman*
Andrew B. Sommerman
ATTORNEYS FOR PLAINTIFFS
Texas State Bar No. 18842150
3811 Turtle Creek Boulevard,
Suite 1400
Dallas, Texas  75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
andrew@textrial.com

**AND**

KIRK, HUTH, LANGE
& BADALAMENTI, PLC

Raechel M. Badalamenti (P64361)
CO-COUNSEL FOR PLAINTIFFS
19500 Hall Road, Suite 100
Clinton Township, MI  48038
(586) 412-4900    Fax:  (586) 412-4949

Dated:  May 24, 2019                    rbadalamenti@khlblaw.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Joel Vangheluwe and Jerome
Vangheluwe,

   *Plaintiffs*,

  v.

GotNews, LLC, Freedom Daily,
LLC, Charles C. Johnson, Jeffrey
Rainforth, David Petersen, Jonathan
Spiel, Shirley Husar, Eduardo
Doitteau, Lita Coulthart-Villanueva,
Kenneth Strawn, James Christopher
Hastey, Connie Comeaux,

   *Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson

Mag. Elizabeth A. Stafford

**DEMAND FOR JURY TRIAL**

## <u>JURY DEMAND</u>

Plaintiffs hereby demand a trial by jury on all issues triable by a jury.

Respectfully submitted,

SOMMERMAN, McCAFFITY
QUESADA, & GEISLER, L.L.P.

 /s/  *Andrew B. Sommerman*
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Boulevard,
Suite 1400
Dallas, Texas  75219
andrew@textrial.com

**AND**
KIRK, HUTH, LANGE
& BADALAMENTI, PLC

Raechel M. Badalamenti (P64361)
CO-COUNSEL FOR PLAINTIFFS
19500 Hall Road, Suite 100
Clinton Township, MI  48038
(586) 412-4900    Fax:  (586) 412-4949
rbadalamenti@khlblaw.com

Dated:  May 24, 2019

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that on March 24, 2019, the foregoing Request was served via ECF on counsel of record for defendants who have appeared in this case, as well as to the following ProSe Defendants via First Class Mail:

Lita Coulthart-Villanueva
████ Jeffries St.
Anderson, CA ████

Jeffrey Rainforth
████ H St., Apt. █
Sacramento, CA ████

<div align="right">

<u>/s/  *Andrew B. Sommerman*  </u>

</div>

# Exhibit A

8/22/2017                    BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - GotNews

archive.is          Saved from  http://gotnews.com/breaking-charlottesville-car-terrorist-is-anti-trump-open-borders-d    search       12 Aug 2017 22:53:39 UTC
webpage capture
                    All snapshots from host gotnews.com           history

Webpage   Screenshot                                             share    download .zip   report error or abuse

≡   🔍

# BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie

AUG 12, 2017 by gotnews  ✍

Facebook        Twitter       E-mail        SMS



SOURCE: INSTAGRAM SCREENSHOT.

## Evidence indicates a left-winger mowed down antifa counter-protestors in Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal.

License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vanghelwe of Michigan.

A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel.





**bitcoin**
ACCEPTED HERE

The lion's share of the funds required to run this website comes from donations. Please support independent journalism. If you'd like to hire our research team, email us at

TIPS@GOTNEWS.COM  .

Tweets by BasedOps

8/22/2017          BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - GotNews




### Joel Vangheluwe

**Student at Romeo High School**

Romeo, Michigan • 10 

**Connect**

I am a sophmore in highschool, I aspire to attend Michigan State University when I graduate in 20…

### Education



**Romeo High School**
2011 - 2015

**See more**







|  | | | | |
|---|---|---|---|---|
| Home | My Network | Messaging | Notifications | Jobs |

SOURCE: LINKEDIN SCREENSHOT.

"Don't crash it on the first day!" a comment jokes. Not so funny now.



SOURCE: FACEBOOK SCREENSHOT.

Joel likes taking drugs and getting stoned, a look at his social media shows.
What he under the influence when he crashed into the crowd at
Charlottesville?



●●○○○ AT&T LTE 4:15 PM 17%

**Photo**

**joelvanart**
Detroit, Michigan ›

**23 likes**

**joelvanart** #daywriting #poetry #detroit #deadbeat #poet #art #distortion #abstract #grunge #spilledink #gonzo #stoned #soul #funk #vibrations #heart #head #dreams #neon #express #feel #writing

View 1 comment

SOURCE: INSTAGRAM SCREENSHOT.

●●○○ AT&T LTE     4:16 PM     ⌁ 18% ▭ ⚡

**‹**      **Photo**      ↻

**joelvanart**    •••

LOVE ME TO THE SKY
HATE ME TO THE GROUND
WHEN THINKING BLACK & WHITE
BALANCE IS HARDLY FOUND

🌙 ☀ ☯

♡   💬   ✈        🔖

**40 likes**

**joelvanart** #poetry #deadbeat #poet #detroit #emotions
#balance #yinyang #stoned #steez #high #psychedelic
#love #hate #spilledink #grunge #punk #psychedelic
#moon #sun #day #night #sky #soul #distortion

View 1 comment

FEBRUARY 4, 2016

🏠    🔍    ⊕    ♡    👤

GIZMOHUB now

Gizmo battery is low. Connect the Gizmo to a charger.

2 | 2 Comments

Like Comment Share

**Joel VanGheluwe**
January 18 at 5:22pm ·

im a negative creep negative creep and I'm stoned

4

Like Comment Share

**Joel VanGheluwe** updated his profile picture.
January 13 at 4:05am ·

SOURCE: FACEBOOK SCREENSHOT.

He also hates President Donald Trump: "If only Trump were aborted," he writes.

●●○○○ Verizon 1:26 PM 21%

facebook.com

to kill the all seeing eye

6 4 Comments

Like Comment Share

**Joel VanGheluwe**
January 24 at 3:23pm ·

if only trump was aborted

12 2 Comments

Like Comment Share

**Joel VanGheluwe**
January 20 at 5:02pm ·

it's like were watching the world turn into hell

6 1 Comment

Like Comment Share

**Joel VanGheluwe**
January 11 at 2:24am ·

SOURCE: FACEBOOK SCREENSHOT.

8/22/2017                    BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - GotNews



●●○○○ Verizon 🛜          **1:33 PM**          ⏱ ⚡ 18% ▭
🔒 facebook.com

See Your Memories

⬆⬇ 15                                    3 Comments

👍 **Like**        💬 **Comment**        ➤ **Share**

 **Joel VanGheluwe**
October 8, 2016 at 9:29pm

anytime I see a trump sticker I'm putting an alien over it,

Art >>>> trump/this election

neither of these candidates out here need anymore support, I think they've already had more than enough.... end this game because we the people and we're better than who is paying to represent us 😆😈



SOURCE: FACEBOOK SCREENSHOT.

