Andrew B. Sommerman (TX Bar No. 11842150), Admitted Pro Hac Vice
SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Phone:    (214) 720-0720
Fax:    (214) 720-0184
Email: andrew@textrial.com

Counsel for Creditors Joel Vangheluwe and Jerome Vangheluwe

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GOT NEWS, LLC;<br><br>　　　　Debtor. | Case No.: 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE JANUARY 10, 2023 HEARING ON TRUSTEE'S MOTION FOR ORDER ON THE TRUSTEE'S OBJECTION TO PROOF OF CLAIM #4**<br><br>[Order lodged concurrently with filing of stipulation]<br><br><u>Current Hearing</u><br>Date:　January 10, 2023<br>Time:　10:00 a.m.<br>Place:　U.S. Courthouse<br>　　　　Courtroom 1668<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012<br><br><u>Proposed Hearing</u><br>Date:　January 31, 2023<br>Time:　10:00 a.m.<br>Place:　U.S. Courthouse<br>　　　　Courtroom 1668<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012 |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE AND OTHER INTERESTED PARTIES:**

This stipulation is entered into between Joel Vangheluwe and Jerome Vangheluwe ("Creditors" or "Vangheluwes") and Wesley H. Avery, the duly appointed and acting Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor Got News LLC, a suspended California limited liability company (the "Debtor"), in Case No. 2:19-bk-14693-BR (the "Bankruptcy Case"), by and through their counsel (collectively, Vangheluwes and the Trustee are the "Parties").

## **RECITALS**

1. The Debtor filed a voluntary Chapter 7 petition on April 24, 2019 (the "Petition Date"). Avery was subsequently appointed as the chapter 7 trustee.

2. The Trustee has filed an objection to Proof of Claim #4 (made by Joel Vangheluwe). The hearing on the *Motion for Order Sustaining the Trustee's Objection to Proof of Claim #4 for Lacking Sufficient Evidentiary Documentation* is set for hearing on January 10, 2023.

3. Counsel for the Vangheluwes are located in Dallas, Texas. On January 10, 2023, Counsel for the Vangheluwes has an unavoidable professional conflict that cannot be rescheduled. Specifically, Andrew Sommerman was recently elected Commissioner of District 2 of Dallas County, Texas and will assume office on January 1, 2023. He has obligations associated with his elected office on January 10, 2023 that cannot be rescheduled.

4. Counsel for Vangheluwes and the Trustee are available to attend the hearing on January 31, 2023, and request the Court approve the continuance under LBR 9013-1(m)(3).

WHEREFORE, the Parties respectfully stipulate as follows:

(A) The hearing currently set for January 10, 2023 at 10:00 a.m. be continued to January 31, 2023 at 10:00 a.m., or another date and time convenient with the Court's calendar;

(B) No appearances shall be required at the hearing on January 10, 2023 at 10:00 a.m.; and

(C) All deadlines associated with Federal Rules of Bankruptcy Procedure 3007, 7004 and Rule 3007-1 of the Local Bankruptcy Rules shall be continued with the new hearing date; and

(D) This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated:   December 27, 2022.

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

 */s/ Andrew B. Sommerman*

Andrew B. Sommerman

*ATTORNEY FOR CREDITORS JEROME VANGHELUWE AND JOEL VANGHELUWE*

Wesley H. Avery, Esq.

CHAPTER 7 TRUSTEE

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served according to the Federal Rules of Bankruptcy Procedure via electronic notice through the Court's ECF system.

                                             */s/ Andrew B. Sommerman*

                                             Andrew B. Sommerman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
*Date*              *Printed Name*                                *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**