Andrew B. Sommerman (TX Bar No. 11842150), Admitted Pro Hac Vice
SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Phone:         (214) 720-0720
Fax:           (214) 720-0184
Email: andrew@textrial.com

Counsel for Creditors Joel Vangheluwe and Jerome Vangheluwe

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GOT NEWS, LLC;<br><br>    Debtor. | Case No.: 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**RESPONSE TO MOTION FOR ORDER SUSTAINING THE TRUSTEE'S OBJECTION TO PROOF OF CLAIM #4 FOR LACKING SUFFICIENT EVIDENTIARY DOCUMENTATION; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF [FED. R. BANK. P. 3007]**<br><br>[Order lodged concurrently with filing of stipulation]<br><br><u>Current Hearing</u><br>Date:   January 10, 2023<br>Time:   10:00 a.m.<br>Place:  U.S. Courthouse<br>        Courtroom 1668<br>        255 E. Temple St.<br>        Los Angeles, CA 90012<br><br><u>Proposed Hearing</u><br>Date:   January 31, 2023<br>Time:   10:00 a.m.<br>Place:  U.S. Courthouse<br>        Courtroom 1668<br>        255 E. Temple St.<br>        Los Angeles, CA 90012 |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE AND OTHER INTERESTED PARTIES:**

Comes now Joel Vangheluwe ("Creditor" or "Vangheluwe"), responding to the motion for issuance of an order of the Court which sustains the Trustee's objections to the following defamation claim of Joel Vangheluwe, who was falsely accused by Got News, LLC of assault, terrorism, conspiracies, murder, and racially charged violence.

The Debtor filed a voluntary Chapter 7 petition on April 24, 2019 (the "Petition Date").

Joel Vangheluwe filed his Proof of Claim on August 12, 2019 for $800,000.00. This is Claim #4.

After three years passed, the Trustee objected to Proof of Claim #4. The amount proposed by the Trustee is not equitable, as the Got News, LLC article identified Joel Vangheluwe as the person in possession of the vehicle in the Charlottesville attack.

Joel's father, Jerome Vangheluwe, was not directly identified as the terrorist by Got News, LLC. He was identified as the owner of the vehicle. Accordingly, he accepted the offer of the judgement by the debtor for $19,990. That claim of Jerome Vangheluwe is not in dispute.

The Trustee does not appear to dispute that Joel Vangheluwe was defamed; instead, the Trustee appears to dispute the dollar amount associated with his defamation claim. The Second Amended Complaint filed in the Eastern District of Michigan was never adjudicated precisely because Got News, LLC filed for bankruptcy. Joel Vangheluwe's claim is properly valued at $800,000.00.

WHEREFORE, Joel Vangheluwe respectfully requests that the Trustee's objection to Claim #4 be overruled following the evidentiary hearing.

Dated:   December 27, 2022.

                            SOMMERMAN, MCCAFFITY,
                            QUESADA & GEISLER, L.L.P.

                            */s/ Andrew B. Sommerman*

                            Andrew B. Sommerman

                            *ATTORNEY FOR CREDITORS JEROME VANGHELUWE AND JOEL VANGHELUWE*

## MEMORANDUM OF POINTS AND AUTHORITIES

LBR 3007-1 states "an objection to claim is a 'contested matter' under FRBP 9014." LBR 3007-1(a).  As the Trustee has pointed out, Claim #4 was supported by the Second Amended Complaint filed in the Eastern District of Michigan, which includes as Exhibit A the actual defamatory article published by Got News, LLC.  The underlying lawsuit was not fully adjudicated precisely because Got News, LLC filed for bankruptcy.   Testimony will be provided at the evidentiary hearing to further establish the amount of Joel Vangheluwe's claim.

"Upon objection, the proof of claim provides 'some evidence as to its validity and amount' and is 'strong enough to carry over a mere formal objection without more.' Lundell v. Ancho Const. Specialists, Inc., 223 F.3d 1035 (9th Cir. 2000).  Moreover, the Ninth Circuit has already held that alleged lack of documentation is not always a basis for disallowing claims.  In re Heath, 331 B.R. 424 (9th Cir. 2005).  The Trustee highlights that Jerome, the father, accepted an offer of judgment for $19,990 for his claim against Got News, LLC.  However, Jerome was merely identified as the owner of the vehicle; not the terrorist accused of racially charged violence, like Joel.   The Trustee also highlights that both accepted an offer of judgment from Charles Johnson for $4,990.   The claims against Charles Johnson did not have the same evidentiary support as the one against Got News, LLC.  Said differently, Got News, LLC disclosed someone other than Charles Johnson as the author of the article.

Should the Court find that the Trustee meets his initial burden, then testimony will be provided at the evidentiary hearing to further establish the amount of Joel Vangheluwes' claim.

Dated:   December 27, 2022.

4

                                                    SOMMERMAN, MCCAFFITY,
                                                    QUESADA & GEISLER, L.L.P.

                                              */s/ Andrew B. Sommerman*

Andrew B. Sommerman

*ATTORNEY FOR CREDITORS JEROME VANGHELUWE AND JOEL VANGHELUWE*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served according to the Federal Rules of Bankruptcy Procedure via electronic notice through the Court's ECF system.

                                                 */s/ Andrew B. Sommerman*

                                                 Andrew B. Sommerman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*          *Printed Name*                             *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**