Andrew B. Sommerman (TX Bar No. 11842150), Admitted Pro Hac Vice
SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Phone:       (214) 720-0720
Fax:         (214) 720-0184
Email: andrew@textrial.com

Counsel for Creditors Joel Vangheluwe and Jerome Vangheluwe

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GOT NEWS, LLC;<br><br>        Debtor. | Case No.: 2:19-bk-14693-BR<br><br>Chapter 7<br><br>**AMENDED RESPONSE TO MOTION FOR ORDER SUSTAINING THE TRUSTEE'S OBJECTION TO PROOF OF CLAIM #4 FOR LACKING SUFFICIENT EVIDENTIARY DOCUMENTATION; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF [FED. R. BANK. P. 3007]**<br><br>Hearing:<br>Date:    January 31, 2023<br>Time:    10:00 a.m.<br>Place:   U.S. Courthouse<br>         Courtroom 1668<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**

**AND OTHER INTERESTED PARTIES:**

      Comes now Joel Vangheluwe ("Creditor" or "Vangheluwe"), filing his amended response

opposing the motion for issuance of an order of the Court which sustains the Trustee's objections

to the following defamation claim of Joel Vangheluwe, who was falsely accused by Debtor Got News, LLC of assault, terrorism, conspiracies, murder, and racially charged violence.

The Debtor filed a voluntary Chapter 7 petition on April 24, 2019 (the "Petition Date").

Joel Vangheluwe filed his Proof of Claim on August 12, 2019 for $800,000.00.   This is Claim #4.

After three years passed, the Trustee objected to Proof of Claim #4.   The amount proposed by the Trustee is not equitable, as the Got News, LLC article identified Joel Vangheluwe as the person in possession of the vehicle in the Charlottesville attack.

Joel's father, Jerome Vangheluwe, was not directly identified as the terrorist by Got News, LLC.  He was identified as the owner of the vehicle.  Accordingly, he accepted the offer of the judgement by the debtor for $19,990.   That claim of Jerome Vangheluwe is not in dispute.

The Trustee does not appear to dispute that Joel Vangheluwe was defamed; instead, the Trustee appears to dispute the dollar amount associated with his defamation claim.  The Second Amended Complaint filed in the Eastern District of Michigan was never adjudicated precisely because Got News, LLC filed for bankruptcy.  Joel Vangheluwe's claim is properly valued at $800,000.00.

WHEREFORE, Joel Vangheluwe respectfully requests that the Trustee's objection to Claim #4 be overruled following the evidentiary hearing.

Dated:  January 17, 2023.

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

 _/s/ Andrew B. Sommerman_____
Andrew B. Sommerman

*ATTORNEY FOR CREDITORS JEROME VANGHELUWE AND JOEL VANGHELUWE*

## MEMORANDUM OF POINTS AND AUTHORITIES

LBR 3007-1 states "an objection to claim is a 'contested matter' under FRBP 9014." LBR 3007-1(a). As the Trustee has pointed out, Claim #4 was supported by the Second Amended Complaint filed in the Eastern District of Michigan, which includes the actual defamatory article published by Debtor Got News, LLC. **Exhibit 1.** The underlying lawsuit was not fully adjudicated precisely because Debtor Got News, LLC filed for bankruptcy. Testimony will be provided at the evidentiary hearing to further establish the amount of Joel Vangheluwe's claim.

"Upon objection, the proof of claim provides 'some evidence as to its validity and amount' and is 'strong enough to carry over a mere formal objection without more.' *Lundell v. Ancho Const. Specialists, Inc.*, 223 F.3d 1035 (9th Cir. 2000). Moreover, the Ninth Circuit has already held that alleged lack of documentation is not always a basis for disallowing claims. *In re Heath*, 331 B.R. 424 (9th Cir. 2005). The Trustee highlights that Jerome, the father, accepted an offer of judgment for $19,990 for his claim against Debtor Got News, LLC. However, Jerome was merely identified as the owner of the vehicle; not the terrorist accused of racially charged violence, like Joel.

Debtor Got News, LLC defamed Joel Vangheluwe. The following statements by Debtor Got News regarding Creditor Joel Vangheluwe are false.

1.    Joel Vangheluwe was the "Charlottesville car terrorist."

2.    Joel Vangheluwe is a "left-winger [who] mowed down antifa counter-protestors in Charlottesville, not a right winger or white nationalist, Got News can exclusively reveal."

3.    "A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel."

4.    "Joel likes taking drugs."

The affidavits of Creditor Joel Vangheluwe (**Exhibit 2**) and Creditor Jerome Vangheluwe (**Exhibit 3**) both show the above statements are false.

Debtor Got News, LLC then makes the following false statement about Creditor Jerome Vangheluwe:

> "License plate searches of the 2010 Dodge Challenger that killed one and injured 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan."

This statement is also false. **Exhibit 3**.

1.      Joel Vangheluwe Was Not the Charlottesville Car Terrorist.

Joel was at a wedding at the time the incident occurred. **Exhibits 2 and 3**. He was not in Charlottesville. *Id.* He killed no one. *Id.*

2.      Joel Did Not Mow Down Antifa Protestors.

Again, Joel was at a wedding in Michigan where no one was killed. *Id.* He was not in Charlottesville "mowing people down." *Id.*

3.      Joel Does Not Take Drugs.

Despite Debtor Got News, LLC's bold assertion, Joel does not take drugs. *Id.*

4.      Debtor's Crawl of Joel Vangheluwe's Facebook Account Does Not Reveal He was in Possession of a Car at the Time of the Crash

The Facebook crawl reveals that a 14-year old Joel, who could not even drive, joked the car would be his someday. *Id.* It was never intended that Joel possess the car in question. *Id.*

Debtor Got News, LLC would have this Court believe that every wish comes true for 14-year old boys with desires for a particular car. This is just fanciful. But, Debtor Got News, LLC claimed this joke created the fact that 6 years later, Joel possessed this Michigan car (as alleged by Debtor Got News, LLC) with an Ohio license plate. In fact, Joel never drove the car. *Id.* He was not ever licensed during the entire time Joel's father owned the car. *Id.* The Facebook post did not show he possessed the car at the time of the crash. It did not show he possessed it in Charlottesville. It did not show he registered it in Ohio. It did not show he committed murder and

terrorism with the car.

5. <u>License Plate Searches **Do Not** Show that 2010 Dodge Challenger That Killed One and Injured 20 in Charlottesville Was Registered to Jerome Vangheluwe of Michigan.</u>

The license plate of the car involved in the crash was GVF1111.  A license plate search of Ohio plate GVF1111 reveals that the car with that license plate was owned by James Fields, not Jerome Vangheluwe.  **Exhibit 4**. There is no Michigan or Ohio public record that shows Jerome Vangheluwe had an Ohio license plate GVF1111.  *Id.*  In fact, the Michigan records relied upon so heavily by Debtor Got News, LLC show Jerome had a Michigan plate, BMG0562.  *Id.*

Creditor Joel Vangheluwe suffered significant damages which is clearly outlined in his affidavit. **Exhibit 2.**  Creditor Joel Vangheluwe refers this Court to his affidavit for support of his damages.

**Creditor Joel Vangheluwe is a Private Individual.** There is no contention or evidence that Creditor Joel Vangheluwe is a public figure. A negligence standard should apply. *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964).

**Debtor Got News, LLC Acted with Reckless Disregard for the Truth.**  Debtor Got News, LLC prides itself on being reckless.  Its own website suggests its intent to be reckless. Debtor Got News, LLC told its authors to create chaos. **Exhibit 5.**

It asked its writers to "pick a target," then release their Black Swan.[1]  *Id.*  In this case, Debtor Got News, LLC had no witness, photograph, video or document that (1) Joel was in

---

[1] Black Swan is defined as "an unpredictable or unforeseen event, typically one with extreme consequences." Google Search, "Black Swan Definition," google.com (available at https://www.google.com/search?ei=xCxNW8LNpHq_Aa8mpGwDQ&q=black+swan+definition).

Charlottesville; (2) Joel was driving the car in question on the day of the incident; (3) Joel mowed down the crowd in Charlottesville; or (4) Joel committed terrorism and murder.  Debtor Got News, LLC made a conjecture and reported it as fact.  This is just reckless.  Reckless disregard could not be any clearer.

Publishing a story without corroborating evidence is reckless. *Curtis Publishing Co. v. Butts*, 388 U.S. 130 (1967).  In *Curtis Publishing*, the U.S. Supreme Court found the Saturday Evening Post guilty of reckless behavior when defendant published a story without any corroborating evidence and found it sufficient to find punitive damages. *Id.* As the Supreme Court noted:

> Where a publisher's departure from standards of press responsibility is severe enough to strip from him the constitutional protection our decision acknowledges, we think it entirely proper for the State to act not only for the protection of the individual injured but to safeguard all those similarly situated against like abuse. Moreover, punitive damages require a finding of 'ill will' under general libel law and it is not unjust that a publisher be forced to pay for the 'venting of his spleen' in a manner which does not meet even the minimum standards required for constitutional protection.  Especially in those cases where circumstances outside the publication itself reduce its impact sufficiently to make a compensatory imposition an inordinately light burden, punitive damages serve a wholly legitimate purpose in the protection of individual reputation.  We would hold, therefore, that misconduct sufficient to justify the award of compensatory damages also justifies the imposition of a punitive award, subject of course to the limitation that such award is not demonstrated to be founded on the mere prejudice of the jury.

