Wesley H. Avery
Chapter 7 Trustee
758 E. Colorado Blvd. # 210
Pasadena CA 91101
wes@averytrustee.com
Telephone No. (626) 395-7576
FAX No. (661) 430-5467

*Fiducia in faciem dubitationem*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**GOT NEWS, LLC**, a suspended California limited liability company,<br><br>Debtor.<br><br>TID # 47-1862195 | Case No. 2:19-bk-14693-BR<br>Chapter 7<br><br>**REPLY TO OPPOSITION TO MOTION FOR ORDER SUSTAINING THE TRUSTEE'S OBJECTION TO PROOF OF CLAIM # 4 FOR LACKING SUFFICIENT EVIDENTIARY DOCUMENTATION**<br>**[Fed. R. Bank. P. 3007]**<br><br>Date:   January 31, 2023<br>Time:   10:00 a.m.<br>Place:  U.S. Courthouse<br>        Courtroom 1668<br>        255 E. Temple St.<br>        Los Angeles, CA 90012 |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE AND CLAIMANT JOEL VANGHELUWE, AN INDIVIDUAL:

Comes now the Trustee[1] in reply to the "Amended Response" of the Son filed as document 76 on January 18, 2023 (the "Opposition") to the Motion objecting to Claim # 4 filed as document # 66 on December 11, 2022 (the "Motion"). A comparison of the Opposition to the Motion reveals as follows.

1.      The Trustee does not dispute the liability of the Estate to the Son.

---

[1] All initially capitalized terms herein shall have those definitions as in the Motion.
C:\Users\Client\Desktop\WHA-T7\Got News\Got News Pleadings\3007 Reply.docx

1

2. The Son does not dispute that Claim # 4 remains unliquidated, and that he has no evidence to support an award of $800,000 as opposed to any other figure either higher or lower.

3. The co-plaintiffs in the Defamation Lawsuit were the Son and his Father. The Father settled with the Debtor for $19,990.00. <u>The Son settled with the Debtor's principal for $4,990.</u>

4. All assets of the Estate have been fully administered, and there is approximately $30,000 Funds on Hand. Administrative claims are estimate at $11,875.15. Priority tax claims filed by the California Franchise Tax Board against the Estate total $6,184.26. All other non-priority unsecured claims (other than Claim # 4) total $127,660.78 in comparison to $800,000 for Claim # 4. Assuming the administrative and priority claims are allowed by the Court as asserted, if the Motion is granted then non-priority unsecured claims will receive a dividend of approximately 8.1¢ on the dollar, and if the Motion is denied granted then non-priority unsecured claims will receive a dividend of approximately 1.3¢ on the dollar. As such, there is no need for a trial here.

5. As stated in the Motion, the Trustee recommends that Claim #4 be allowed as a non-priority unsecured claim in the amount of $19,990 so that this Estate may close.

Date: January 24, 2023

_/s/ Wesley H. Avery_
Wesley H. Avery
Chapter 7 Trustee

2

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. I am an employee of Law Offices of Wesley H. Avery, APC, and my business address is 758 E. Colorado Blvd. Ste. 210, Pasadena, CA 91101. A true and correct copy of the foregoing document entitled (*specify*): **Reply** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 11, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Wesley H Avery (TR)**   wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;lupe@averytrustee.com
- **Mane Sardaryan**   msardaryan@skiermontderby.com, mjung@skiermontderby.com
- **Alex J Shepard**   ecf@randazza.com
- **Larry D Simons**   larry@lsimonslaw.com, simonsecf@gmail.com;simonslr44533@notify.bestcase.com
- **Andrew Sommerman**   andrew@textrial.com, kgatzemeyer@textrial.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 11, 2022,, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Got News, LLC, 5812 Temple City Blvd. # 402, Temple City CA 91780
Hon. Barry Russell, USBC, 255 E. Temple Street #1660, Los Angeles CA 90012
Claimant Joel Vangheluwe, c/o Andrew B. Sommerman, Esq., 3811 Turtle Creek Blvd., Suite 1400, Dallas TX 75219

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 11, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/11/22 | Lupe Castillo | /s/ Lupe Castillo |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE