| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Wesley H. Avery<br>Chapter 7 Trustee<br>758 E. Colorado Blvd. # 210<br>Pasadena CA 91101<br>Telephone No. (626) 395-7576<br>FAX No. (661) 430-5467<br><br>[X] Individual *appearing without an attorney*<br>[ ] *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GOT NEWS, LLC, a suspended California limited liability company,<br><br>Debtor.<br><br>Debtor(s) | CASE NO.: 2:19-bk-14693-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Objection to claim |

PLEASE TAKE NOTE that the order titled Order on objection to claim _____

was lodged on (*date*) __02/01/2023__ and is attached. This order relates to the motion which is docket number 66 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                         F 9021-1.2.BK.NOTICE.LODGMENT

1 Wesley H. Avery
Chapter 7 Trustee
2 758 E. Colorado Blvd. # 210
Pasadena CA 91101
3 wes@averytrustee.com
4 Telephone No. (626) 395-7576
FAX No. (661) 430-5467
5

6 *Fiducia in faciem dubitationem*

7

8                 UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11 In re

12 GOT NEWS, LLC, a suspended California limited liability company,

13

14 Debtor.

15 TID # 47-1862195

Case No. 2:19-bk-14693-BR
Chapter 7

**ORDER ON OBJECTION TO CLAIM**
**[Fed. R. Bank. P. 3007]**

Date: January 31, 2023
Time: 10:00 a.m.
Place: U.S. Courthouse
Courtroom 1668
255 E. Temple St.
Los Angeles, CA 90012

18 **IN SAID DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE ASCRIBED**
19 **BELOW:**

20     The hearing on the motion filed on December 11, 2022 as document # 66 (the "Motion")
21 by Wesley H. Avery, the duly appointed and acting *pro se* chapter 7 trustee of the bankruptcy
22 estate of the above-captioned debtor Got News LLC, a suspended California limited liability
23 company, that objected to Claim #4 filed on 08/12/2019 by Joel Vangheluwe, an individual in the
24 non-priority unsecured amount of $800,000.00 ("Claim # 4") came on regularly for hearing at the
25 date, time and courtroom stated above.    Appearances were as stated on the record.
26 **WHEREFORE,** with good cause appearing, it is hereby
27     **ORDERED** that the Motion is granted in part; and it is further
28

1     **ORDERED** that Claim #4 is allowed in the non-priority unsecured amount of
2 $200,000.00.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. I am an employee of Law Offices of Wesley H. Avery, APC, and my business address is 758 E. Colorado Blvd. Ste. 210, Pasadena, CA 91101. A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 11, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Wesley H Avery (TR)**   wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;lupe@averytrustee.com
- **Mane Sardaryan**   msardaryan@skiermontderby.com, mjung@skiermontderby.com
- **Alex J Shepard**   ecf@randazza.com
- **Larry D Simons**   larry@lsimonslaw.com, simonsecf@gmail.com;simonslr44533@notify.bestcase.com
- **Andrew Sommerman**   andrew@textrial.com, kgatzemeyer@textrial.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 11, 2022,, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Got News, LLC, 5812 Temple City Blvd. # 402, Temple City CA 91780
Hon. Barry Russell, USBC, 255 E. Temple Street #1660, Los Angeles CA 90012
Claimant Joel Vangheluwe, c/o Andrew B. Sommerman, Esq., 3811 Turtle Creek Blvd., Suite 1400, Dallas TX 75219

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 11, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/11/22 | Lupe Castillo | /s/ Lupe Castillo |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE