Wesley H. Avery
Chapter 7 Trustee
758 E. Colorado Blvd. # 210
Pasadena CA 91101
wes@averytrustee.com
Telephone No. (626) 395-7576
FAX No. (661) 430-5467

*Fiducia in faciem dubitationem*

FILED & ENTERED

FEB 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**GOT NEWS, LLC**, a suspended California limited liability company,<br><br>Debtor.<br><br>TID # 47-1862195 | Case No. 2:19-bk-14693-BR<br>Chapter 7<br><br>**ORDER ON OBJECTION TO CLAIM**<br>**[Fed. R. Bank. P. 3007]**<br><br>Date:    January 31, 2023<br>Time:   10:00 a.m.<br>Place:   U.S. Courthouse<br>              Courtroom 1668<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

**IN SAID DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE ASCRIBED BELOW:**

The hearing on the motion filed on December 11, 2022 as document # 66 (the "Motion") by Wesley H. Avery, the duly appointed and acting *pro se* chapter 7 trustee of the bankruptcy estate of the above-captioned debtor Got News LLC, a suspended California limited liability company, that objected to Claim #4 filed on 08/12/2019 by Joel Vangheluwe, an individual in the non-priority unsecured amount of $800,000.00 ("Claim # 4") came on regularly for hearing at the date, time and courtroom stated above. Appearances were as stated on the record. **WHEREFORE**, with good cause appearing, it is hereby

**ORDERED** that the Motion is granted in part; and it is further

1     **ORDERED** that Claim #4 is allowed in the non-priority unsecured amount of $200,000.00.

###

Date: February 9, 2023

Barry Russell
United States Bankruptcy Judge