**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: GOT NEWS, LLC § Case No. 2:19-bk-14693-BR
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Wesley H. Avery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $145,616.78 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $16,611.91 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $14,409.84 | | |

　　　　3) Total gross receipts of $31,021.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,021.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,399.08 | $14,409.84 | $14,409.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $7,101.86 | $7,101.86 | $7,101.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,178,210.05 | $927,660.78 | $327,660.78 | $9,510.05 |
| **TOTAL DISBURSEMENTS** | $1,178,210.05 | $949,161.72 | $349,172.48 | $31,021.75 |

4) This case was originally filed under chapter 7 on 04/24/2019. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2023    By: /s/ Wesley H. Avery
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: HSBC (xx7641) | 1129-000 | $31,021.75 |
| **TOTAL GROSS RECEIPTS** | | **$31,021.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wesley H. Avery | 2100-000 | NA | $3,852.18 | $3,852.18 | $3,852.18 |
| Trustee, Expenses - Wesley H. Avery | 2200-000 | NA | $613.70 | $613.70 | $613.70 |
| Bond Payments - BOND | 2300-000 | NA | $73.26 | $73.26 | $73.26 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $0.00 | $10.76 | $10.76 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $1,593.86 | $1,593.86 | $1,593.86 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $140.93 | $140.93 | $140.93 |
| Attorney for Trustee Fees (Other Firm) - Larry D. Simons | 3210-000 | NA | $6,997.50 | $6,997.50 | $6,997.50 |
| Attorney for Trustee Expenses (Other Firm) - Larry D. Simons | 3220-000 | NA | $127.65 | $127.65 | $127.65 |
| Accountant for Trustee Fees (Other Firm) - Menchaca & Company LLP | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$14,399.08** | **$14,409.84** | **$14,409.84** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Franchise Tax Board | 5800-000 | $0.00 | $3,406.47 | $3,406.47 | $3,406.47 |
| 6-3 | FRANCHISE TAX BOARD | 5800-000 | NA | $3,695.39 | $3,695.39 | $3,695.39 |
| N/F | Employment Development Dept. Bankruptcy Group MIC 92E | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Los Angeles County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State Boatd of Equalization Account Information Group MIC 29 | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$7,101.86** | **$7,101.86** | **$7,101.86** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Franchise Tax Board | 7100-000 | NA | $4,480.95 | $4,480.95 | $130.06 |
| 2 | Freestartr, LLC | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $2,902.41 |
| 3 | Jerome Vangheluwe Attn Andrew B Sommerman c/o Sommerman McCaffity & Quesada | 7100-000 | $800,000.00 | $19,990.00 | $19,990.00 | $580.19 |
| 4 | Joel Vangheluwe | 7100-000 | $0.00 | $800,000.00 | $200,000.00 | $5,804.81 |
| 5 | Randazza Legal Group, PLLC | 7100-000 | $0.00 | $3,189.83 | $3,189.83 | $92.58 |
| N/F | CCJ Strategies, LLC | 7100-000 | $278,210.05 | NA | NA | NA |
| N/F | Parasec | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,178,210.05** | **$927,660.78** | **$327,660.78** | **$9,510.05** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:19-bk-14693-BR
**Case Name:** GOT NEWS, LLC