8/22/2017                    BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - GotNews



SOURCE: INSTAGRAM SCREENSHOT.

"Nationalism is brainwash, we'll always be separated until we come together, shit man the world and its people are beautiful. Not just American, pro world," he wrote on July 4, 2015 on Facebook.

8/22/2017                    BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - GotNews



SOURCE: FACEBOOK SCREENSHOT.

Stay tuned for more.

Our researchers shut down Facebook's biased left-wing trending news team.
They discovered never before seen footage of a young Barack Obama
whining about white privilege in Kenya. They debunked and destroyed
Hillary Clinton's narco baby mama Alicia Machado, who quit giving
interviews because of us. If you'd like to hire our research team, email us
at editor@gotnews.com.

Like our scoops? You won't hear this stuff from the lying mainstream
media. Keep the GotNews mission alive: Send tips
to editor@gotnews.com or donate at GotNews.com/donate.

Facebook        Twitter   11    E-mail       SMS    Total: 11

FILED UNDER: NEWS, RACE



**About GotNews**
Our researchers found Senator John McCain's Vietnam propaganda tapes
after 50 years of silence. They identified the Milwaukee
#BlackLivesMatter criminal/martyr hours before any major media outlet.
They shut down Facebook's biased left-wing trending news team. Help us keep up the
good work: donate at GotNews.com/donate. If you'd like to hire our research team,
email us at editor@gotnews.com. Like our scoops? You won't hear this stuff from the
lying mainstream media. Keep the GotNews mission alive: Send tips to
editor@gotnews.com or donate at GotNews.com/donate.

RESOURCES        SECTIONS        TOPICS        DONATE

| About GotNews | News | Donald Trump | Please support independent journalism. |
| Videos | Opinion | Censorship | |
| Research Tips | Culture | Democratic Party | |
| Contact | | ISIS | |
| | | wikileaks | |

GotNews Netwo
113,805    qua
Monthly People   Avg

Global Daily People (2 mont

May 13, 2017       Aug

©2017 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck

# Exhibit B

Please disable your Ad Blocker to better interact with this website.     WHY?

# BREAKING: Driver Who Plowed Into Charlottesville Crowd Identified — Media Tries To Hide Who It Is

By AJ Walsman



**13.1K** SHARES          f Share          🐦 Tweet

**Important 2nd update is at the bottom of the story.**

**Update:** 3 people have died in the violence.

And we now have confirmation!

It's now being reported that one person is, in fact, dead after 'Unite the Right' rally in Virginia

At least one person was killed and 19 others were injured Saturday when a car rammed into a group of counter-protesters during the "Unite the Right" rally in Charlottesville Virginia.

Although it was originally reported that the driver of the car was a far right sympathizer it's now been confirmed that it was indeed a Democrat Party member and Antifa terrorist drove his car into free speech advocates in Charlottesville Virginia this morning.



Ian Miles Cheong   @stillgray          12 Aug
What if I told you that /pol/ has mobilized to find out who the driver of the #Charlottesville car is, and it isn't who you think it is?

Ian Miles Cheong          Follow
@stillgray

I've been reviewing the evidence, the Ohio license plate, etc. The owner of the car is anti-Trump and made posts supporting communism.
3:49 PM - Aug 12, 2017

345        2,043        3,489

Please disable your **Ad Blocker** to better interact with this website.   WHY?

‹    🔍 Joel Vangheluwe



3rd

# Joel Vangheluwe

### Student at Romeo High School
Romeo, Michigan • 10 &#128101;

**Connect**

I am a sophmore in highschool, I aspire to attend
Michigan State University when I graduate in 20...

## Education

 **Romeo High School**
2011 - 2015

### See more

 🏠 Home    👥 My Network     Messaging    🔔 Notifications     Jobs

Please disable your **Ad Blocker** to better interact with this website.       WHY?



**Joel VanGheluwe**
My car when I turn 16

Joel VanGheluwe's Photos in Mobile Uploads · Oct 16, 2011

View Full Size · More Options

↪ Share

○ 7

1 Share

**Jill Orlando**
SPOILED
♡ 2More · Oct 16, 2011

**Joel VanGheluwe**
ikr lol hahah
More · Oct 16, 2011

**Jerry Frogge**
dont crash it on the first day now. lol
More · Oct 16, 2011

8/14/2017          BREAKING: Driver Who Plowed Into Charlottesville Crowd Identified - Media Tries To Hide Who It Is • Freedom Daily

Please disable your Ad Blocker to better interact with this website.          WHY?



🔒 facebook.com          ↻

## to kill the all seeing eye

👍 6                                    4 Comments

👍 **Like**     💬 **Comment**     ➤ **Share**

 **Joel VanGheluwe**
January 24 at 3:23pm ·

# if only trump was aborted

👍😆 12                              2 Comments

👍 **Like**     💬 **Comment**     ➤ **Share**

 **Joel VanGheluwe**
January 20 at 5:02pm ·

# it's like were watching the world turn into hell

👍 6                                    1 Comment

👍 **Like**     💬 **Comment**     ➤ **Share**

 **Joel VanGheluwe**
January 11 at 2:24am ·

‹     ›              

It is common for revolutionary groups such as Antifa to use methods like this to implicate their enemies in order to evoke violence and start a
civil war, which is what they have been working towards since Donald Trump won the presidency in November of 2016.

Please disable your Ad Blocker to better interact with this website.          why?



 **Kevin W.**
@kwilli1046                              [ Follow ]

A car just rammed through crowd of protesters in #Charlottesville
with Radical Islam Tactic! pic.twitter.com/pzAQFnBlpt via
.@qith8n

2:09 PM - Aug 12, 2017

42          210          150



 **Brennan Gilmore**
@brennanmgilmore                        [ Follow ]

Video of car hitting anti-racist protestors. Let there be no confusion:
this was deliberate terrorism. My prayers with victims. Stay home.

1:13 PM - Aug 12, 2017

4,016          90,890          101,654

 **Kevin W.** @kwilli1046                          12 Aug
A car just rammed through crowd of protesters in #Charlottesville with
Radical Islam Tactic! pic.twitter.com/pzAQFnBlpt via
.@qith8n

 **Democrats Are ISIS**
@iResistAll                             [ Follow ]

A Democrat Antifa terrorist drove his car into free speech
advocates. pic.twitter.com/O2ORHSKcDF#Charlottesville
#UniteTheRight #MAGA

2:22 PM - Aug 12, 2017

8/14/2017          BREAKING: Driver Who Plowed Into Charlottesville Crowd Identified - Media Tries To Hide Who It Is ∗ Freedom Daily

Please disable your Ad Blocker to better interact with this website.          WHY?