*Id.* at 161.

**Creditor Joel Vangheluwe was Placed in a False Light by Debtor Got News, LLC.**

Creditor Joel Vangheluwe can show that the Debtor "broadcasts to the public in general, or a large number of people, information that was unreasonable and highly objectionable by attributing to the plaintiff's characteristics, conduct or beliefs that were false and placed the plaintiff in a false position." *Duran v. Detroit News, Inc.*, 200 Mich. App. 622, 631-632; 504 N.W.2d 715 (1993).

Debtor Got News, LLC falsely accused Joel Vangheluwe of being the Charlottesville

murderer and a terrorist.  It falsely accused Joel of mowing down protestors,  it falsely accused Joel of being in possession of car at the time of the crash, and it falsely accused Joel of being a druggie.  These statements are false.  **Exhibits 2 and 3**. Any person with a computer could see these reports – a sufficiently large enough audience for a false light claim.

Debtor Got News obviously just made up the story to fit its political agenda to prove it was a "lefty," not a member of its own alt right, that committed the crime.  It applied its technique of creating chaos to create a Black Swan – unpredictable and unforeseen events with extreme consequences.  **Exhibit 5**.  It had a few erroneous data points and made a conclusion that Creditor Joel Vangheluwe was the murderer without one witness, one source that put Joel at the scene of the crime or committing the murder.  These statements are false and place Joel in a false light.

**Debtor Got News Inflicted Emotional Harm.**  Debtor Got News, LLC intended to create chaos.  **Exhibit 5**. Got News created chaos here.  It was done as part of their instructions from the editor and chief, Charles Johnson.  *Id.*  For the reasons already developed in this Brief above, the Debtor committed reckless behavior that caused severe emotional distress.  *Melson v. Botas*, 497 Mich. 1037, 1037-1038; 863 N.W. 2d 674 (2015).  It was not a trivial slight. Debtor used no public record that Joel Vangheluwe was the terrorist/murderer.  Debtor used no eye witness account that Joel was the murderer.  Debtor used no quotes form anyone about Joel Vangheluwe being a murderer.  This was reckless behavior by Debtor Got News. *Curtis Publishing Co. v. Butts*, 388 U.S. 130 (1967).  This false accusation is chaos.  This is the chaos Debtor Got News intended to create.

**Debtor Does Not Have a "Public Record" Defense.**  There is no public record that Joel Vangheluwe was the Charlottesville car terrorist. **Exhibits 2 and 3**.  There is no public record that Joel Vangheluwe mowed down "antifa" protestors.  *Id.* There is no public record that Joel

Vangheluwe is a druggie.  *Id.*  There is no public record that Joel Vangheluwe was in possession of the car in question at the time of the crash. *Id.* and **Exhibit 4**, attached.

Debtor Got News, LLC provided no public record of any of the above referenced statements. All of these statements are false.  *Id.*  All of these statements were made by the Debtor Got News, LLC.

The "gist" of Got News' defamatory claims is that Joel was a murderer and a terrorist.  It was not that his father owned the car that was involved in the terror attack (which is also false). **Exhibit 4**.

Debtor Got News, LLC  never provided any court with Ohio vehicle records. An Ohio plate search would reveal that James Fields is the owner of the vehicle. **Exhibit 4**.  The Ohio BMV records show the car was owned by James Fields, not Jerome Vangheluwe.  *Id.*  Got News did not give a "fair and accurate" reading of the public records – it did not look at Ohio records.  Mich. Comp. Law, § 600.2911(3).

 Michigan records do <u>not</u> show that Jerome Vangheluwe was the owner of the vehicle at the time of the crash.  **Exhibit 4**.  They do not show Jerome had an Ohio license plate GVF1111. *Id.*  In fact, they show that at the time he owned the vehicle (from 2010 to 2012), his license plate was a Michigan plate, BMG0562.  *Id.*

The statement that "license plate searches" do show the car registered to Joel's father is a complete fiction. *Id.* A license plate search of an Ohio plate in Michigan would reveal "no results." *Id.* A license plate search in Ohio would reveal that James Fields (the man accused of the crimes in question) was the registered owner of the car at the time of the incident in question.  *Id.*

In order to be entitled to qualified privilege, Debtor Got News, LLC must give "a fair and true report of matters of a public record."  Mich. Comp. Law, § 600.2911(3).  Here, Debtor Got

News, LLC did not give a fair and true report of the public record.  The Michigan record does not show Joel's father owned the vehicle at the time of the incident in question.  Nor does it give a fair report of public record since Debtor completely ignored the records from Ohio for a car with Ohio license plates, which clearly shows James Fields, not Joel's father, owned the car at the time of the incident in question.  **Exhibit 4.**

Amazingly, Debtor Got News, LLC admitted in the Michigan litigation that it did not rely on the Michigan records, but rather, it states it relied upon an unidentified 4Chan user.  Debtor has never provided any evidence of who the 4Chan user was, what he/she relied upon, or whether he/she is reliable.

Debtor Got News, LLC's claim is not supported by records from Michigan Bureau of Motor Vehicles that Joel's father owned the car in the terrorist attack.  **Exhibit 4**.  It certainly does not support the claim that Joel was a terrorist and murderer who mowed people down in Charlottesville.

**Debtor Does Not Have a "Wire Service" Defense.** First, Debtor Got News, LLC claimed to be a California-based company with a nationwide readership.  Then, it claimed to be a local news agency.   A quick reading of *Howe v. Detroit Free Press* clarifies when the wire-service defense can be used. *Howe v. Detroit Free Press*, 219 Mich. App. 150, 156, 55 N.W.2d 738 (1996).  "In summary, if a local news organization republishes, without substantial change or knowledge of falsity, a wire-service release received from a reputable news agency, the contents of which do not reasonably indicate potential inaccuracy, the wire-service defense is available, and the local news organization has no duty to independently verify the accuracy of the wire release and cannot be negligent, as a matter of law, for failing to do so." *Howe v. Detroit Free Press*, 219 Mich. App. 150, 156, 55 N.W.2d 738 (1996).

"We note that the wire-service defense is not so much a defense as it is a definition of a local news organization's duty." *Id.*

In *Howe*, a major league pitcher had news articles written about his family, their abuse, and his drug addiction. *Id.* The Detroit Free Press obtained the article from the KTN News Wire. The court noted this defense is available to <u>local news agencies</u>. *Id.* at 154. Here, Got News is not a local news agency.

*Howe* goes on to state that the defense is only available if the local news obtained the story from a reputable news wire. *Id.* at 156. Here, 4Chan is not reputable media. Nor is it a newswire which sells stories to subscribers which are newspapers and news magazines. *Reuters, Ltd. v. United Press Int'l, Inc.*, 903 F.2d 904, 905 (2nd Cir. 1990).

Finally, *Howe* requires that the story be from a reputable source and free from internal inconsistencies. *Howe,* 219 Mich. App. at 151. Yet, Debtor Got news, LLC never provide the full content of the 4Chan user it relied upon, nor did it identify the identity of the 4Chan user.

Dated:   January 17, 2023.

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.


 */s/ Andrew B. Sommerman*

Andrew B. Sommerman

*ATTORNEY FOR CREDITORS JEROME
VANGHELUWE AND JOEL VANGHELUWE*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served according to the Federal Rules of Bankruptcy Procedure via electronic notice through the Court's ECF system.


_/s/ Andrew B. Sommerman_

Andrew B. Sommerman

# EXHIBIT "1"

archive.is
webpage capture

Saved from    http://gotnews.com/breaking-charlottesville-car-terrorist-is-anti-trump-open-borders-d    search

All snapshots  from host gotnews.com

12 Aug 2017 22:53:39 UTC

⊹ share    download_zip    report error or abuse

history

Webpage    Screenshot

☰    🔍

# BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie

AUG 12, 2017 by gotnews    99    ✎

Facebook    Twitter    E-mail    SMS



SOURCE: INSTAGRAM SCREENSHOT.

## Evidence indicates a left-winger mowed down antifa counter-protestors in Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal.

License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan.

A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel.



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

⊹



₿ bitcoin
ACCEPTED HERE

The lion's share of the funds required to run this website comes from donations. Please support independent journalism. If you'd like to hire our research team, email us at

TIPS@GOTNEWS.COM    .

Tweets by BasedOps



SOURCE: LINKEDIN SCREENSHOT.

"Don't crash it on the first day!" a comment jokes. Not so funny now.







**Joel VanGheluwe**
My car when I turn 16

Joel VanGheluwe's Photos in Mobile Uploads · Oct 16, 2011 ·
View Full Size · More Options

7

1 Share

**Jill Orlando**
SPOILED
2More · Oct 16, 2011

**Joel VanGheluwe**
ikr lol hahah
More · Oct 16, 2011

**Jerry Frogge**
dont crash it on the first day now. lol
More · Oct 16, 2011

SOURCE: FACEBOOK SCREENSHOT.

Joel likes taking drugs and getting stoned, a look at his social media shows.
What he under the influence when he crashed into the crowd at
Charlottesville?



SOURCE: INSTAGRAM SCREENSHOT.



**joelvanart** #poetry #deadbeat #poet #detroit #emotions #balance #yinyang #stoned #steez #high #psychedelic #love #hate #spilledink #grunge #punk #psychedelic #moon #sun #day #night #sky #soul #distortion

View 1 comment

FEBRUARY 4, 2016



SOURCE: FACEBOOK SCREENSHOT.