**For Period Ending:** 10/16/2023

**Trustee Name:** (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):** 04/24/2019 (f)
**§ 341(a) Meeting Date:** 05/29/2019
**Claims Bar Date:** 08/12/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account: HSBC (xx7641) | 5,563.02 | 31,021.75 | | 31,021.75 | FA |
| 2 | Savings Account: HSBC (xx7684) | 25,558.73 | 25,558.73 | | 0.00 | FA |
| 3 | Domain Name: gotnews.com<br>Registered with GoDaddy.com, LLC | Unknown | 1.00 | | 0.00 | FA |
| 4 | Pending Lawsuit<br>Pending Interlocutory Appeal of the denial of the anti-SLAPP motion filed by debtor (Appeal No. 19-1162 Sixth Circuit) in underlying litigation : Vangheluwe v. Got News, LLC Case no. 2:18-cv-10542-LJM-EAS (Eastern District of Michigan) | 120,058.05 | 120,058.05 | | 0.00 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$151,179.80** | **$176,639.53** | | **$31,021.75** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 2:19-bk-14693-BR | **Trustee Name:** (001270) Wesley H. Avery |
| **Case Name:** GOT NEWS, LLC | **Date Filed (f) or Converted (c):** 04/24/2019 (f) |
| | **§ 341(a) Meeting Date:** 05/29/2019 |
| **For Period Ending:** 10/16/2023 | **Claims Bar Date:** 08/12/2019 |

**Major Activities Affecting Case Closing:**

All checks cleared; TDR submitted

REPORTING PERIOD ENDING JUNE 30, 2023 (AGED CASE)

TFR granted, order lodged (LOU 11280083).

TFR hearing set for May 23, 2023 at 10:00 AM in Courtroom 1668.

All assets administered and claim objection resolved. TFR submitted 3/14/2023.

2/9/2023 [Docket 79]: Order Granting Motion in part for claim #4. Claim allowed as non priority unsecured claim in the amount of $200,000 (BNC-PDF) (Related Doc # [66]) Signed on 2/9/2023 (WT)

REPORTING PERIOD ENDING DECEMBER 31, 2022 (AGED CASE)

Trustee has filed a claim objection to POC #4. Hearing was set for 1/10/2023, then continued to 1/31/2023 per stipulation by parties. Upon court's ruling on the claim objection, Trustee will proceed with closing preparation for the case.

12/11/2022 [Docket 66]: Objection to Claim #4 by Claimant Joel Vangheluwe. in the amount of $ 800,000.00 Filed by Trustee Wesley H Avery (TR). (Attachments: # (1) Exhibit 3 Part I # (2) Exhibit 3 Part II # (3) Exhibit 4 Part I # (4) Exhibit 4 Part II # (5) Exhibits 5 and 6 and POS) (Avery (TR), Wesley)

REPORTING PERIOD ENDING JUNE 30, 2022 (AGED CASE)

Trustee was in negotiations with general unsecured creditor who has an unliquidated claim. After lengthy negotiation discussions, an agreement was not reached. Trustee is preparing an objection to the claim accordingly. Upon resolution of the claim objection, Trustee will submit TFR.

REPORTING PERIOD ENDING JUNE 30, 2021

Quarterly review for PE 6/30/2021: All assets have been administered. Request for court costs and Notice to Professionals filed on 6/7/2021. Trustee is waiting for the final estate tax return and final fee applications to proceed with closing preparation.
-Liquidation Approach/Analysis: Trustee has administered a total of $31,021.75 from the turnover of bank account funds. Trustee anticipates approximately $20,000 to be paid to general, unsecured creditors.

Quarterly review for PE 3/31/2021: No significant changes since prior reporting period. Trustee's counsel has continued to pursue potential avoidance actions, which are still under investigation.
-Liquidation Approach/Analysis: Attorney fees/expenses to date are approximately $5,000. The distribution to creditors will depend on the recovery from the pending state court actions.

2/25/2021 [Docket 54]: Motion for 2004 Examination Filed by Creditors Jerome Vangheluwe, Joel Vangheluwe (Attachments: # (1) Exhibit Got News Article # (2) Exhibit 2020 Emails # (3) Exhibit Simons Email # (4) Exhibit Tetford Emails # (5) Proposed Order) (Sommerman, Andrew)

Quarterly review for PE 12/31/2020: Trustee's counsel has continued to pursue potential avoidance actions, which are still under investigation.
-Liquidation Approach/Analysis: Attorney fees/expenses to date are approximately $5,000. The distribution to creditors will depend on the recovery from the pending state court actions.