13    50    36

  **Democrats Are ISIS**                    [ Follow ]
@iResistAll

Driver who killed one in #Charlottesville is a Democrat Antifa
terrorist, not right wing like @CNN fake news is saying. #MAGA
twitter.com/stillgray/stat...
3:53 PM - Aug 12, 2017

20      154      134

Although President Trump, Vice President Mike Pence, and First Lady Melania have already clearly condemned the violence and the left will find
a way to blame him. Blame him for the actions of a group who's only objective is to assassinate him, and most of us, his supporters.

  **Melania Trump**                        [ Follow ]
@FLOTUS

Our country encourages freedom of speech, but let's communicate
w/o hate in our hearts. No good comes from violence.
#Charlottesville
11:36 AM - Aug 12, 2017

20,490    36,155    126,477

**Vice President Pence**                        [ Follow ]
@VP

I stand with @POTUS against hate & violence. U.S is greatest
when we join together & oppose those seeking to divide us.
#Charlottesville twitter.com/realdonaldtrum...
12:34 PM - Aug 12, 2017

4,462    8,143    23,476

This whole episode is such a mess that even the hockey team the Detroit Redwings are involved over the use of their logo.

The Detroit Red Wings vehemently disagree
with and are not associated in any way with the
event taking place today in Charlottesville, Va.
The Red Wings believe that Hockey is for
Everyone and we celebrate the great diversity
of our fan base and our nation. We are
exploring every possible legal action as it
pertains to the misuse of our logo in this
disturbing demonstration.

  **Detroit Red Wings**                        [ Follow ]
@DetroitRedWings

10:48 AM - Aug 12, 2017
740    18,392    44,679

Please disable your Ad Blocker to better interact with this website.        WHY?

On the signs, the team's winged wheel logo spokes were altered to look more like swastikas than the official straight-line-spoke version but the similarities and where it was used sparked outrage both in the National Hockey League and among social media users.

"The Detroit Red Wings vehemently disagree with and are not associated in any way with the event taking place today in Charlottesville, Va.," the team said in a statement Saturday. "The Red Wings believe that hockey is for everyone, and we celebrate the great diversity of our fan base and our nation. We are exploring every possible legal action as it pertains to the misuse of our logo in this disturbing demonstration."

The NHL also condemned the use of the logo: "We are obviously outraged by the irresponsible and improper use of our intellectual property. … We will take immediate and all necessary steps to ensure the use is discontinued as promptly as possible, and will vigorously pursue other remedies, as appropriate."

The sign holders were among thousands at the volatile Unite the Right rally in Charlottesville to protest the removal of a monument to Confederate Gen. Robert E. Lee. One person was killed and at least 19 injured after a car drove into a crowd of protesters, hours after a state of emergency was declared due to the event.

It was unclear who or what group was carrying the modified Red Wings logos but the hockey fan site Russian Machine Never Breaks attributed the logo use to "a Michigan-based group of Identitarians," known as the Detroit Right Wings.

The Free Press could not confirm Saturday if the Detroit Right Wings were actually the group in attendance in Charlottesville. Requests for comment on the Twitter page carrying the Detroit Right Wings name and the same modified Red Wings logo were not replied to Saturday afternoon. A Facebook page carrying the group's name but not the logo was not official, according to someone who replied via text to the Free Press' request for comment at that site.

A YouTube video posted by "Detroit Right Wings" on Aug. 5, which used the modified Red Wings logo as its avatar and was taken down around 3 p.m. Saturday, described the group as a "participant in regular activism related to the cause of preserving our people." The video post, which had 245 views as of Saturday afternoon, included a link to a go fund me page to raise money for the group's trip to the Unite the Right rally in Charlottesville. As of early Saturday, the group had raised $328.

Dozens of Red Wings fans and others took to social media to react to the controversy Saturday.

In response to the team disavowing the use of the logo, @JWCDreamshaper wrote: "Alt-Right idiots from Michigan calling themselves the Detroit Right Wings. Basically morons who couldn't think up their own logo."

Aside from references to the Detroit Right Wings that appeared Saturday on social media, the group leaves no known paperwork trail in metro Detroit: Its name appears nowhere in federal court records or in those in Wayne, Oakland and Macomb counties. There is no registered corporation in Michigan under that name, either, and a search on the Michigan Department of Licensing and Regulatory Affairs website lists no conflicts with the name, meaning it's available for incorporation now if someone were to seek it.

The group is not listed by the Southern Poverty Law Center or the Anti-Defamation League of B'nai B'rith, both of which track hate groups across the nation.

As of Saturday afternoon, Detroit Right Wings had 25 tweets on its Twitter account, with 69 followers, 28 likes and 41 accounts it followed. The Twitter account also used the modified Red Wings logo.

I knew something like this would happen sooner or later. A people will only put up with so much bullying from a group who wants to change everything they hold dear in this nation. The left has even taken to the task of going about erasing our history, just like Isis did in the Middle East. You couple all this with the fanning of racism flames by a charlatan turned President such as Barack Hussein Obama, and people will react.

But take hold, because the violent ones aren't those of us on the right. Anyone of us who attended the San Jose Trump Rally in the Summer of 2016 can attest to that.

**UPDATE**: It appears the researchers at /pol/ were wrong. Joel Vangheluwe was not, in fact, the driver. James Alex Fields Jr., a 20-year-old from Maumee, Ohio is under arrest for driving the car into the crowd of Antifa members, a reporter from The Hill has confirmed.

Taylor Lorenz was live-streaming the event for the Hill when she was attacked by Antifa. She was punched and knocked to the ground. She is at the Charlottesville Police Department providing witness testimony. Lorenz said that several officers don't believe Fields drove into the Antifa



from them.



**Taylor Lorenz** ✔
@TaylorLorenz

Follow ∨

## Anyway several police officers at the station here think the guy running people down wasn't malicious. They said the driver was scared

11:53 AM - 12 Aug 2017

**1,293** Retweets **1,504** Likes 

**Taylor Lorenz** ✔
@TaylorLorenz

Follow ∨

## His car was being swarmed by protesters and some of them were getting violent (like the guy who punched me/threw me down)

11:54 AM - 12 Aug 2017

**454** Retweets **714** Likes

♡ 113    ⟲ 454    ♡ 714    ✉



*James Alex Fields Jr*

In the end, leftist Antifa terrorists are to blame for this tragedy because they attacked innocent civilians driving by, and even members of the media.