He also hates President Donald Trump: "If only Trump were aborted," he writes.



SOURCE: FACEBOOK SCREENSHOT.





SOURCE: FACEBOOK SCREENSHOT.



SOURCE: INSTAGRAM SCREENSHOT.

"Nationalism is brainwash, we'll always be separated until we come together, shit man the world and its people are beautiful. Not just American, pro world," he wrote on July 4, 2015 on Facebook.



SOURCE: FACEBOOK SCREENSHOT.

Stay tuned for more.

Our researchers shut down Facebook's biased left-wing trending news team. They discovered never before seen footage of a young Barack Obama whining about white privilege in Kenya. They debunked and destroyed Hillary Clinton's narco baby mama Alicia Machado, who quit giving interviews because of us. If you'd like to hire our research team, email us at editor@gotnews.com.

Like our scoops? You won't hear this stuff from the lying mainstream media. Keep the GotNews mission alive: Send tips to editor@gotnews.com or donate at GotNews.com/donate.

| Facebook | Twitter | 11 | E-mail | SMS | Total: 11 |

FILED UNDER: NEWS, RACE

**About GotNews**

Our researchers found Senator John McCain's Vietnam propaganda tapes after 50 years of silence. They identified the Milwaukee #BlackLivesMatter criminal/martyr hours before any major media outlet. They shut down Facebook's biased left-wing trending news team. Help us keep up the good work: donate at GotNews.com/donate. If you'd like to hire our research team, email us at editor@gotnews.com. Like our scoops? You won't hear this stuff from the lying mainstream media. Keep the GotNews mission alive: Send tips to editor@gotnews.com or donate at GotNews.com/donate.

RESOURCES    SECTIONS    TOPICS    DONATE

About GotNews

News

Videos

Opinion

Research Tips

Culture

Contact

Donald Trump

Censorship

Democratic
Party

ISIS

wikileaks

Please support
independent
journalism.

₿ bitcoin
ACCEPTED HERE

GotNews Netwo

113,805
Monthly People

Global Daily People (3 mont
May 13, 2017

©2017 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck

# EXHIBIT "2"

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Joel Vangheluwe and Joel
Vangheluwe,

     *Plaintiffs*,

    v.

GotNews, LLC, Freedom Daily,
LLC, Charles C. Johnson, Alberto
Waisman, Jeffrey Rainforth, Jim
Hoft, David Petersen, Jonathan Spiel,
Shirley Husar, Eduardo Doitteau,
Lita Coulthart-Villanueva, Kenneth
Strawn, Patrick Lehnhoff, Beth
Eyestone, Lori Twohy, Raechel
Hitchye, James Christopher Hastey,
Christopher Jones, Connie Comeaux,
Gavin McInnes, Richard Weikart,
and Paul Nehlen,

     *Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

## AFFIDAVIT OF JOEL VANGHELUWE

THE STATE OF MICHIGAN

COUNTY OF Macomb

BEFORE ME, the undersigned authority, personally appeared Joel

Vangheluwe, who being by me duly sworn, deposed as follows:

"My name is Joel Vangheluwe. I am over the age of 18 years. I have never

been convicted of a crime, and I am fully capable of making this affidavit. I have

personal knowledge of the facts stated in this affidavit and they are true and correct.

1

"In June of 2010, my father, Jerome Vangheluwe, purchased a 2010 Dodge Challenger, vehicle identification number (VIN) 2B3CJ4DV8AH111921. When he purchased that vehicle, my father transferred the license plate from a previously owned vehicle (a 2006 Chrysler) to the 2010 Dodge Challenger. The license plate on the 2010 Dodge Challenger while he owned it was always BMG0562. My father, Jerome Vangheluwe, never had an Ohio license plate on that car. He never had an Ohio license plate GVF1111 on that vehicle while he owned it.

"My father, Jerome Vangheluwe, sold that vehicle in October of 2012, and we never saw it again until we saw it on the news when James Fields crashed the car into a group of protestors.

"I never owned the 2010 Dodge Challenger. I was too young to drive the 2010 Dodge Challenger while my father owned it. I never drove the 2010 Dodge Challenger. I never possessed the 2010 Dodge Challenger at any time. My father never intended to transfer ownership of the 2010 Dodge Challenger to me. I never intended to own the 2010 Dodge Challenger. Any reference to a Facebook post to the contrary was humor, as identified by the comments I made following the post.

"I was with my family, including my father, at a family wedding on August 12, 2017 in Michigan. I was not in Charlottesville, Virginia on August 12, 2017. I did not drive the Dodge Challenger into a crowd in Charlottesville as was falsely stated by the GotNews 'article.'

2

"In its 'article,' GotNews stated I was the 'Charlottesville car terrorist,' 'a murderer' and an 'open borders druggie.' I was not the Charlottesville terrorist. I am not a murdererI am not an 'open borders druggie.' These are false statements. I am not aware of any public record that says I was the Charlottesville terrorist.

"I did not '[mow] down antifa protestors in Charlottesville.' I was with my family, including my father, Jerome Vangheluwe, in Michigan that day. I am not aware of any public record that indicates I did mow down protestors in Charlottesville.

"GotNews alleged that a 'License plate search of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe.' The vehicle in question was not owned by my father in August of 2017.

"Immediately upon publication of the GotNews article, my father and I began receiving many threats, disparaging comments and derogatory statements on the same social media sites that Got News referenced in its article.

"My father, my family, and I feared for our lives following the publication of the GotNews article. My family and I had to secure the site of the wedding for a safe ceremony after GotNews published its article. I was terrified that people would disrupt the ceremony, harm our guests, and harm me and my family.

"After the wedding, my father, my family, and I had to flee our homes and go

3

into hiding. My father, my family, and I suffered terrible emotional trauma. We were in constant fear of being physically harassed or killed. My father, my family, and I were all to the point of nausea from these events.

"My father, my family, and I also suffered humiliation from constantly explaining it was not me who was the murderer/terrorist in Charlottesville, as alleged by GotNews. To this day, my father, my family, and I have to explain that the statements made in the GotNews article are false, extreme and outrageous.

"My father, my family and I were horrified that I was accused of being a political terrorist, a murderer, and mowing innocent people down. To have other people believe that of me kept me up at night, causing me anxiety, distress, mortification, humiliation and depression.

"My father, my family and I have been embarrassed by these events. It is like a sword hanging over our heads every day, not sure when the next reader of the GotNews article or one of their people in their network will confront us again and create chaos in our world.

"Soon after GotNews published its lies, both my father and I lost our jobs."

FURTHER AFFIANT SAYETH NOT.

Joel Vangheluwe

4

SUBSCRIBED AND SWORN TO before me by the said Joel Vangheluwe,

on this _16th_ day of ___July_____, 2018.

_Julie C. Walters_
Notary Public, State of Michigan
Julie C. Walters

JULIE C. WALTERS
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 3, 2021
ACTING IN COUNTY OF: Macomb

5

# EXHIBIT "3"

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Joel Vangheluwe and Jerome
Vangheluwe,

     *Plaintiffs,*

   v.

GotNews, LLC, Freedom Daily,
LLC, Charles C. Johnson, Alberto
Waisman, Jeffrey Rainforth, Jim
Hoft, David Petersen, Jonathan Spiel,
Shirley Husar, Eduardo Doitteau,
Lita Coulthart-Villanueva, Kenneth
Strawn, Patrick Lehnhoff, Beth
Eyestone, Lori Twohy, Raechel
Hitchye, James Christopher Hastey,
Christopher Jones, Connie Comeaux,
Gavin McInnes, Richard Weikart,
and Paul Nehlen,

     *Defendants.*

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

## AFFIDAVIT OF JEROME VANGHELUWE

THE STATE OF TEXAS      §
                            §
COUNTY OF HARRIS      §

    BEFORE ME, the undersigned authority, personally appeared Jerome

Vangheluwe, who being by me duly sworn, deposed as follows:

    "My name is Jerome Vangheluwe. I am over the age of 18 years. I have never

been convicted of a crime, and I am fully capable of making this affidavit. I have

personal knowledge of the facts stated in this affidavit and they are true and correct.

1

"In June of 2010, I purchased a 2010 Dodge Challenger, vehicle identification number (VIN) 2B3CJ4DV8AH111921. When I purchased that vehicle, I transferred the license plate from a previously owned vehicle (a 2006 Chrysler) to the 2010 Dodge Challenger. The license plate on the 2010 Dodge Challenger, while I owned it, was always BMG0562. I never had an Ohio license plate on that car. I never had an Ohio license plate GVF1111 on that vehicle while I owned it.

"I sold that vehicle to a car dealership in October of 2012 and never saw it again until I saw it on the news when James Fields crashed the car into a group of protestors.

"My son is Joel Vangheluwe. He never owned the 2010 Dodge Challenger. My son, Joel Vangheluwe, was too young to drive the 2010 Dodge Challenger while I owned it. He never drove the 2010 Dodge Challenger. He never possessed the 2010 Dodge Challenger at any time. It was never my intention to transfer ownership of the 2010 Dodge Challenger to Joel. Joel never intended to own the 2010 Dodge Challenger. Any reference to a Facebook post to the contrary was humor as identified by the comments Joel made following the post.

"My son was with me at a family wedding on August 12, 2017 in Michigan. He was not in Charlottesville, Virginia on August 12, 2017. He did not drive the Dodge Challenger into a crowd in Charlottesville as was falsely stated by the GotNews 'article.'