Quarterly review for PE 9/30/2020: No significant changes since prior reporting period. Trustee, through his counsel, is engaged in ongoing settlement discussions for pending state court actions and counterclaims for

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 2:19-bk-14693-BR  
**Case Name:** GOT NEWS, LLC  
**For Period Ending:** 10/16/2023

**Trustee Name:** (001270) Wesley H. Avery  
**Date Filed (f) or Converted (c):** 04/24/2019 (f)  
**§ 341(a) Meeting Date:** 05/29/2019  
**Claims Bar Date:** 08/12/2019

the benefit of creditors.
-Liquidation Approach/Analysis: The distribution will depend on the recovery from the pending state court actions.

REPORTING PERIOD ENDING JUNE 30, 2020

Quarterly review as of 7/1/2020: Trustee, through his counsel, is engaged in ongoing settlement discussions for pending state court actions and counterclaims for the benefit of creditors.
-Liquidation Approach/Analysis: The distribution will depend on the recovery from the pending state court actions.

Quarterly review as of 4/1/2020: Trustee is engaged in ongoing settlement discussions for pending state court actions and counterclaims, for the benefit of creditors.

3/20/2020 [Docket 46]: Order Granting Motion for 2004 Examination (PDF-BNC) (Related Doc # [45]) Signed on 3/20/2020 (Fortier, Stacey)

3/3/2020 [Docket 45]: Motion for 2004 Examination Chapter 7 Trustee's Notice of Motion and Motion Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for an order Compelling JP Morgan Chase Bank NA to Appear for Examination and Produce Documents; Memorandum of Points and Authorities; Declaration in Support Thereof with proof of service Filed by Trustee Wesley H Avery (TR) (Simons, Larry)

REPORTING PERIOD ENDING JUNE 30, 2019

Debtor has turned over funds in the business bank account. Trustee is investigating potential business assets and avoidance actions. Trustee through his counsel, is preparing a Rule 2004 exam of Chase to obtain bank statements to obtain copies of checks/transfers which may lead to transactions that were avoidable. Upon receipt of the documents, will be able to further examine debtor's principal at a continued meeting of creditors. Depending upon what transactions are uncovered through the bank statements, there could be potential litigation.

GENERAL
Turnover of bank account funds. Pending state court actions and counterclaims.

PROFESSIONALS
-Order Granting Application to Employ Law Office of Larry Simons as general bankruptcy counsel (BNC-PDF) (Related Doc # [18]) Signed on 7/5/2019.
-Order Granting Motion To Appear pro hac vice for Andrew Sommerman (BNC-PDF) (Related Doc # 20) Signed on 6/3/2019
-Order Granting Motion To Appear pro hac vice for Jody L Rodenberg (BNC-PDF) (Related Doc # 21) Signed Requested from accountant on 6/7/2021.
-John Menchaca: Order Granting Motion For Approval of Cash Disbursements by the Trustee Under LBR 2016-2 (BNC-PDF) and to employ Menchaca and Co. as tax preparer (Related Doc # [61]) Signed on 12/8/2021.

TAX RETURNS
Requested from accountant on 6/7/2021. Tax return faxed and filed on 10/5/2021.

CLAIMS STATUS
Proofs of Claims due by 8/12/2019. Government Proof of Claim due by 10/21/2019. Trustee has reviewed claims. Five claims filed totaling $931,067.25, comprised of $3,406.47 priority and $927,660.78 general unsecured. Claims appear to be allowed.

CLOSING
Request for court costs and Notice to Professionals filed on 6/7/2021. Notice to Pay Court Costs Due Sent To: Wesley H Avery, Total Amount Due $0. Pending filing of tax returns.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 2:19-bk-14693-BR
**Case Name:** GOT NEWS, LLC

**Trustee Name:** (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):** 04/24/2019 (f)
**§ 341(a) Meeting Date:** 05/29/2019

**For Period Ending:** 10/16/2023

**Claims Bar Date:** 08/12/2019

ETFR: 6/30/2021
NEW ETFR (AS OF 6/30/2021): 12/31/2021
NEW ETFR (AS OF 12/31/2021): 6/30/2022
NEW ETFR (AS OF 6/30/2022): 12/31/2022
NEW ETFR (AS OF 12/31/2022): 6/30/2023