**Please share if you are sick of what 8 years of Obama did to our nation....**

Jeff Rainforth contributed to this story.

**FOLLOW us on Facebook at Freedom Daily!**

8/14/2017          BREAKING: Driver Who Plowed Into Charlottesville Crowd Identified - Media Tries To Hide Who It Is ★ Freedom Daily

Please disable your Ad Blocker to better interact with this website.        WHY?



Al Waisman

Al ran for the California State Assembly in his home district in 2010 and garnered more votes than any other Republican since 1984. He's worked on multiple political campaigns and was communications director for the Ron Nehring for California Lt. Governor campaign during the primaries in 2014. He has also held multiple positions within his local Republican Central Committee including Secretary, and Vice President of his local California Republican Assembly chapter. While also being an ongoing delegate to the California Republican Party for almost a decade.

f

**13.1K**
SHARES

f  Share                          🐦 Tweet                          ✚

## Join the conversation!

We have no tolerance for comments containing violence, racism, vulgarity, profanity, all caps, or discourteous behavior. Thank you for partnering with us to maintain a courteous and useful public environment where we can engage in reasonable discourse.

Please disable your Ad Blocker to better interact with this website.     why?

Please disable your Ad Blocker to better interact with this website.          why

Please disable your Ad Blocker to better interact with this website.



This 'Extra' Could Kill You



Obama's Bunker Found Down The Street From Where The Trumps Are – Here's What Was Found Inside



BREAKING: 50 People Shot 9 Are Now Dead – President Trump Just Addressed The Nation



BREAKING: Driver Who Plowed Into Charlottesville Crowd Identified – Media Tries To Hide Who It Is



Major Celebration Across U.S. Could Soon Be BANNED Because Muslims Are Demanding It Goes Away



1 Week Into White House Renovations The Work Takes A HUGE Turn After Contractors Find What Obama Left Behind



Michelle's Sick Party Shut Down After Who Suddenly Showed Up And RUINED Her Entire Weekend



Melania Just Stepped Out On Vacay And Got HORRIFICALLY Attacked For What Was Spotted On Her



BREAKING: Martial Law Coming To Charlottesville After Chopper Crashed & Kills – Here's Who Was On It



Hillary In Hiding As Attempt To Kill Trump Surfaced Overnight And Was Made To Look Accidental

Please disable your Ad Blocker to better interact with this website.          why?



**What Pissed Off Citizen Did**



**Coffee Shop Just Royally Enraged Every Racist Patron In Town With New Sign In Their Front Window**



**Feds Warn Of 'Black Sky Event' Across U.S. Happening Any Day As Conflict With N.Korea Intensifies**



**24Hrs After McCain Sabotages Trump's NK Plans, Another Forgotten Skeleton From His Past Comes Back**



**Obama's Nasty Little Secret Just Leaked – He's Been Covering This Up For Years**



**Terrorist-Tied Dem Running For Virginia Governor Has Disturbing Plan For His State If He Wins**



**Germans Had Enough Of Muslim Migrants – 2 Bombs Just Obliterated Mosque**

# EXHIBIT C

8/14/2017                  Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter - Puppet String news

(http://www.facebook.com/News/puppet)ngnews/)



Puppet String News

# Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter (http://www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter)

8/12/2017

11 Comments (http://www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter#comments)



Evidence indicates a left–winger mowed down antifa counter-protestors in Charlottesville, not a right–winger or white nationalist, GotNews can exclusively reveal.License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan. A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel.

Well it looks like we now know more information about the car attack today at a Unite The Right rally in Charlottesville Virginia, and it looks like friendly fire as the driver/owner of the Dodge Challenger is now a known antifa/anti Trump supporter. Guess you can say the Left tried to basically use an anti Trump/Antifa terrorist to make it look like a Trump supporter did it, but all of those claiming this as a terrorist attack from a Trump supporter...Well there is this thing called the internet.

So once again Left Wing terrorism has been exposed in America, where the driver of this Dodge Challenger that ran over nearly 19 people killing one is an anti Trumper and Antifa supporter of member. So now basically lefties in America are committing terrorist attacks in America on their own people to blame it on Trump and his supporters.







Joel VanGheluwe
July 4, 2015

nationalism is brainwash, we'll always be separated until we come together. shit man the world and its people are beautiful. Not just America, pro world

Share

4

Kevin Van Dc America's birthday... you should be ashamed
1 · July 5, 2015 at 10:35am

Joel VanGheluwe never more relevant
July 5, 2015 at 11:33am

Joe Weeks Illegal*
July 5, 2015 at 12:22pm

Joel VanGheluwe Damn I wish I would've made the poster
1 · July 5, 2015 at 12:36pm

Trevor Charles Black But wouldn't you like to see more Americans with jobs. Less Americans depending on our government. And the government get out of debt? We would get out of debt at one point IF we stopped paying people to sit on there ass and to actually work.
July 8, 2015 at 1:42pm

●●●●● Verizon LTE 1:10 PM 91%

Photo

joelvanart
Detroit >

8/14/2017          Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter - Puppet String news



8/14/2017                    Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter - Puppet String news



11 Comments (http://www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter#comments)

**Suzy Parker**                                                          8/12/2017 04:32:38 pm

Glad you reposted this. Site says, taken down. I appreciate your info. Thank you.

REPLY

**Tina (http://Facebook)**                                              8/12/2017 04:34:29 pm

Yes, it seems like a set up to me!

8/14/2017                    Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter - Puppet String news

| REPLY |

**rachel**                                                                                      8/12/2017 06:38:02 pm

Today is soros birthday

| REPLY |

**John Benjamin Tatum**                                                                         8/12/2017 06:52:52 pm

https://everipedia.org/wiki/james-alex-fields-jr/

| REPLY |

**Get It Right**                                                                                8/12/2017 07:10:51 pm

Yea too bad he sold the car. Get your info right before blaming the Left for Nazi idiocy.

| REPLY |

**Debbie Gahlmer**                                                                          8/12/2017 08:56:22 pm

If he sold the car, it wouldn't have popped up with his dad's name!!
So, nice try, but next time go with actual facts!!
I know, because I worked as a court clerk that ran plates and names from the state database, which plugs into the national database!!

| REPLY |

**Stin**                                                                                8/12/2017 09:04:21 pm

Debbie, get YOUR facts straight, you dunce.