2

"In its 'article,' GotNews stated my son was the 'Charlottesville car terrorist' and an 'open borders druggie.' GotNews claimed my son was a murderer. My son was not the Charlottesville terrorist. He is not an 'open borders druggie.' These are false statements. I am not aware of any public record that says Joel was the Charlottesville terrorist.

"My son did not '[mow] down antifa protestors in Charlottesville.' He was with me in Michigan that day. I am not aware of any public record that indicates Joel did mow down protestors in Charlottesville.

"GotNews alleged that a 'License plate search of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe.'

"The vehicle in question was not owned by me in August of 2017. It was not registered to me in August of 2017.

"Immediately upon publication of the GotNews article, my son and I began receiving many threats, disparaging comments, and derogatory statements on the same social media sites that Got News referenced in its article.

"Joel, my family, and I feared for our lives following the publication of the GotNews article. My family and I had to secure the site of the wedding for a safe ceremony after GotNews published its article. We were terrified that people would disrupt the ceremony, harm our guests, and harm me and my family.

3

"After the wedding, Joel, my family, and I had to flee our homes and go into hiding. Joel, my family, and I suffered terrible emotional trauma.  We were in constant fear of being physically harassed or killed.  Joel, my family, and I were all to the point of nausea from these events.

"Joel, my family, and I also suffered humiliation from constantly explaining it was not Joel who was the murderer/terrorist in Charlottesville as alleged by GotNews.  To this day, Joel, my family, and I have to explain that the statements made in the GotNews article are false, extreme and outrageous.

"Joel, my family and I were horrified that Joel was accused of being a political terrorist, a murderer, and mowing innocent people down.  To have other people believe that of my son kept me up at night, causing me anxiety, distress, mortification, humiliation and depression.

"Joel, my family and I have been embarrassed by these events.  It is like a sword hanging over our heads every day, not sure when the next reader of the GotNews article or one of their people in their network will confront us again and create chaos in our world.

"Soon after GotNews published its lies, both Joel and I lost our jobs."

FURTHER AFFIANT SAYETH NOT.

Jerome Vangheluwe

SUBSCRIBED AND SWORN TO before me by the said Jerome

Vangheluwe, on this 16th day of July _____, 2018.

LAKESIA BRENT
Notary Public, State of Texas
Comm. Expires 08-20-2019
Notary ID 124654999

Notary Public, State of Texas

# EXHIBIT "4"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Joel Vangheluwe and Jerome
Vangheluwe,

*Plaintiffs,*

v.

GotNews, LLC, Freedom Daily,
LLC, Charles C. Johnson, Alberto
Waisman, Jeffrey Rainforth, Jim
Hoft, David Petersen, Jonathan Spiel,
Shirley Husar, Eduardo Doitteau,
Lita Coulthart-Villanueva, Kenneth
Strawn, Patrick Lehnhoff, Beth
Eyestone, Lori Twohy, Raechel
Hitchye, James Christopher Hastey,
Christopher Jones, Connie Comeaux,
Gavin McInnes, Richard Weikart,
and Paul Nehlen,

*Defendants.*

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

## AFFIDAVIT

THE STATE OF COLORADO

COUNTY OF Arapahoe

BEFORE ME, the undersigned authority, personally appeared Jasmine
Bartlett, who being by me duly sworn, deposed as follows:

"My name is Jasmine Bartlett. I am over the age of 18 years. I have never
been convicted of a crime, and I am fully capable of making this affidavit. I have
personal knowledge of the facts stated in this affidavit and they are true and correct.

1

"I am an expert on automobile titles and ownership records.

AI am the Processing Manager for Automotive Titling Corporation. Automotive Titling Corporation is in the business of identifying car titles across the country and transferring them. I have received specialized training on automobile titles and ownership records through my employment with Automotive Titling Corporation and my previous employment. Please see my resume attached hereto.

"My job is to assure that proper ownership of cars is transferred from one owner to another. Many times in my business, this involves transferring a car title from one state to another. I received many hours of training at this job, and my previous employment reading and reviewing car title documents from all states. It is an essential part of my job to read and understand the title documents like those that are attached hereto and are at issue in this case.

"It is documents like those attached which determine the proper ownership of an automobile. It is an essential part of my job to understand and interpret these documents.

"If proper ownership of a car cannot be determined or is wrong, then title transfers cannot occur until those issues are resolved. The documents attached hereto from Michigan are accurate records that are clear and do not show Mr. Vangheluwe was the owner of the vehicle in August 2017.

"We transfer hundreds of titles and registrations daily. These services are for

2

cars within the State of Michigan and from state to state. Since I am employed by a company whose job is to transfer titles and registrations for various companies like car dealerships, I know what title and title records mean since it is my job to do so. I have significant experience with automobile titles and ownership records, as I have been working with automobile title and registrations for 4 years, and have been in the general title business for over 10 years.

"I am familiar with the type of records identified in this affidavit and understand their meaning. I have been working with such records day in and day out for 4 years.

"It is my job to file and track titles in all states in the United States. I am familiar with the title of an automobile being transferred from state to state. I understand what title records mean. I have received the titles from Michigan, Kentucky, and Ohio for a 2010 Dodge Challenger, VIN 2B3CJ4DV8AH111921, attached hereto. I am familiar with what these records from Michigan, Kentucky and Ohio mean and purport to show.

"The documents from the State of Michigan are not a response to a license plate search. Rather, they are a response to a vehicle identification number (VIN) search. They do not show Jerome Vangheluwe was the owner of a Dodge Challenger in August of 2017.

"The Michigan documents show that Jerome Vangheluwe purchased from

3

Parkway   Chrysler   Jeep,   Inc.   a   2010   Dodge   Challenger,   VIN
2B3CJ4DV8AH111921.   One of the documents attached (the Application for
Michigan Title Statement of Vehicle Sale) shows that the vehicle in question was
issued a Michigan license plate No. BMG0562. It does not show the vehicle in
question was issued an Ohio license plate GVF111 while in the possession of Mr.
Vangheluwe. One would not be issued an Ohio license plate if he/she was a resident
of Michigan at the time of the sale.

"These Michigan records only show who last owned the vehicle in the State
of Michigan. If the vehicle was subsequently sold out of state, Michigan would not
keep those records. The records from Kentucky and Ohio show the car in question
was sold in Kentucky and then it was moved to Ohio. Michigan would not maintain
records of a sale in Kentucky or Ohio since they would be recorded in Kentucky and
Ohio, respectively.

"These Michigan records attached would not show who owned the vehicle in
question on August 12, 2017, since the vehicle was sold in Kentucky before August
12, 2017. The Kentucky records clearly show the car coming to Kentucky from
Michigan. But like the Michigan records, they don't show the departure of the title
to Ohio. The Ohio records show who owned the car in Ohio. The ownership in Ohio
was not Jerome Vangheluwe, but rather was James Alex Fields, at the time of the
incident in question.

4

"If one wanted to determine the ownership of a vehicle with an Ohio license plate GVF1111, it would be appropriate to look in Ohio records, not Michigan.   A license plate search of Ohio license plate GVF111 shows the car owned by James Fields.

"A license plate search of an Ohio license plate GVF111 in Michigan would lead to a 'no records' results."

FURTHER AFFIANT SAYETH NOT.

Jasmine Bartlett

SUBSCRIBED AND SWORN TO before me by the said Jasmine Bartlett, on this __12__ day of ___July___, 2018.

Notary Public, State of Colorado

Abigail Lea Morehart
State of Colorado
Notary Public
Commission No. 20154035566
My Commission Expires 09/02/2019

5

# Michigan Records

Michigan Department of State
BUREAU OF DRIVER AND VEHICLE RECORDS
RECORD LOOKUP
7064 Crowner Drive
Lansing, MI 48918

## Report of Services Provided

**Note: This is for your information only and is not a billing statement.**

HERSCHEL FINK
JAFFE RAITT HEUER & WEISS PC
27777 FRANKLIN RD STE 2500
SOUTHFIELD MI  48034-8214

**Account Number:**
**Report Number:**     3707820
**Date Of Request:**    05/16/2018
**Request Number:**    1561127

| Type | Description | Qty | Cost | Total Fee |
|------|-------------|-----|------|-----------|
| Mic_Cert | Certified Record | 1 | $1.00 | $1.00 |
| TITLE | 2B3CJ4DV8AH111921 - Ref: 313 550-5500 | 2 | $11.00 | $22.00 |
| TITLE_CERT | 2B3CJ4DV8AH111921 | 1 | $12.00 | $12.00 |
| **Total** | | | | **$35.00** |




Michigan Department of State
BUREAU OF DRIVER AND VEHICLE RECORDS
RECORD LOOKUP
7064 Crowner Drive
Lansing, MI 48918

## Request Report

---

**Request Number:** 1561127     **Request Date:** May 16, 2018     **External Reference:**

**Results**
A SOS 3 05/16/2018 16:01:22 IP10_28_15_146/TN631.
56;1;2B3CJ4DV8AH111921.
TITLE INFORMATION:
2010 DODGE       2B3CJ4DV8AH111921     22  TWO DOOR       CORR
    05/15/2012   170A1350143     CHALLENGER             16 A