**Initial Projected Date Of Final Report (TFR):** 06/30/2021        **Current Projected Date Of Final Report (TFR):** 03/14/2023 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 2:19-bk-14693-BR | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | GOT NEWS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2195 | Account #: | ******9900 Checking |
| For Period Ending: | 10/16/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/23/19 | {1} | Got News, LLC | Turnover of Bank Account Funds | 1129-000 | 31,021.75 |  | 31,021.75 |
| 06/12/19 |  | Transfer Debit to Metropolitan Commercial Bank acct ******2630 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX2630 | 9999-000 |  | 31,021.75 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS |  | 31,021.75 | 31,021.75 | $0.00 |
| Less: Bank Transfers/CDs |  | 0.00 | 31,021.75 |  |
| Subtotal |  | 31,021.75 | 0.00 |  |
| Less: Payments to Debtors |  |  | 0.00 |  |
| NET Receipts / Disbursements |  | $31,021.75 | $0.00 |  |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 2:19-bk-14693-BR | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | GOT NEWS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2195 | Account #: | ******2630 Checking Account |
| For Period Ending: | 10/16/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/12/19 | | Transfer Credit from Rabobank, N.A. acct ******9900 | Transition Credit from Rabobank, N.A. acct XXXXXX9900 | 9999-000 | 31,021.75 | | 31,021.75 |
| 02/13/20 | 1000 | INTERNATIONAL SURETIES | Bond Disbursement - Term 1/4/2020 to 1/4/2021 (Bond #016030866) | 2300-000 | | 26.43 | 30,995.32 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.76 | 30,970.56 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.50 | 30,921.06 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.77 | 30,873.29 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.63 | 30,820.66 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.90 | 30,769.76 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.53 | 30,722.23 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.38 | 30,669.85 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.02 | 30,620.83 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.31 | 30,573.52 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.75 | 30,519.77 |
| 01/29/21 | 1001 | INTERNATIONAL SURETIES | Bond Payment (Bond #016229730) - 1/4/2021 to 1/4/2022 | 2300-000 | | 28.49 | 30,491.28 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.28 | 30,444.00 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.55 | 30,398.45 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.59 | 30,344.86 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.63 | 30,296.23 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.31 | 30,250.92 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.33 | 30,197.59 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.39 | 30,149.20 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.54 | 30,097.66 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.23 | 30,049.43 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.55 | 30,002.88 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.28 | 29,951.60 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.60 | 29,902.00 |
| 01/25/22 | 1002 | INTERNATIONAL SURETIES | Bond Payment (Bond #016229730) - 1/4/2022 to 1/4/2023 | 2300-000 | | 10.76 | 29,891.24 |

Page Subtotals:     $31,021.75     $1,130.51

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 2:19-bk-14693-BR | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | GOT NEWS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2195 | Account #: | ******2630 Checking Account |
| For Period Ending: | 10/16/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.32 | 29,844.92 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.65 | 29,800.27 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.54 | 29,747.73 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.08 | 29,701.65 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.01 | 29,655.64 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.28 | 29,603.36 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.86 | 29,557.50 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.10 | 29,505.40 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.28 | 29,458.12 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.63 | 29,412.49 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.28 | 29,362.21 |
| 12/08/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX2093 | Transition Debit to TriState Capital Bank acct XXXXXX2093 | 9999-000 | | 29,362.21 | 0.00 |