**TM**                                                                                          8/12/2017 09:33:46 pm

This has been disproven, continuing to report this is the basis of "Fake News" / Alternative Facts.

https://everipedia.org/wiki/james-alex-fields-jr/

US Navy Veteran

| REPLY |

**aaASD**                                                                                 8/12/2017 09:53:10 pm

a 20 years old VETERAN?

| REPLY |

**fking srsly**                                                                                 8/12/2017 11:01:14 pm

http://www.cnn.com/2017/08/12/us/charlottesville-car-crash-suspect-idd/index.html
can this prove how paranoid you guys are yet?

| REPLY |

**Bahahaha CNN?!**                                                                         8/13/2017 07:03:29 am

REALLY?! THE KING OF ALL FAKE NEWS IS YOUR SOURCE BAHAHAHA

| REPLY |

# Leave a Reply.

**Name (required)**

**Email (not published)**

**Website**

**Comments (required)**

Notify me of new comments to this post by email        SUBMIT

# Author

*Anti msm news, Created by a US NAVY vet. "Seek the truth" Check me out on Facebook and Twitter at top of page, also check me out on gab.ai @PuppetStringNews*

# "Seek The Truth!"

10/11/2017      Truth! Charlottesville car ramming investigation not limited to the driver - Puppet String news



(https://www.facebook.com/puppetstringnews/)

# Truth! Charlottesville car ramming investigation not limited to the driver (//www.puppetstringnews.com/blog/truth-charlottesville-car-ramming-investigation-not-limited-to-the-driver)

8/13/2017

0 Comments (//www.puppetstringnews.com/blog/truth-charlottesville-car-ramming-investigation-not-limited-to-the-driver#comments)



       The feds are looking into whether James Alex Fields Jr., the suspect accused of ramming his car into a group of counter-protesters at a white nationalist rally in Charlottesville, Va., had help planning the alleged attack, a senior Justice Department official familar with the investigation told Fox News on Sunday.

       The DOJ has opened a federal civil rights hate crime investigation into Saturday's crash, which killed one person and injured 19 others. "The investigation is not limited to the driver. We will investigate whether others may have been involved in planning the attack," the official said, adding that domestic terrorism charges are possible as well.

       Well it looks like the so called driver that killed one person and injured around 20 in Charlottesville, VA may not just be the only person involved in the violent attack. Remember that James Alex Fields Jr.'s name doesn't even come up on the regsistration of the vehicle, as the vehicle registration is registered in Michigan even though it has Ohio plates to Jerome Vangheluwe the father of a Antifa member and anti Trumper Joel Vangheluwe.

       Now if you look at Joel's Facebook page, you will see a photo that claims the car as his, so since the investigation now involves more than just the person behind the wheel...It's likely Joel or Jerome Vangheluwe the owners of the car possibly brainwashed James Alex Fields to do the attack. See folks eventually you can connect the dots, and this was likely an ordered hit by the Vangheluwe family in Michigan who could of possibly brainwashed James Alex Fields into this attack as the DOJ is reporting that the driver may not be the only person involved in this horrible incident.

       Tweet

0 Comments (//www.puppetstringnews.com/blog/truth-charlottesville-car-ramming-investigation-not-limited-to-the-driver#comments)

## Leave a Reply.

Puppet String News

**Name (required)**

**Email (not published)**

**Website**

**Comments (required)**

Notify me of new comments to this post by email

[ SUBMIT ]

## Author

*Anti msm news, Created by a US NAVY vet. "Seek the truth" Check me out on Facebook and Twitter at top of page, also check me out on gab.ai
@PuppetStringNews*

# EXHIBIT D

Case 2:19-cv-14695-SBR Claim 3 Filed 08/24/19 Exhibit Exhibit A Page 74 of 103

●●○○○ Verizon 🔅    **2:25 AM**    ✈ ✳ ▭

 **‹**   **Left-winger mowed down antifa protesters i**
youtube.com    



## Left-winger mowed down antifa protesters in Charlottesville, not a right-winger Evidence indicates ▼

Owned - Studio News Network · 5,293 views

 👍 184   👎 76       **+**      



**Alex Jones Reacts To Charlottesville, Virginia Protests**

Klay Network

48,579 views

 **Protests in Charlottesville take a**

◀    ▷            

# EXHIBIT E

| | SEARCH ... |
|---|---|

# STUDIO NEWS NETWORK

**DEFINE YOURSELF OR OTHERS WILL FOR YOU**

JOIN US ⌄    ABOUT ⌄    CONTACT ⌄    NEWSLETTER    SHOP    LOG IN

**HOME**  >  **ARTICLES**  >  Update: #Charlottesville Car
Terrorist Is Anti-Trump, Open Borders Druggie

# Update: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie

⊙ August 12, 2017   ▪ SNN   ⊟ Articles, News   ⊙ 9

Start D

Ad  Conv
Simply W

FromDocT

Learn

**START NOW**

## MORNING NEWSLETTER

Name *

Email *

SUBMIT

## ARCHIVES

Select Month ⌄

## CATEGORIES

Select Category ⌄

## SUPPORT OUR WORK

**1.00 Pledge (Copy)**
$1.00 / month

**5.00 Pledge**
$5.00 / month

**Donations**
$5.00

**10.00 Pledge**
$10.00 / month

**Editor's Note:**
The headline above, which has appeared in the Alt Right media, is
virtually absent from the mainstream media after it was
supposedly 'confirmed' that Joel Vangheluwe, an extreme left-



wing ANTIFA radical, was taken into custody after the car attack in Charlottesville, Virginia. It appears that this information was provided in error and may have been a purposefully planted **red herring**.

### UPDATE #1:

Joel Vangheluwe has since denied being the driver who plowed into the ANTIFA group. The following excerpt has been taken from another Alt Media site that has since issued a correction. They also stated the following information which leads the public to believe that the involved law enforcement authorities are deliberately withholding the name of the individual responsible for this heinous car attack. Why have they not released this important information?