JEROME VANGHELUWE
8200 35 MILE RD
BRUCE TWP 48065-2532

*ADDRESS FROM DRIVER LICENSE*

COMMUNITY DRIVEN CREDIT UNION
71260 VAN DYKE   05/14/2012
ROMEO 48065


(ELECTRONICALLY CERTIFIED IN COMPLIANCE WITH MCL 257.207,
AS OF RECORD RUN DATE INDICATED ABOVE.)
MI SOS

---



# DEPARTMENT OF STATE

I, Ruth Johnson, Secretary of State and Custodian of the Great Seal of the State of Michigan, certify that the annexed copy of the title history for vehicle number 2B3CJ4DV8AH111921, which is currently titled in this department under certificate of title 170A1350143, is a true copy. **\*End of Certification\***



MAY 16, 2018
_____
Dated

_Ruth A. Johnson_
_____
Ruth Johnson
Secretary of State

Form 44 (12/10)

# Application for Michigan Vehicle Title

170A1350143

| TRANSACTION TYPE | PLATE | PLATE EXPIRATION DATE | | REG FEE |
|---|---|---|---|---|
| CORRECTION TITLE ONLY | | | | 0.00 |

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | TITLE FEE |
|---|---|---|---|---|
| 2010 | DODGE | | 2B3CJ4DV8AH111921 | 15.00 |

| BODY STYLE | FEE CAT/WEIGHT | ODOMETER | OWNER'S DRIVER LICENSE NUMBER | FULL RIGHTS TO SURVIVOR | TAX |
|---|---|---|---|---|---|
| 2 DOOR | 000022 | 000016 A | V 524 402 676 517 | N | 0.00 |

| OWNER'S NAME(S) AND ADDRESS | REG TRANSFER |
|---|---|
| JEROME VANGHELUWE | 0.00 |
| 8200 35 MILE RD | TOTAL |
| ROMEO          MI  48065          Co Cd. 50 | 15.00 |

| FIRST SECURED PARTY | FILING DATE | SECOND SECURED PARTY | FILING DATE |
|---|---|---|---|
| COMMUNITY DRIVEN CREDIT UNION | 05/14/2012 | NONE | |
| 71260 VAN DYKE | | | |
| ROMEO          MI  48065 | | | |

| APPLICANT IDENTIFICATION | LEGAL PAPERS | | |
|---|---|---|---|
| ☐ Owner ☐ Others   Name: _____ | TYPE OF DOCUMENT | COUNTY | STATE |
| I.D. presented: _____ | COURT | FILE OR DOCKET | DATE EXAMINED |
| Reason for Duplicate Title: ☐ Lost ☐ Stolen ☐ Mutilated | BRANCH OFFICE | EXAMINER (Prnt) | |

| CLAIM FOR TAX EXEMPTION | USE TAX RETURN | | |
|---|---|---|---|
| REASON: CHNG LIEN | 1. Purchase price or retail value, whichever is greater. | 0.00 | PURCHASE DATE: |
| | 2. 6% Tax | 0.00 | SELLER'S NAME AND ADDRESS: |
| I certify the tax exemption shown above is valid. Initial box: | 3. Credit for tax paid to a reciprocal state (proof attached) | 0.00 | |
| I certify I own this vehicle and all information on this application is correct to the best of my knowledge. | 4. Tax Being Paid | 0.00 | |

New Owner's/Applicants' Signature

X _JEROME VANGHELUME_ POA

X _____

**Contact a Secretary of State Branch office if you do not receive your new title within 60 days**

**This form or your title must be presented to purchase or transfer plates.**

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward, or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION:

| | | | AMOUNT RECEIVED | CHANGE |
|---|---|---|---|---|
| 05142012 W4 A135 170 0143 | 15.00 | 170A1350143 | | |

Ruth Johnson, Secretary of State
Authority granted under Public Act 300 of 1949 as amended.

TR-11L (5/99)

Michigan Department of State

# APPOINTMENT OF AGENT

### For a Vehicle, Watercraft, or Mobile Home

All Information Must Be Completed In Ink

I appoint    LINDA M. ADAMS _____

(agent's name)

Agent's address:    540 BANCROFT _____

IMLAY CITY, MI 48444 _____

Agent's Drivers License
Number or ID Card Number:  A 352 522 585 086 _____

as my agent to sign my name to legal documents pertaining to the sale or purchase
of the unit described below which is required to be titled under Michigan law.

| Year 10 | VIN 2B3CJ4DV8AH111921 |
|---|---|
| Make DODGE | License Plate Number (if any) |

### Vehicle, Watercraft, or Mobile Home Owner Information

| Owner's Name JEROME P. VANGHELUWE | |
|---|---|
| Owner's Street Address R200 35 MILE RD | City BRUCE TWP |

| State MI | Zip 48065-2532 | Daytime Phone Number ( 586 ) 823-8626 |
|---|---|---|

| Owner's Drivers License or ID Card Number V524402676517 | Owner's Date of Birth 6/30/1965 |
|---|---|

A false statement in connection with a title transaction is a crime.

Owner's Signature:    X _____

Authorities granted under Public Acts 300 of 1949, 160 of 1978, and 419 of 1976, as amended.

TR-128 (02/09)



**P.O. Box 8130**
**Hunt Valley, MD 21030**

May 01, 2012

Community Driven Cu
71260 Van Dyke
Romeo, MI 48065

VIN: 2B3CJ4DV8AH111921
Vehicle: 2010, Dodg, Challenger
PIF Date: 04/30/2012

To whom it may concern

Enclosed you will find the title and/or lien release for the vehicle noted above. If you have any questions, please contact our office at 888-925-ALLY(2559).

Sincerely,
Ally Financial

**Contact Information:** You can reach us by visiting **allyauto.com** or call **888-925-ALLY (2559).**

LXM011  RT FC  611915029784  T
MAIL

001.027755608





**P.O. Box 8100**
**Hunt Valley, MD 21030**

May 01, 2012

Name: Jerome Vangheluwe
VIN: 2B3CJ4DV8AH111921
Vehicle: 2010, Dodg, Challenger
Lien Date: 10/06/2009
Lien Amount: 23,594.99

To whom it may concern:

This is to inform you that Ally does not hold the title on the above described vehicle. The lien in favor of Ally has been satisfied and we hold no further interest.

Please be advised that Ally Financial, formerly known as GMAC Inc., GMAC LLC, GMAC or General Motors Acceptance Corp. is the same entity as Ally Financial with the following taxpayer identification number 38-0572512.

Sincerely,

**GMAC**

Title Service Representative
Ally Financial

Subscribed and sworn to me before me this 1st day of May, 2012.

Notary Public

**Contact Information:** You can reach us by visiting ally.com/auto or call 888-925-ALLY (2559).

LXM041 RLOLN LTR +1191502974
MAIL

001 42


# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | | BODY STYLE |
|---|---|---|---|---|---|
| 2B3CJ4DV8AH111921 | 2010 | DODGE | | | TWO DOOR |

| TITLE NUMBER | ISSUE DATE | ODOMETER | | BRAND/LEGEND |
|---|---|---|---|---|
| 167X2800068 A | 10/08/2009 | 000016 | | |

| WEIGHT/FEE CATEGORY | ODOMETER BRAND |
|---|---|
| 22 | *ACTUAL MILEAGE* |

**OWNER(S) NAME AND ADDRESS**
JEROME VANGHELUWE
23425 PLAYVIEW ST
SAINT CLAIR SHORES MI 48082

| First Secured Party | Filing Date |
|---|---|
| GMAC | |
| PO BOX 8118 | 10-07-2009 |
| COCKEYSVILLE          MD | 21030 |
| Release of First Lien: | |
| X _____ | |
| Signature of Agent          Date | |

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

| Printed Name of Purchaser(s) | | | Date of Sale | Selling Price |
|---|---|---|---|---|
| Purchaser's Street Address | City | State | | Zip |

I (we) certify that the odometer reading is ☐☐☐☐☐☐ ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)
☐ actual mileage ☐ not actual mileage  **WARNING ODOMETER DISCREPANCY** ☐ exceeds mechanical limits of odometer (odometer has rolled over)

| Signature of Seller(s) X | Printed Name of Seller(s) | | |
|---|---|---|---|
| Seller's Street Address | City | State | Zip |

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

"I am aware of the above odometer certification made by the seller(s)"

| Signature of Purchaser(s) X | Printed Name of Purchaser(s) |
|---|---|

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for title and presented to the Michigan Department of State.

Secured Party
COMMUNITY DEWEN CREDIT UNION  7760 VAN DYKE ROMEO MI 48065

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS**

JEROME VANGHELUWE
23425 PLAYVIEW ST
SAINT CLAIR SHORES MI 48082

### G66854252

**\*\*NOTICE TO SELLERS\*\***
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

## For Dealer Use Only

**First Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is [ ][ ][ ][ ][ ][ ] . [ ] and that to the best of my knowledge the odometer mileage is (No Tenths)

☐ actual mileage   ☐ not actual mileage   **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s)  X |
| Signature of Agent  X | Printed Name of Purchaser(s) |
| Date of Sale        Selling Dealer's License Number | Purchaser's Address |

**Second Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is [ ][ ][ ][ ][ ][ ] . ☒ and that to the best of my knowledge the odometer mileage is (No Tenths)

☐ actual mileage   ☐ not actual mileage   **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s)  X |
| Signature of Agent  X | Printed Name of Purchaser(s) |
| Date of Sale        Selling Dealer's License Number | Purchaser's Address |

**Third Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is [ ][ ][ ][ ][ ][ ] . ☒ and that to the best of my knowledge the odometer mileage is (No Tenths)

☐ actual mileage   ☐ not actual mileage   **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s)  X |
| Signature of Agent  X | Printed Name of Purchaser(s) |
| Date of Sale        Selling Dealer's License Number | Purchaser's Address |

**Fourth Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is [ ][ ][ ][ ][ ][ ] . ☒ and that to the best of my knowledge the odometer mileage is (No Tenths)

☐ actual mileage   ☐ not actual mileage   **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s)  X |
| Signature of Agent  X | Printed Name of Purchaser(s) |
| Date of Sale        Selling Dealer's License Number | Purchaser's Address |

**No Further Reassignments Permitted**

TR-133 (8/05)

**AUTHORITY GRANTED UNDER PUBLIC ACT 300 OF 1949, AS AMENDED**

**STATE OF MICHIGAN**

**APPLICATION FOR MICHIGAN TITLE**
**STATEMENT OF VEHICLE SALE**

DEPARTMENT OF STATE

Purchase Date ___10/06/09___   722403   Invoice/Stock No.