|  |  | COLUMN TOTALS | | | 31,021.75 | 31,021.75 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 31,021.75 | 29,362.21 | |
| | | Subtotal | | | 0.00 | 1,659.54 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $1,659.54 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 2:19-bk-14693-BR | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | GOT NEWS, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2195 | Account #: | ******2093 Checking Account |
| For Period Ending: | 10/16/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/08/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX2630 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX2630 | 9999-000 | 29,362.21 | | 29,362.21 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 47.05 | 29,315.16 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 50.11 | 29,265.05 |
| 02/24/23 | 2000 | INTERNATIONAL SURETIES | Bond Payment (Bond #016229730) - 1/4/2023 - 1/4/2024 | 2300-000 | | 18.34 | 29,246.71 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 43.77 | 29,202.94 |
| 05/26/23 | 2001 | Menchaca & Company LLP | Claim #ACCT FEE / Filed: $1,000.00 / Dividend paid at 100.00% = $1,000.00 | 3410-000 | | 1,000.00 | 28,202.94 |
| 05/26/23 | 2002 | Larry D. Simons | Claim #ATTY EXP / Filed: $127.65 / Dividend paid at 100.00% = $127.65 | 3220-000 | | 127.65 | 28,075.29 |
| 05/26/23 | 2003 | Larry D. Simons | Claim #ATTY FEE / Filed: $6,997.50 / Dividend paid at 100.00% = $6,997.50 | 3210-000 | | 6,997.50 | 21,077.79 |
| 05/26/23 | 2004 | Wesley H. Avery | Combined trustee compensation & expense dividend payments. | | | 4,465.88 | 16,611.91 |
| | | Wesley H. Avery | Claims Distribution - Tue, 03-14-2023                  $3,852.18 | 2100-000 | | | |
| | | Wesley H. Avery | Claims Distribution - Tue, 03-14-2023                  $613.70 | 2200-000 | | | |
| 05/26/23 | 2005 | Franchise Tax Board | Claim #1P / Filed: $3,406.47 / Dividend paid at 100.00% = $3,406.47 | 5800-000 | | 3,406.47 | 13,205.44 |
| 05/26/23 | 2006 | FRANCHISE TAX BOARD | Claim #6-3 / Filed: $3,695.39 / Dividend paid at 100.00% = $3,695.39 | 5800-000 | | 3,695.39 | 9,510.05 |
| 05/26/23 | 2007 | Franchise Tax Board | Claim #1U / Filed: $4,480.95 / Dividend paid at 2.90% = $130.06 | 7100-000 | | 130.06 | 9,379.99 |
| 05/26/23 | 2008 | Freestartr, LLC | Claim #2 / Filed: $100,000.00 / Dividend paid at 2.90% = $2,902.41 | 7100-000 | | 2,902.41 | 6,477.58 |
| 05/26/23 | 2009 | Jerome Vangheluwe Attn Andrew B Sommerman c/o Sommerman McCaffity & Quesada | Claim #3 / Filed: $19,990.00 / Dividend paid at 2.90% = $580.19 | 7100-000 | | 580.19 | 5,897.39 |
| 05/26/23 | 2010 | Joel Vangheluwe | Claim #4 / Filed: $800,000.00 / Dividend paid at 2.90% = $5,804.81 | 7100-000 | | 5,804.81 | 92.58 |
| 05/26/23 | 2011 | Randazza Legal Group, PLLC | Claim #5 / Filed: $3,189.83 / Dividend paid at 2.90% = $92.58 | 7100-000 | | 92.58 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 29,362.21 | 29,362.21 | $0.00 |
| | | Less: Bank Transfers/CDs | | 29,362.21 | 0.00 | |
| | | Subtotal | | 0.00 | 29,362.21 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $0.00 | $29,362.21 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 2:19-bk-14693-BR | **Trustee Name:** | Wesley H. Avery (001270) | |
| **Case Name:** | GOT NEWS, LLC | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***2195 | **Account #:** | ******2093 Checking Account | |
| **For Period Ending:** | 10/16/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---|---:|
| Net Receipts: | $31,021.75 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $31,021.75 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9900 Checking | $31,021.75 | $0.00 | $0.00 |
| ******2630 Checking Account | $0.00 | $1,659.54 | $0.00 |
| ******2093 Checking Account | $0.00 | $29,362.21 | $0.00 |
| | **$31,021.75** | **$31,021.75** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)