> *"Neither Charlottesville Police Chief Al Thomas or Virginia Secretary of Public Safety Brian Moran have provided a name for the suspect who plowed into antifa and other leftist protesters in Charlottesville as they marched against the "Unite The Right" rally. The original report on a suspect has been retracted." (Source: UPDATE: #Charlottesville Driver Who Struck Crowd In Custody—Stay Tuned)*

### UPDATE #2

> *"Charlottesville Police have officially named James Alex Fields, Jr., 20, of Ohio as the suspected driver in an attack on a crowd of counter-protesters that killed one and injured 26 earlier today, NBC reported." (Source: Suspect Name, Mugshot Emerges In Charlottesville Car Attack That Killed 1, Injured 26)*

# James Alex Fields Jr.

285,704

**25.00 Pledge**
$25.00 / month



**Ohio Police Officer Suspended After Threatening to 'Choke The Life Out' of Suspect**

September 17, 2017    0



**Central Wisconsin EMT, Former Police Officer Faces More Child Sexual Assault Charges**

October 10, 2017    0



**Confirmed: Police Told to Stand Down in Charlottesville —Did Nothing as War Broke Out**

August 13, 2017    1



**WATCH: Video Shows Kansas Police Officer's Use of Force in Unlawful Arrest**

Decembe 2017    0



**James Alex Fields Jr.**

James Alex Fields Jr.

- **Born on**

  April 26, 1997

- **Age**

  20

- **Residence**

**Breaking: James Comey Publicly Reveals Himself As Twitter User "Reinhold Niebuhr" Who Suggested Trumps Imminent Downfall**

⊘ October 23, 2017  ♡ 0

**It Begins… GOP Lawmakers Call on AG Sessions to Investigate Hillary Clinton Crimes or Resign**

⊘ November 13, 2017  ♡ 0

**Retired Kansas City Detective Accused of Sex Abuse and Corruption**

⊘ October 5, 2017  ♡ 0



**Two NYPD Cops Charged with First-Degree Rape Despite Claiming Handcuff Teen**

Maumee, Ohio [32]

- # Gender

Male

- # Nationality

United States

- # Ethnicity

White / Caucasian

- # Political Party

Republican Party (US)

- # Affiliation

Vanguard America

**James Alex Fields Jr.** (born April 26, 1997) is a resident of Maumee, Ohio . He is registered to vote in Lucas County, Ohio and put his party affiliation as Republican.[1] [33] In addition, James is registered as the owner of a gray 2010 Dodge Challenger that ran into protesters at the Unite the Right rally.[2] [32] [29]

**READ**  Alabama Police Officer Shoots Driver Holding Wallet

# Military Service



An injured protester

From August 18th to December 11th, 2015, James was listed as an Active Duty Service Member in the United States Army .[24]

## Consented to Sex

🕐 October 28, 2017  💬 0



**Video: Police Eager to Begin Using "Eye Blinding" Gun Against American Citizens**

🕐 November 16, 2017  💬 0



**It's Official: NY Fed President Bill Dudley To Retire Mid-2018**

🕐 November 6, 2017  💬 0

## FOLLOW STUDIO NEWS ON SOCIAL





# Unite the Right Rally

Unite the Right was a rally that took place at noon on Saturday August 12th, 2017. The rally was self described as "pro-white" by its organizer, Jason Kessler, and its purpose is to protest the planned removal of a statue of confederate general Robert E. Lee from a park in Charlottesville, VA . [3]

Pictures on James' Facebook



A Pre-rally march took place the night before, on Friday night, where many people headed to protest the rally. Violence broke out amongst antifa members and the alt-right members of the march. [4]

On the day of the rally, James can be alongside Vanguard America wearing their uniform and holding a shield with their logo (Vanguard America denies having any affiliation with him).[35] [34] Just minutes after its start, at noon, the police called the protest an unlawful gathering and attempted to disburse the



white nationalists and counter protesters from a central
location. [5]

### READ Who Killed President Kennedy And Why?

## Car Incident

The driver of the vehicle was arrested. At first, rumors went
around naming Joel Vangheluwe as the culprit in the incident as
people found the vehicle to be registered to his father, Jerome.
Joel denied the claims, saying that he sold the Challenger and that
he was at a wedding with his girlfriend. [10] [29] [32]

People later tracked down the Challenger to be registered to
James, he was arrested by police. [10] [29] [32]

Taylor Lorenz , Tech reporter for The Hill , tweeted that police
officers think that the person that ran people down was not
malicious in intent and that the driver was scared. His car was
being swarmed and some of them turned violent.[16] Lorenz was
also punched in the face at the rally. [32]

A 32-year-old woman, identified as Heather Heyer  died as a
result of the incident. [29] [32] Her death is being investigated as
a homicide. [29] [32]

## Legal Proceedings

Another video of the incident from LiveLeak





James was charged with one count of second degree murder,
three counts of malicious wounding and one count of hit and run
attended failure to stop with injury.[32]

The Federal Bureau of Investigation and the Department of
Justice stated that they would be opening an investigation into
the deadly crash

**READ** Cops have Killed 3 Times as Many
Citizens Than 4 Decades of Mass Shootings
COMBINED Since 2016

Source: https://everipedia.org/wiki/james-alex-fields-
jr/#ixzz4pe7AGdHo

## Original posts below.

## Neither Charlottesville Police Chief Al Thomas or Virginia Secretary of Public Safety Brian Moran have provided a name for the suspect who



# plowed into antifa and other leftist protesters in Charlottesville as they marched against the "Unite The Right" rally. The original report on a suspect has been retracted.

Using internet sleuthing we examined evidence suggesting 16-year-old Joel Vangeheluwe had driven the car in the fatal crash. Vangeheluwe vehemently denied on Facebook he was not the driver.



**SOURCE: FACEBOOK SCREENSHOT.**

Because police have not identified the suspect, We have retracted the article. We regret the error and apologizes to Joel Vangeheluwe and his family.

Unlike the fake news media, the new media is nimble and responsible to its audience.

Unlike the fake news media, the new media lives not by lies.



Case 2:19-bk-14989-SK Doc 66-2 Filed 12/11/22 Entered 12/11/22 16:42:55 Desc
2nd Amended Complaint Page 87 of 103
Case 2:19-bk-14989-SK Exhibit 3 of Part 13 Filed 06/24/19 Page Exhibit Exhibit AS of
Exhibit Complaint Page 84 of

Update: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - STUDIO ...   Page 9 of 15

Stay tuned for more.

## Original story below,

## Evidence indicates a left-winger mowed down antifa counter-protestors in Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal.

License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan.

A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel.





"Nationalism is brainwash, we'll always be separated until we come together, shit man the world and its people are beautiful. Not just American, pro world," he wrote on July 4, 2015 on Facebook.