10072009 L5 X280 167 6068   1405.66
167X2800068
000016 A

Delivery Date ___10/06/09___   2336   AH111921   Invoice/Stock No.

*S.I. RECORD*

NEW PLATE
RENEWAL

Dealer  **PARKWAY CHRYSLER JEEP INC.**

BMC0562      06 30 10

Address  **21560 HALL RD.**

2010   DODGE   2DR CPE   1   50

City  **CLINTON TWP.**

Vehicle No.  2B3CJ4DV8AH111921   22   N/A

| County | State | Zip Code |
|---|---|---|
| **MACOMB** | **MICHIGAN** | 48038 |

Driver License No. PIDs of All Owners/Lessees

V524402676517   County of Residence   **MACOMB**   N/A

| Dealer License | Sales Tax License | Phone Number |
|---|---|---|
| A-001944 | B39-3388003 | (586) 465-7219 |

Vehicle Sold  New ☒  Used ☐  Demo ☐   Trade-In  Yes ☐  No ☒

**JEROME VANGHELUWE**
**23425 PLAYVIEW ST**
**ST CLAIR SHORES MI 48082**

Title Late Fee
15.00
Title Fee
N/A
Transfer Fee
1302.66
8.00
Total Trans. to 84

Trade-In Year   Make   Vehicle No.

**TEMPORARY VEHICLE REGISTRATION**
**USED TO TRANSFER PLATES**
**Expires 15 days after delivery date**

Plate transferred from  Year   Make
2006   **CHRYSLER**

1405.66
Full Rights to Survivor
Yes ☐ X  No ☐

Vehicle No.  2C3KA73DGH219807   Plate No. BMC0562   Temp. Expiration Date  10 21 09

| Insurance Company | Policy No. or Binder No. |
|---|---|
| **STATE FARM** | 2365507D1922B |

**VEHICLE USE AND HISTORY DISCLOSURE:**

First Secured Interest  **GMAC**   Filing Date

☐ A POLICE VEHICLE    ☐ VEHICLE HAS BEEN FLOOD-DAMAGED
☐ A GOVERNMENT VEHICLE    ☐ A SALVAGE TITLE HAS PREVIOUSLY BEEN ISSUED
☐ TAXI

Address  **PO BOX 8118**
City-State Zip  **COCKEYSVIL MD 21030**   10/06/09

Second Secured Interest

**ODOMETER MILEAGE**

Address

City-State Zip   Filing Date

The following section must be completed when odometer disclosure is required. The odometer mileage reading must match the mileage reading disclosed to the purchaser on the title and/or mileage statement.

NO TENTHS   1   6

| 1. PURCHASE PRICE OF VEHICLE (Including Freight & Accessories) | 22969.33 |
|---|---|
| 2. OTHER TAXABLE CHARGES (Documentary Fee, Service Fee, Temp. Reg. Fee, Etc.) | 75.00 |
| 3. TOTAL TAXABLE PRICE | 23044.33 |
| 4. (Above total) SALES TAX - LICENSE - TITLE | 1405.66 |
| 5. NON-TAXABLE CHARGES (Labor, Service Contract, Etc.) | N/A |
| 6. TOTAL DELIVERED PRICE | 24449.99 |
| 7. CASH ON DEPOSIT | 1,450.00 |
| 8. CASH DUE ON DELIVERY | |
| 9. TRADE-IN | $ N/A |
| 10. LESS LIEN | $ N/A |
| 11. TOTAL DOWN PAYMENT | 1450.00 |
| 12. UNPAID BALANCE TO BE FINANCED | 22999.99 |
| 13. INSURANCE CHARGE * | 595.00 |
| 14. TOTAL AMOUNT OF FINANCE CONTRACT | 23594.99 |

☒ Actual mileage   ☐ not actual mileage   ☐ exceeds mechanical limits of odometer

Factory Installed Accessories   ☒ Factory Last Affixed to Vehicle

Dealer Installed Accessories
When Optional to Purchaser

**REMARKS:**

* TYPE OF INSURANCE

WARNING: This insurance is not PL/PD No Fault insurance required by Michigan law.
☐ CREDIT LIFE    ☐ HEALTH & ACCIDENT
☒ GAP INSURANCE    ☐

**CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLES ONLY**

Temporary Registration No.   Temporary Fee Charged  Yes ☐  No ☒

Salesperson  **CHRISTOPHER GAURONSKAS**

I CERTIFY I SOLD THIS VEHICLE TO THE PURCHASER NAMED IN THIS FORM. I HEREBY WARRANT THE TITLE TO THE VEHICLE AND CERTIFY THAT THE VEHICLE IS SUBJECT ONLY TO THE SECURITY INTERESTS NAMED ABOVE.

Dealer's Signature   Title  **AGENT**

**PURCHASER WARNING: DO NOT SIGN BLANK FORM**

100609   Purchaser (Lessee) Signature

Date  X

Lessee's Signature

**PURCHASERS NOTE: IF VEHICLE TITLE IS NOT RECEIVED WITHIN 30 DAYS, CONTACT THE BUREAU OF AUTOMOTIVE REGULATION AT 1-800-292-4204**

**THIS FORM MUST BE TYPED ONLY**

Case 2:19-bk-14693-BR   Doc 74   Filed 01/17/23   Entered 01/17/23 16:01:59   Desc
Case 2:18-cv-10542-LJM-EAS Main Document No. 17   filed 06/26/18   Page 12 of 12
Page 53 of 72   PageID.1003   Page 12 of 12



**ODOMETER DISCLOSURE STATEMENT**

CUSTOMER'S NAME                    STOCK NO.

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

I, **PARKWAY CHRYSLER JEEP INC.** _____ (transferor's name, Print)

**16**

state that the odometer now reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|------|-------|-----------|
| **DODGE** | **CHALLENGER** | **2DR CPE** |

VEHICLE IDENTIFICATION NUMBER                     YEAR
**2B3CJ4DV8AH111921**                              **2010**

X _____
TRANSFEROR'S SIGNATURE

PRINTED NAME
**21560 HALL RD**
TRANSFEROR'S ADDRESS (STREET)

**CLINTON TOWNSHIP**        **MI**        **48038**
CITY                        STATE         ZIP CODE

**10/06/2009**
DATE OF STATEMENT

X _____
TRANSFEREE'S SIGNATURE

*JEROME VANGHELUWE*
PRINTED NAME

TRANSFEREE'S NAME
**JEROME VANGHELUWE**

**23425 PLAYVIEW ST**
TRANSFEREE'S ADDRESS (STREET)

**ST CLAIR SHORES**        **MI**        **48082**
CITY                        STATE         ZIP CODE

ODOM-103-N (4/90)

# Kentucky Records

Page: 1 Document Name: untitled

```
DT052A1 LVFC6413 REGIS INQUIRY BY PLATE, TITLE, VIN, NAME,DECAL   NEXT SCREEN
 ERK MK    PLATE 08 819NSH   TITLE 151880080182   VIN 2B3CJ4DV8AH111921 999
OWNER-1 FIELDS, JAMES ALEX JR             COUNTY BOON    DECAL 819NSH
TRANSITION TO-- TITLE INQ           CHAIN OF OWNERSHIP
OWNER-1 DL#        OWNER-2 DL#
REGISTRATION CO BOON    CTL# 00120347   TITLE STATUS SURREND.
REG CODE 00 REGULAR REGIS           REG STATUS CANCELLED
REG ACTION TYPE A AD VALOREM TAX RCPT   EXP DATE 04/30/16   REG DATE 07/07/15
REG ACTION DATE   12/03/16          RMKS
EXEMPT TYPE/CITY                    TITLE BRAND
VEHICLE STATUS ON ACTIVE DB         VEH TYPE A  MAKE DODG      MODEL CHALL
MODEL#        CYL 06  YR MODEL 10   STYLE 2D    COLOR GRY      GROSS WT
              ODOMETER  101117      MOTOR #                    NO OF LIENS 0
FEES/TAXES----REG---CLERK       .00 STATE      .00
              TITLE-CLERK       .00 STATE      .00
              USAGE-VALUE  15500.00 TAX     930.00  U-TAX EXCP  AF
              CURR NADA     9700.00 TAX     582.00  ADVAL TAX DUE        .00
ADDRESS 993 MISTIFLOWER LN    CITY FLORENCE      STATE KY     ZIP 410420000
                     OWNER-1 BIRTH MO  4  OWNER-1 SSN ▓▓▓▓▓▓▓▓
OWNER-2                               OWNER-2 SSN
LEASEE                                COUNTY OF RESIDENCE
ADDRESS              CITY             STATE       ZIP
M190-PRESS PFKEY 8 FOR NEXT PAGE

                                                         DT052A1
```