Case 2:19-bk-14989-BB   Doc 66-2   Filed 12/11/22   Entered 12/11/22 16:42:55   Desc
2nd Amended Compl Ex hibit A   Page 89 of 103

Update: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - STUDI...   Page 11 of 15



You can see his posts by clicking here,
http://gotnews.com/breaking-charlottesville-car-terrorist-is-anti-
trump-open-borders-druggie/
Commentary by Jon Masters,







**« PREVIOUS**
WATCH: Blacked
Out Car Plows
Into Protesters in
Charlottesville

**NEXT »**
Multiple High-
Level U.S.
Officials Publicly
Warn of Govt
Plot to





| Then Flees the Scene | Assassinate Trump |
| --- | --- |

## 8 COMMENTS

**Rick** says:

AUGUST 12, 2017 AT 7:18 PM

McCain and all globalist treasonous subversive traitors we are coming for your baby raping satanic Moloch worshiping asses without restraint. MAGA

↩ REPLY

**John S Carlson** says:

AUGUST 12, 2017 AT 9:07 PM

Who doesn't think BLM? Answer: The Democratic Party.

10 Facts About Slavery They Don't Want You To Know – Plus

1. The first legal slave owner in American history was a black tobacco farmer named Anthony Johnson.

2. North Carolina's largest slave holder in 1860 was a plantation owner named William Ellison.

3. American Indians owned thousands of black slaves.

4. In 1830 there were 3,775 free black people who owned 12,740 black slaves.

5. Many black slaves were allowed to hold jobs, own businesses, and own real estate.

6. Brutal black-on- black slavery was common in Africa for thousands of years.

7. Most slaves brought from Africa were purchased from black slave own.

8. Slavery was common for thousands of.



9. White people ended legal chattel slavery.

10. Muslims were involved in the black slave trade and is still involved in it today.

http://atlantablackstar.com/2014/06/02/10-facts-about-the-arab-enslavement-of-black-people-not-taught-in-schools/

Democrats started the KKK
Democrats were the party of slavery
Democrats were the party of Jim Crow
Democrats were the party of Segregation
Democrats were the party that opposed Civil rights
Democrats were the party that opposed voting rights

↩ **REPLY**

> **Pat** says:
> AUGUST 13, 2017 AT 9:15 AM
>
> Sound like you trying to defend the real oppresser´s in The United Snakes of America and we all know who they are, STOP it dont look good on you!!!! SMDH!!!!
>
> ↩ **REPLY**

>> **SNN** ☆ says:
>> AUGUST 13, 2017 AT 12:07 PM
>>
>> nope this was really about the commentary. I even stated unconfirmed. 😊 I know what I am doing, well sometimes I do
>>
>> ↩ **REPLY**

**B. U. Shwah** says:
AUGUST 13, 2017 AT 2:36 PM

Nothing was planted. You are just the lying piece of shit that you and all your vicious, lying piece of shit right-wing racist buddies are.

↩ **REPLY**



**DeePlum** says:

AUGUST 13, 2017 AT 6:47 PM

Free your mind man

↩ **REPLY**

**Vincent Ardolino** says:

AUGUST 16, 2017 AT 11:17 AM

You are an ignorant lemming.

↩ **REPLY**

**David Sims** says:

AUGUST 19, 2017 AT 7:34 PM

Is this your definition of tolerance. I thought the left was tolerant of
other viewpoint. I thought the left encouraged safe spaces for when
people are hated on. You are a hypocrite, grow up B.U Shwah. You
act like a 5 year old. As I read the article it appears to be an accurate
representation of the timeline. Could you B.U. Shwah please move
out of America.

↩ **REPLY**

# Leave a Reply

Your email address will not be published.

Comment

Name *

Email *

Website

POST COMMENT

Sponsored

**Is Bill Mad at Hillary?**

Divorce rumors are flying about the Clintons. Is it because Bill found out about this huge secret?...

**Learn more**

MH Themes



# EXHIBIT F



**Shirley Husar** added 2 new photos.
Sunday at 2:03 AM · ☻

The world is going mad. Evidence indicates a left-winger mowed down antifa counter-protestors in #Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal. License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan. A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel READ MORE .http://
www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter



Write a comment...                    GIF  ☺    Post

# EXHIBIT G



Ed Doitteau on Twitter: "REPORT: Antifa member Joel Vangheluwe from Romeo, Michigan, was the driver that mowed down his other Antifas protesting. #Charlottesville" - Mozilla Firefox

archive.is/hicUd

**Ed Doitteau**
@ed_doitteau
Follow

REPORT: Antifa member Joel Vangheluwe from Romeo, Michigan, was the driver that mowed down his other Antifas protesting. #Charlottesville

2:31 PM - 12 Aug 2017

# EXHIBIT H



**Lita Villa-coult** @clitav · 8/12/17

Killer confirmed.
**Jerome Vangheluwe**

████████████

2010 Dodge Challenger
Vin # :...



'Beautiful Moment Ripped Away' As
Car Plows Into Anti-Racist Group In...
huffingtonpost.com

💬 4     ♻     ♡     ✉



**THE REAL DARK JUDGE** @... · 8/12/17

Replying to @AC0040

# EXHIBIT I



# EXHIBIT J



Home
Moments
Search Twitter
Have an account? Log in
Chris Hastey @ChrisHastey · Aug 12
#Charlottesville driver turns out to be anti-Trump Antifa Joel Vangheluwe - when are we going to declare #antifa a terrorist organization?
Chris Hastey Retweeted
Adam Baum™ @Adam1Baum · Aug 12
#JoelVangheluwe pic.twitter.com/AxOEOksssA
Chris Hastey @ChrisHastey · Aug 12
#charlottesville It's time to fight the #Antifa thugs who turned this into a bloodbath and send them to prison or the grave.
Chris Hastey Retweeted

# EXHIBIT K

●●○○○ Verizon 🛜     **7:20 PM**     ✈ ⌘ 🔋 ⚡

<     🔍 jerome vangheluwe     ⚙   ✍

**Top**    Latest    People    Photos    Videos    Nev

---

**Connie Comeaux** @Connie... · 8/12/17 ⌄
This is the Nazi Coward who
deliberately drove his car into people:

**Jerome Vangheluwe**

████████████████

████ ... fb.me/G4KJK5xZ

💬 1     ⟲     ♡     ✉

---

**michael Plummer**▤ @mre... · 8/12/17 ⌄
**Jerome Vangheluwe** of Michigan.
twitter.com/kaschrobert/st...

💬 2     ⟲     ♡     ✉

---

**WackoBird King** @Yaking43 · 8/12/17    ⌄
Replying to @fohaja @FoxNews and 2
others
**Jerome Vangheluwe** of Michigan and
he was a Antifa. He was the driver of
the car stupid.