STATE OF KENTUCKY
COUNTY OF JEFFERSON    SCT

I, Bobbie Holsclaw, Clerk of the Jefferson County Court, do
hereby certify that the foregoing contains a full, true and
correct copy as taken from and compared with the original
records in my office, of which I am Legal Custodian. This
document contains __3__ page(s) and bears my seal on
each attached page.
Witness my hand this _28_ day of _June_ of 201_8_

            BOBBIE HOLSCLAW, Clerk
        By _Mary Kimbrough_ D C

Date: 6/28/2018 Time: 2:55:06 PM

Page: 1 Document Name: untitled

DT052B0 LVFC0413    CHAIN OF OWNERSHIP BY TITLE OR PLATE      NEXT SCREEN
                                                             PAGE 01
CLERK MK       TITLE 151880080182          PLATE 08 819NSH
TRANSITION TO-- SEQ NO                     REGISTRATION INQ

VEHICLE STATUS ON ACTIVE DB    VEH TYPE A  VIN 2B3CJ4DV8AH111921 999  MAKE DODG
MODEL CHALL    MODEL#          CYL 06      YR MODEL 10  STYLE 2D    COLOR GRY
                               EMPTY WT                 MOTOR #
--------------------------------TITLE------------------------------------
SEQ   NUMBER                  NAME              CITY     ST STATUS   DATE
 1 151880080182 FIELDS, JAMES ALEX JR       FLORENCE    KY SURREN 05/19/16
 2 151750080203 KERRY TOYOTA                FLORENCE    KY DEALER 07/07/15
 3 122930340333 DUNCAN, SAMANTHA            WALLINGFORD KY SURREN 06/24/15
 4 122930340331 PAUL MILLER FORD, INC       LEXINGTON   KY NO TIT 10/19/12
 5 170A1350143                                          MI


M01-LIST COMPLETE

                                                              DT052B0

Page: 1 Document Name: untitled

```
DT052A6 LVFC6413  TITLE INQUIRY BY TITLE NO, PLATE, VIN, NAME    NEXT SCREEN
LERK MK    TITLE 151880080182    PLATE 08 819NSH    VIN 2B3CJ4DV8AH111921 999
          OWNER-1 FIELDS, JAMES ALEX JR             COUNTY BOON
TRANSITION TO-- REGIST INQ       CHAIN OF OWNERSHIP
OWNER-1 DL#         OWNER-2 DL#
TITLE STAT SURREND.   STAT DT 05/19/16 TITLE TYPE TRANSFER   ISSUED DT 08/20/15
ADDRESS 993 MISTIFLOWER LN   CITY FLORENCE       STATE KY  ZIP 410420000
               OWNER-1 BIRTH MO  4    OWNER-1 SSN

OWNER-2                               OWNER-2 SSN
PREV OWNER                            PREV ST/TITLE KY 151750080203
                  REMARKS OH
               MICROFILM APPLIC----  REEL          BLIP
                       TITLE-----  REEL 2015     BLIP 0821
VEHICLE STATUS ON ACTIVE DB       VEH TYPE A  MAKE DODG    MODEL CHALL
MODEL #          CYL 06       YR MODEL 10 STYLE 2D    COLOR GRY
                ODOMETER   101117
                EMPTY WT      MOTOR #
                CERTIFIED 1    FROM DEALER              TO DEALER
PENDING LIEN            NO OF LIENS
LIEN 1 NAME                  CO      TYPE    FILE         STATUS
LIEN 2 NAME                  CO      TYPE    FILE         STATUS

                                                  DT052A6
```

# Ohio Records

## OHIO BUREAU OF MOTOR VEHICLES

PO BOX 16520
COLUMBUS, OH 43216-6520

The foregoing is a true and accurate vehicle registration. Vehicle Registration records are provided pursuant to Section 4503.26(A) of the Ohio Revised Code.

Registrar, Ohio Bureau of Motor Vehicles

Date:    07-10-2018          User:    mdickerson          Customer Name:    BMV - MDICKERSON

### Title Information

| | | | | |
|---|---|---|---|---|
| Title Number | **4804950797** | Prev Title Number | **151880080182** | County Of Residence **48** |
| Control Number | **127099573** | Prev Title State | **KY** | Reassign State |
| Title Status | **ACTIVE** | Title Type **ORIGINAL** | | Current Status Date **5/13/2016** |
| Evidence | **NON-OHIO TITLE** | Issue Date **5/13/2016** | | Surrendered To State |
| Purchase Date | **5/13/2016** | | | |
| Title Trans Comments | | | | |
| Transation Comments | | | | |

| Inactive Reason | Admin Hold |
|---|---|
| Type | Type |
| Text | Date |
| | Desc |

### Property Information

| | | | | | |
|---|---|---|---|---|---|
| VIN/WIN/MIN | **2B3CJ4DV8AH111921** | Year | **2010** | Property Type | **VEHICLE** |
| Suffix | | Body Type | **2D** | Condition | **FAIR** |
| Make | **DODG** | Desc | **DODGE** | Mileage | **110989** |
| Model | **--** | Desc | **--** | Mileage Brand | **ACTUAL** |
| Conversion | | | | Mileage Just Code | |
| Title Chain Comments | | | | | |
| Brand | | Brand Desc | | | |
| Brand | | Brand Desc | | | |
| Brand | | Brand Desc | | | |

### Miscellaneous Information

| | | | |
|---|---|---|---|
| # Liens **0** | # Active Liens **0** | # Owners **1** | TOD **0** |

### Owner Information

| | | | | |
|---|---|---|---|---|
| Last Name **FIELDS** | First Name **JAMES ALEX** | M.I. | Suffix **JR** | |
| Dealer Permit # | Vendor License # | | | |
| Company Name | | Dealer Name | | |
| Street **6853 DEER RIDGE RD - #16** | | | | |
| City **MAUMEE** | State **OH** | Country **USA** | Zip **43537** | International Zip |

### 2nd Owner Information

| | | | | |
|---|---|---|---|---|
| Last Name | First Name | M.I. | Suffix | |
| Dealer Permit # | Vendor License # | | | |
| Company Name | | Dealer Name | | |
| Street | | | | |
| City | State | Country | Zip | International Zip |

## Previous Owner Information

| Last Name | First Name | | M.I. | Suffix |
|---|---|---|---|---|

Dealer Permit #                    Vendor License #

Company Name  **KERRY TOYOTA SCION**                    Dealer Name

Street  **UNKNOWN**

City  **XXX**                State  **KY**        Country  **USA**     Zip  **43299**    International Zip

## Lien Information

Lien Name                                          Status

Street                                              Issue Date

City                        State          Zip          Cancel Date

## Receipt Information

| | | |
|---|---|---|
| Business Date  **5/13/2016** | User ID  **GAS** | Price  **0.00** | Trade In  **0.00** |
| Total Fees  **18.50** | Total Taxes  **0.00** | Total Paid  **20.00** | Change  **1.50** |
| Sales Tax Credit  **0.00** | Exemption Code  **CV** | Vendor Discount  **0.00** | |
| Broker Permit # | Broker Vendor # | Broker Name | |

# Resumé

# JASMINE BARTLETT

929 Burning Bush Point Monument CO 80132  |  Bartlettjma@icloud.com  |  720-255-5699

**OPERATIONS MANGER/PROCESSING MANAGER** AUTOMOTIVE TITLING CORPORATION
08/05/2014-CURRENT

Handle out of state title processing for all 50 states.  Receive files from dealerships and gather needed information, contact dealership for missing information.  Invoice file upon return of plates/registration through QuickBooks and request additional monies owed or disburse refund checks.  Prepare reports for end of month income statements.  Take incoming phone calls from DMV's in all states requesting additional information, problem solve through phone calls to obtain information needed and or request additional information from dealers to complete file.  Lead a team of 22+ employees to ensure all processes are working in the most efficient and updated manner.  Create and implement any policy changes that would directly allow our customers and employees to benefit in a more positive way.

**LEAD TELLER** CENTRAL NATIONAL BANK
06/2013-06/2014

Greet customers, take incoming phone calls and resolve issues that arise for customers and their banking needs.  Order funds for the branch and ensure vault was balanced daily.  Conduct transactions daily to deposit/withdraw funds.  Balance teller drawers perform audits as needed.

**LOAN PROCESSOR/MORTGAGE LOAN OFFICER ASSISTANT** WINTRUST MORTGAGE
07/2011-04/2012

Review files for adherence to underwriting standards and ensure completeness of submission.  Contact borrower and/or mortgage officer to collect necessary documentation, evaluate documents when received to ensure financial statements, income statements, and insurance documents were what the loan program called for in a qualification aspect.  Act as a liaison between origination staff, underwriters, and customers.  Order title documents and ensure liens were cleared and accurate.  Ensure loan product fit with FNMA/FHA/VA guidelines, perform self-employment analysis as needed.

**LOAN PROCESSOR/MORTGAGE LOAN OFFICER ASSISTANT** METLIFE HOME LOANS
10/2009-07/2011

Review files for adherence to underwriting standards and ensure completeness of submission.  Contact borrower and/or mortgage officer to collect necessary documentation, evaluate documents when received to ensure financial statements, income statements, and insurance documents were what the loan program called for in a qualification aspect.  Act as a liaison between origination staff, underwriters, and customers.  Order title documents and ensure liens were cleared and accurate. Ensure loan product fit with FNMA/FHA/VA guidelines, perform self-employment analysis as needed.