💬 8     ⟲     ♡     ✉

---

**Richie Chin** @FxEpic · 8/12/17    ⌄
Replying to @jrk999 @Fourrings and 2

🏠      🔍      🔔      ✉

## INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | Got News Article |
| **EXHIBIT B** | Freedom Daily Article |
| **EXHIBIT C** | Puppet String News Articles |
| **EXHIBIT D** | Studio News Network Video |
| **EXHIBIT E** | Studio News Network Article |
| **EXHIBIT F** | Shirley Husar's Facebook post |
| **EXHIBIT G** | Eduardo Doitteau Twitter post |
| **EXHIBIT H** | Lita Coulthart-Villanueva Twitter post |
| **EXHIBIT I** | Kenneth Strawn Twitter post |
| **EXHIBIT J** | James Christopher Hastey Twitter post |
| **EXHIBIT K** | Connie Comeaux Twitter post |

# EXHIBIT 1

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

*Attorneys for Defendants*
*GotNews, LLC & Chares C. Johnson*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGEHLUWE, et al., | Case No.: 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | **DEFENDANT GOTNEWS, LLC's** |
| v. | **OFFER OF JUDGMENT TO** |
| | **JEROME VANGHELUWE** |
| GOTNEWS, LLC, et. al. | |
| Defendants. | |

Defendant GotNews, LLC ("GotNews") makes the following offer of judgment under Fed. R. Civ. P. 68 to Plaintiff Jerome Vangheluwe. Defendant makes this offer more than 14 days before the date set for trial in accordance with Fed. R. Civ. P. 68(a).

Plaintiffs allege tort claims based on journalistic reporting by GotNews, based upon research performed by third parties relying on public records, that Plaintiff Joel Vangheluwe was the individual who drove the car involved in an automobile killing in Charlottesville, Virginia.

Pursuant to Fed. R. Civ. P. 68, GotNews hereby offers Plaintiff Jerome Vangheluwe to take a judgment against it in this action to include the following: **The total sum of $19,990, inclusive of Plaintiffs Jerome Vangheluwe's costs (including Plaintiff Jerome Vangheluwe's attorneys' fees), accrued to the date of this offer, to be paid by GotNews, for all causes of action and claims for damages set forth in Plaintiffs' Amended Complaint as to GotNews.**

This offer is unconditional. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Jerome Vangheluwe may have to damages, or any other form of relief, arising out of the alleged acts or omissions of GotNews, or any official, employee, or agent, either past or present, of GotNews, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission of liability by GotNews, or any official, employee, or agent of GotNews, nor is it an admission that Plaintiff Jerome Vangheluwe has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge GotNews, its succesors and/or assigns, and all past and present officials, employees, representatives, and agents of GotNews from all claims that were or could have been alleged by Plaintiff Jerome Vangheluwe in the above-referenced action.

This offer of judgment will remain open and irrevocable for 14 days after service in accordance with Fed. R. Civ. P. 68(a). If Plaintiff Jerome Vangheluwe does not accept within 14 days after service, the offer is considered withdrawn in accordance with Fed. R. Civ. P. 68(b).

Dated: May 16, 2018

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226

*Attorneys for Defendants*
*GotNews, LLC & Chares C. Johnson*

Case No. 2:18-cv-10542-LJM-EAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May 2018, I served a true and correct copy of the foregoing document via electronic mail and U.S. Mail upon counsel for Plaintiffs listed below:

Andrew B. Sommerman
SOMMERMAN, MCCAFFITY & QUESADA, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
andrew@textrial.com

Raechel M. Badalamenti
KIRK, HUTH, LANGE & BADALAMENTI, PLC
19500 Hall Road, Suite 100
Clinton Township, MI 48038
rbadalamenti@khlblaw.com

Respectfully Submitted,

Employee,
Randazza Legal Group, PLLC

Case 2:19-bk-14989-BR Doc 66-3 Filed 12/11/22 Entered 12/11/22 16:42:55 Desc
Case 2:18-cv-10542-LJM-EAS ECF No. 4 filed 05/31/19 PageID.819 Page 2 Exhibit 3 of 3
Jerome Vangheluwe's Acceptance of Offer of Judgment    Page 1 of 3

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Joel Vangheluwe and Jerome
Vangheluwe,

        *Plaintiffs*,

    v.

GotNews, LLC, Freedom Daily,
LLC, Charles C. Johnson, Alberto
Waisman, Jeffrey Rainforth, Jim
Hoft, David Petersen, Jonathan Spiel,
Shirley Husar, Eduardo Doitteau,
Lita Coulthart-Villanueva, Kenneth
Strawn, Patrick Lehnhoff, Beth
Eyestone, Lori Twohy, Raechel
Hitchye, James Christopher Hastey,
Christopher Jones, Connie Comeaux,
Gavin McInnes, Richard Weikart,
and Paul Nehlen,

        *Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson

Mag. Elizabeth A. Stafford

## PLAINTIFF JEROME VANGHELUWE'S NOTICE OF ACCEPTANCE OF DEFENDANT GOT NEWS, LLC'S OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff Jerome Vangheluwe files this Notice of Acceptance ("the Notice") of Defendant Got News, LLC's May 16, 2018 Offer of Judgment to Jerome Vangheluwe, a true and correct copy of which is attached hereto as Exhibit 1 (the "Offer of Judgment"). In accordance with Rule 68(a), Plaintiff accepts the offer in writing within fourteen (14) days of being served.

1

According, Plaintiff Jerome Vangheluwe here notifies the Court that he accepts the Offer of Judgment and respectfully asks that the Clerk enter judgment in the amount identified in the Offer of Judgement against Defendant Got News, LLC.

Date of Acceptance: May 30, 2018.

Respectfully submitted,

SOMMERMAN, McCAFFITY
& QUESADA, L.L.P.

_/s/ Andrew B. Sommerman_____
Andrew B. Sommerman
ATTORNEYS FOR PLAINTIFFS
Texas State Bar No. 18842150
3811 Turtle Creek Boulevard,
Suite 1400
Dallas, Texas  75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
andrew@textrial.com

**AND**

KIRK, HUTH, LANGE
& BADALAMENTI, PLC

Raechel M. Badalamenti (P64361)
CO-COUNSEL FOR PLAINTIFFS
19500 Hall Road, Suite 100
Clinton Township, MI  48038
(586) 412-4900    Fax:  (586) 412-4949
rbadalamenti@khlblaw.com

Dated:  May 30, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2018, the foregoing Notice was served via ECF on counsel of record for defendants who have appeared in this case, as well as the following ProSe Defendants via First Class Mail:

Lita Coulthart-Villanueva
██████ Jeffries St.
Anderson, CA ██████

Kenneth G. Strawn
██████ Cypress Lane
Mission Viejo, CA ██████

/s/ *Andrew B. Sommerman*