**LOAN PROCESSOR/MORTGAGE LOAN OFFICER ASSISTANT** FIRST STATE BANK
07/2008-09/2009

Review files for adherence to underwriting standards and ensure completeness of submission.  Contact borrower and/or mortgage officer to collect necessary documentation, evaluate documents when received to ensure financial statements, income statements, and insurance documents were what the loan program called for in a qualification aspect.  Act as a liaison between origination staff, underwriters, and customers. Order title documents and ensure liens were cleared and accurate.  Ensure loan product fit with FNMA/FHA/VA guidelines, perform self-employment analysis as needed.

**TELLER MANAGER/PERSONAL BANKER** US BANK

02/2007-07/2008

Ship/order cash for branch weekly.  Balance teller drawers and perform audits/coaching when necessary.  Ensure weekly sales goals were being met, coach if necessary.  Assist customers in their daily banking needs, open new accounts and loans when needed.

EDUCATION | **AMERICAN MILITARY UNIVERSITY**, ONLINE SCHOOLING

BACHELOR - PSYCHOLOGY

2 years remaining, on a break currently

**KIOWA HIGH SCHOOL, KIOWA CO**

2002-2005

Graduated with a 3.875 GPA

# EXHIBIT "5"

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Joel Vangheluwe and Jerome
Vangheluwe,

     *Plaintiffs*,

     v.

GotNews, LLC, Freedom Daily,
LLC, Charles C. Johnson, Alberto
Waisman, Jeffrey Rainforth, Jim
Hoft, David Petersen, Jonathan Spiel,
Shirley Husar, Eduardo Doitteau,
Lita Coulthart-Villanueva, Kenneth
Strawn, Patrick Lehnhoff, Beth
Eyestone, Lori Twohy, Raechel
Hitchye, James Christopher Hastey,
Christopher Jones, Connie Comeaux,
Gavin McInnes, Richard Weikart,
and Paul Nehlen,

     *Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

## AFFIDAVIT OF ALEXANDREA ROLAND

BEFORE ME, the undersigned authority, on this day personally appeared Alexandrea Roland

who, after being sworn by me, state upon his oath:

1. My name is Alexandrea Roland, and I am over the age of twenty-one, of sound mind and

   memory and am otherwise fully competent to make this affidavit. The facts stated in this

   affidavit are based upon my personal knowledge, and they are true and correct.

2. I am a legal clerk for Sommerman, McCaffity & Quesada, LLP and am authorized to

   make this affidavit.

3. On July 16, 2018, I Googled "GotNews" and then clicked on their "Research Tips

&Tools" tab.

4. The attached web printout, as part of Exhibit #4, is a true and correct copy of GotNews'

   Research Tips &Tools page.

5. FURTHER AFFIANT SAYETH NOT

Alexandrea Roland

SUBSCRIBED TO AND SWORN TO before me, the undersigned authority, on this

17ᵗʰ day of _July_ , 2018

Notary Public, State of Texas

KATHLEEN M. GATZEMEYER
Notary Public, State of Texas
My Commission Expires
March 20, 2019



# Research Tips & Tools

Facebook    Twitter    Reddit    100    E-mail    SMS    Total: 100

## Tips

These are the secrets to success that we give to you for free. Why are we doing that?

Because we want you to join our research revolution. If you're very good we will hire you. **How do you get our attention?** You discover something timely and truthful that is interesting.

- Pick a target. There's no story if there's no "who" or "what."

- **Follow and Observe the targets on Twitter, on Facebook, online.** Read every single thing you can about them. Know how to modify your LinkedIn privacy settings to view other accounts anonymously, in "Private mode." Search their targets' writings online to see if you can detect patterns of behavior or networks.

- Boil it down. If you can't explain it in 100 characters or fewer you, haven't finished.

- Simplify. Make a claim. Back it up with a document.

- Is this story already out there? Maybe. Don't try to reinvent the wheel.

- **Timing is everything.** Timing is everything. Timing is everything. Why is the story relevant now?

- Look for unguarded moments.



   



The lion's share of the funds required to run this website comes from donations. Please

- Start with earlier in a career. College, high school, first marriage.

- Look at the family as well. Power couples, family businesses.

- Follow the money and the followers or friends.
  - You can monitor lobbying activity, on a quarterly basis, through the Lobbying Disclosure Act database.
  - You can query some foundations' charitable giving through the Foundation Center database.

- Begin with paper; end with people.

- You may use phone conversations, provided they are recorded and you release the unedited audio and a transcript. You may use phone conversations, but provided they are recorded and you release the unedited audio and a transcript. But consult your local law as to whether consent is required from the other party for recordings. The Reporters Committee for Freedom of the Press maintains a database of state-by-state recording-consent laws.

- Every public figure has a story that he or she tells.

- **Make chaos**. The more chaos, the more your Black Swan out of the box style thinking will work.

- Most public figures are more fragile than they appear. Most success is built on a series of lies.

- Eschew politically correct explanations of complex phenomena.

- **Violate taboos** but don't break laws.

- Trust nothing anyone ever writes that you can't prove for yourself.

- Humans are tribal more than they are ideological.

support independent journalism. If you'd like to hire our research team, email us at

TIPS@GOTNEWS.COM .



- Get a Lexis-Nexis account (or get access to one).

- Use "operators" to refine searches on Google (e.g. site:) video.

- Familiarize yourself with Worldcat.org for finding difficult to find books or records.

- **Build close relationships with other researchers**, hackers, photographers, bartenders, truck drivers, Uber drivers, cops.

- Be willing to pay for documents or videos.

- Content is king but distribution is key. Build networks of like-minded researchers.

- **Keep your files and notes organized from Day One.**

- Use quotation marks when searching.

- Every public figure has a story they hope NO ONE will tell.

- Learn how to do a PDF search.

- Familiarize yourself with Gov databases like FEC, SEC and how to use them.

- Learn how to weed through and understand "Legal-ese."

- Pay attention to obscure terminology and acronyms. Government entities, in particular, use their own keywords. A hammer is never called a "hammer" in Govt speak*.

- Screenshot, screenshot, screenshot!

- Keep your mind open when starting your research. Drawing premature conclusions will limit what you find EVERY time.

**Tweets** by @BasedOps

Based Operations Retweeted

 **Lauren Southern**
@Lauren_Southern

Vindicated!

Europe stops migrant boats and is now pressing charges for human trafficking.

This is for all the morons who called me a terrorist. The companies like @Patreon who disavowed me. The right wingers who thought I went too far. You were wrong.youtu.be/_WppMC8jgFE

▶ YouTube @YouTube



Jul 2, 2018

Based Operations Retweeted

 **Jon Schwarz**
@schwarz

In Seymour Hersh's amazing new memoir he mentions the time he and Bob Woodward and Carl Bernstein briefly discussed crowdfunding a joint

Embed                                    View on Twitter

*This is how Kevin Mitnick "hacked" the phone company so many times. He knew the internal lingo so well that he could pass for a 20 year Ma Bell vet whenever he was on the phone to the main office. He learned all their internal terminology by dumpster diving for memos and employee handbooks.

## Tools

### Feedly **(news feed monitoring)**

Move through published stories on websites that you monitor as fast as you go through tweets by "J-walking" (Hitting the J or K keys on your keyboard allows you to toggle through dozens of stories per minute). Organize your feeds into your own categorization scheme and strip out all that pesky formatting. Feedly also integrates with other tools like Bit.ly, Buffer, OneNote, Pocket, HootSuite and DropBox to speed your workflow and archiving process.

### Fotor **(free online photo editing)**

Do you need an effective and free online photo editing application? Fotor provides a suite of image processing tools ranging from basic cropping to HDR (High Dynamic Range) processing, Fotor delivers professional-level photo editing accessible to anyone in a webpage.

### FOIA Machine **(quicker Freedom of Information Act requests)**

FOIA Machine is an open-source platform that empowers citizens and journalists to easily prepare, file and track multiple public records requests to various governmental and public agencies worldwide. This site helps users access government documents and data that are covered by Freedom of Information Act (FOIA) laws allowing citizens to obtain information vital to the workings of their government.

### The World's Best Plagiarism Checker

Grammarly's plagiarism checker crosschecks your text against over 8 billion web pages, detecting plagiarized passages and highlighting sections that have been previously published elsewhere.



LETTER *from* the EDITOR

## Dropbox (for Screenshots)

Dropbox has a handy feature that lets you make screenshots, organize and share them automatically.

## Worldcat.Org

WorldCat is the world's largest network of library content and services. WorldCat libraries are dedicated to providing access to their resources on the Web, where most people start their search for information.

Facebook    Twitter    Reddit    100    E-mail    SMS    **Total: 100**

| RESOURCES | SECTIONS | TOPICS | DONATE |
|---|---|---|---|
| About GotNews | News | Donald Trump | Please support |
| Videos | Opinion | Censorship | independent |
| Research Tips | Culture | Democratic Party | journalism. |
| Contact | | ISIS | |
| | | wikileaks | |

GotNews Network
25,039 Monthly People
quantcast Jul 14, 2018
Global Daily People (3 months)
4721
645
Apr 16, 2018    Jul 14

**฿bitcoin**
ACCEPTED HERE

©2018 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


_____          _____
 *Date*                   *Printed Name*                               *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.